# SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| | | | | |
|---|---|---|---|---|
| Robert G. Sullivan | Marie Ng | | Cheol I. Kim | Liza A. Milgrim |
| Nicholas Papain | Eleni Coffinas | | Kostantinos Mallas | Susan M. Jaffe |
| Michael N. Block | David J. Dean | | Eric K. Schwarz | Donte Mills |
| Christopher T. McGrath | Hugh M. Turk | | Mary Anne Walling | Paul R. Cordella |
| Vito A. Cannavo | Albert B. Aquila | PLEASE REPLY TO: | Elizabeth Montesano | Christopher P. Spina |
| John F. Nash | Brian J. Shoot | | Victoria Wickman | Jeffrey B. Bromfeld |
| Frank V. Floriani | Andrew J. Carboy | New York City Office | Matthew J. Jones | Wendell Y. Tong |
| | | | Deanne M. DiEllasi | Kevin E. Verge |
| | | | Beth N. Jablon | |

**Herman Badillo**  **Peter DeBlasio**
*Of Counsel*      *Of Counsel*

John M. Tomsky    Hon. Joseph N. Giamboi (ret.)
George J. Pfluger Robert J. Bohner
*Counsel to the Firm*  Stephen C. Glasser
                  *Of Counsel*

July 6, 2007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 10 2007 ★

Honorable Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Room 659
Brooklyn, New York  11201

Re: United States of America vs. City of New York
    Docket No.:  1:07-cv-02067-NGG-RLM

Dear Judge Garaufis:

Please be advised that the undersigned represent the Uniformed Firefighters Association, the union representing the approximately 9,000 New York City firefighters below the rank of Lieutenant.

We intend to make a motion on behalf of the UFA seeking permission to intervene as a party defendant in the above matter pursuant to Rule 24 of the Federal Rules of Civil Procedure.

I have conferred with counsel for both the United States of America and the City of New York. We have agreed on a briefing schedule for my motion, subject to Court approval.

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

Honorable Nicholas G. Garaufis
July 6, 2007
Page 2 of 4

The schedule which we have set up requires that the moving papers on behalf of the UFA be served by July 11, 2007. Any opposition papers are to be served by July 20, 2007 and any reply papers are to be served by July 26, 2007.

Please advise whether this schedule is acceptable to the Court.

If you have any questions, please do not hesitate to contact me.

                              Respectfully submitted,

                              SULLIVAN PAPAIN BLOCK
                              McGRATH & CANNAVO P.C.

By: _____
     Michael N. Block

MNB:law

cc:  -Honorable Nicholas G. Garaufis
     -Magistrate Roanne L. Mann
      (Via DHL Express)
     -Attached Service List

(UF-068518/017131)

*Application granted. Follow the briefing schedule set forth above. So ordered.*

S/ N.G.G.
7/9/07

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

Honorable Nicholas G. Garaufis
July 6, 2007
Page 3 of 4

### SERVICE LIST RE: U.S.A. vs. CITY OF NEW YORK

#### PLAINTIFF'S ATTORNEYS

**CLARE F. GELLER, ESQ.**
U.S. Department of Justice
601 D Street - Room 4926
Washington, D.C. 20004
(202) 353-1817
[FAX NO.: (202) 514-1005]
*clare.geller@usdoj.gov*

**MICHAEL J. GOLDBERGER, ESQ.**
United States Attorneys Office
Eastern District of New York
One Pierrepont Plaza - 14th Floor
Brooklyn, New York 11201
(718) 254-6052
[FAX NO.: (718) 254-6083]
*Michael.Goldberger@usdoj.gov*

**DAVID NATHAN REESE, ESQ.**
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
PHB 4031
Washington, D.C. 20530
(202) 514-3851
[FAX NO.: (202) 353-8961]
*david.reese@usdoj.gov*

**ELLIOT M. SCHACHNER, ESQ.**
United States Attorneys Office
147 Pierrepont Plaza - 14th Floor
Brooklyn, New York 11201
(718) 254-6053
[FAX NO.: (718) 254-6081]
*Elliot.Schachner@usdoj.gov*

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

Honorable Nicholas G. Garaufis
July 6, 2007
Page 4 of 4

**SHARON SEELEY, ESQ.**
U.S. Department of Justice
Civil Rights Division - Employment Litigation
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202) 514-4761
[FAX NO.:  (202) 514-1005]
*sharon.seeley@usdoj.gov*

**KENNETH A. STAHL, ESQ.**
United States Attorneys Office
One Pierrepont Plaza - 14th Floor
Brooklyn, New York  11201
(718) 254-6519
[FAX NO.:  (718) 254-6081]
*Kenneth.Stahl@usdoj.gov*

**DEFENDANT'S ATTORNEY**

**GEORGIA MARY PESTANA, ESQ.**
Office of the Corporation Counsel
100 Church Street
New York, New York  10007
(212) 788-0862
[FAX NO.:  (212) 788-0940]
*gpestana@law.nyc.gov*