# SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| | | | | |
|---|---|---|---|---|
| Robert G. Sullivan | Marie Ng | | Cheol I. Kim | Liza A. Milgrim |
| Nicholas Papain | Eleni Coffinas | | Kostantinos Mallas | Susan M. Jaffe |
| Michael N. Block | David J. Dean | | Eric K. Schwarz | Donte Mills |
| Christopher T. McGrath | Hugh M. Turk | | Mary Anne Walling | Paul R. Cordella |
| Vito A. Cannavo | Albert B. Aquila | PLEASE REPLY TO: | Elizabeth Montesano | Christopher P. Spina |
| John F. Nash | Brian J. Shoot | | Victoria Wickman | Jeffrey B. Bromfeld |
| Frank V. Floriani | Andrew J. Carboy | New York City Office | Matthew J. Jones | Wendell Y. Tong |
| | | | Deanne M. DiBlasi | Kevin E. Verge |
| | | | Beth N. Jablon | |

**Herman Badillo**   **Peter DeBlasio**            July 12, 2007
*Of Counsel*        *Of Counsel*

John M. Tomsky       Hon. Joseph N. Giamboi (ret.)
George J. Pfluger    Robert J. Bohner
*Counsel to the Firm*  Stephen C. Glasser
                     *Of Counsel*

Magistrate Roanne L. Mann
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

     Re:  U.S.A. vs. City of New York
          Docket No.: 1:07-cv-02067

Dear Magistrate Mann:

    Please be advised that the undersigned represent the Uniformed Firefighters Association (UFA), the union that is the exclusive bargaining agent for New York City firefighters.

    On July 11, 2007, we filed a motion on behalf of the UFA seeking leave to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure. Based upon the briefing schedule approved by the Court, all papers on that motion will not be submitted until July 26, 2007.

    We are advised that you have scheduled a conference in this matter to take place on Tuesday, July 24, 2007, at 11:00 a.m.

    I respectfully request that we be permitted to attend the July 24, 2007 conference, even though there will be no decision on the intervention motion by that time. My hope would be that the UFA could then participate in discovery proceedings in a timely fashion if the intervention motion is granted.

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

Magistrate Roanne L. Mann
July 12, 2007
Page 2 of 4

    Please advise whether we may attend and participate in the July 24, 2007 conference.

    Thank you for your consideration.

                                Respectfully yours,

                                SULLIVAN PAPAIN BLOCK
                                  McGRATH & CANNAVO P.C.

                              By: _____
                                  Michael N. Block (0957)

MNB:law

cc:  Honorable Nicholas G. Garaufis
     Attached Service list

(F-068518)

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

Magistrate Roanne L. Mann
July 12, 2007
Page 3 of 4

### SERVICE LIST RE: U.S.A. vs. CITY OF NEW YORK

#### PLAINTIFF'S ATTORNEYS

**CLARE F. GELLER, ESQ.**
U.S. Department of Justice
601 D Street - Room 4926
Washington, D.C. 20004
(202) 353-1817
[FAX NO.: (202) 514-1005]
*clare.geller@usdoj.gov*

**MICHAEL J. GOLDBERGER, ESQ.**
United States Attorneys Office
Eastern District of New York
One Pierrepont Plaza - 14th Floor
Brooklyn, New York 11201
(718) 254-6052
[FAX NO.: (718) 254-6083]
*Michael.Goldberger@usdoj.gov*

**DAVID NATHAN REESE, ESQ.**
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
PHB 4031
Washington, D.C. 20530
(202) 514-3851
[FAX NO.: (202) 353-8961]
*david.reese@usdoj.gov*

**ELLIOT M. SCHACHNER, ESQ.**
United States Attorneys Office
147 Pierrepont Plaza - 14th Floor
Brooklyn, New York 11201
(718) 254-6053
[FAX NO.: (718) 254-6081]
*Elliot.Schachner@usdoj.gov*

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

Magistrate Roanne L. Mann
July 12, 2007
Page 4 of 4

### SERVICE LIST RE: U.S.A. vs. CITY OF NEW YORK

#### (CONTINUATION)

**SHARON SEELEY, ESQ.**
U.S. Department of Justice
Civil Rights Division - Employment Litigation
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 514-4761
[FAX NO.: (202) 514-1005]
*sharon.seeley@usdoj.gov*

**KENNETH A. STAHL, ESQ.**
United States Attorneys Office
One Pierrepont Plaza - 14th Floor
Brooklyn, New York 11201
(718) 254-6519
[FAX NO.: (718) 254-6081]
*Kenneth.Stahl@usdoj.gov*

#### DEFENDANT'S ATTORNEY

**GEORGIA MARY PESTANA, ESQ.**
Office of the Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-0862
[FAX NO.: (212) 788-0940]
*gpestana@law.nyc.gov*