## SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

Robert G. Sullivan
Nicholas Papain
Michael N. Block
Christopher T. McGrath
Vito A. Cannavo
John F. Nash
Frank V. Floriani

Marie Ng
Eleni Coffinas
David J. Dean
Hugh M. Turk
Albert B. Aquila
Brian J. Shoot
Andrew J. Carboy

Cheol I. Kim
Kostantinos Mallas
Eric K. Schwarz
Mary Anne Walling
Elizabeth Montesano
Victoria Wickman
Matthew J. Jones
Deanne M. DiBlasi
Beth N. Jablon

Liza A. Milgrim
Susan M. Jaffe
Donte Mills
Paul R. Cordella
Christopher P. Spina
Jeffrey B. Bromfeld
Wendell Y. Tong
Kevin E. Verge

PLEASE REPLY TO:

New York City Office

**Herman Badillo**
*Of Counsel*

**Peter DeBlasio**
*Of Counsel*

John M. Tomsky
George J. Pfluger
*Counsel to the Firm*

Hon. Joseph N. Giamboi (ret.)
Robert J. Bohner
Stephen C. Glasser
*Of Counsel*

July 12, 2007

*Application granted.*

SO ORDERED:
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 7/13/07

Magistrate Roanne L. Mann
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   U.S.A. vs. City of New York
      Docket No.: 1:07-cv-02067

Dear Magistrate Mann:

Please be advised that the undersigned represent the Uniformed Firefighters Association (UFA), the union that is the exclusive bargaining agent for New York City firefighters.

On July 11, 2007, we filed a motion on behalf of the UFA seeking leave to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure. Based upon the briefing schedule approved by the Court, all papers on that motion will not be submitted until July 26, 2007.

We are advised that you have scheduled a conference in this matter to take place on Tuesday, July 24, 2007, at 11:00 a.m.

I respectfully request that we be permitted to attend the July 24, 2007 conference, even though there will be no decision on the intervention motion by that time. My hope would be that the UFA could then participate in discovery proceedings in a timely fashion if the intervention motion is granted.

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

Magistrate Roanne L. Mann
July 12, 2007
Page 2 of 4

    Please advise whether we may attend and participate in the July 24, 2007 conference.

    Thank you for your consideration.

                              Respectfully yours,

                              SULLIVAN PAPAIN BLOCK
                                McGRATH & CANNAVO P.C.

                            By: _____
                                Michael N. Block (0957)

MNB:law

cc:  Honorable Nicholas G. Garaufis
     Attached Service list

(F-068518)