IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>THE VULCAN SOCIETY INC., ET AL.,<br><br>PLAINTIFF-INTERVENORS<br>V.<br><br>CITY OF NEW YORK, NEW YORK, ET AL.,<br><br>DEFENDANT. | CIV. ACTION NO. 07-CV-2067 (NGG)(RLM) |

## AGREED MODIFICATION TO PROTECTIVE ORDER

Plaintiff United States of America ("United States") and defendant City of New York ("City"), through their respective counsel, have consulted and agreed to modification of the Agreed Protective Order entered by the Court on August 3, 2007, in order to afford protection of written examination items used by the City as part of entry-level firefighter Examination No. 6019, as set forth below.

It is hereby ORDERED that:

The following shall be added to the Agreed Protective Order as subparagraph 1.A.iv., following subparagraph 1.A.iii.:

iv) written examination items (i.e., examination questions) from the written examination used as part of Examination No. 6019. Notwithstanding any other provision(s) of this Protective Order, written examination items from the written examination used as part of Examination No. 6019 shall no longer be confidential material protected from disclosure by this Protective Order after the date on which the City administers the written examination portion of Examination No. 6019 for the last time.

**AGREED:**

| For plaintiff United States of America: | For defendant City of New York: |
|---|---|
| GRACE CHUNG BECKER<br>Acting Assistant Attorney General | MICHAEL A. CARDOZO<br>Corporation Counsel for the City of New York<br>100 Church Street, Room 2-100<br>New York, New York 10007<br>(212) 788-0872 |

By: *[signature]*

SHARON A. SEELEY (SS5608)
Special Litigation Counsel
(202) 514-4761

By: *[signature]*

GEORGIA PESTANA (GP8596)
Assistant Corporation Counsel

U.S. Department of Justice
Civil Rights Division
Employment Litigation Section—PHB 4500
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: (202) 514-4761
Facsimile: (202) 514-1005

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York

By: *[signature]*

ELLIOT M. SCHACHNER
(718) 254-6053
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201-1820
Telephone: (718) 254-7000

**SO ORDERED.**
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 3/11/08