**EXHIBIT EE**

FIREFIGHTER
EXAM. NO. 7029

TEST DEVELOPMENT REPORT



PLAINTIFF'S
EXHIBIT
39
10/9/07    AS

Prepared by:   Matthew Morrongiello
               Tests and Measurement Specialist
               Uniformed and Technical Examining Group
               Bureau of Examinations
               Department of Citywide Administrative Services

USA000329

Table of Contents

| Description | Page |
|---|---|
| Introduction | 4 |
| Preparation for Job Analysis | 4 |
| Interviews/Observations | 5 |
| Preparation for Job Analysis Survey | 5 |
| Job Analysis Survey | 6 |
| Job Analysis Questionnaire (JAQ) Data Analysis | 10 |
| Linking Panel | 10 |
| Test Plan Development | 11 |
| Item-Writing Panel | 11 |
| Review Panel | 12 |

2

USA000330

Table of Appendices

| Appendix | Description |
|----------|-------------|
| A | Breakdown of active firefighters by division, unit, ethnicity and gender |
| B | Job Analysis Field Visit Guide |
| C | Sampling plan for Job Analysis Questionnaire (JAQ) |
| D | Job Analysis Questionnaire (JAQ), and the task and ability lists used for the JAQ |
| E | JAQ Results |
| F | Materials used for the linking exercise, and the final task and ability lists |
| G | Linking results and average ability ratings |
| H | Pro-rated test plan |
| I | Final test plan |

USA000331

FIREFIGHTER
EXAM NO. 7029
TEST DEVELOPMENT REPORT

## INTRODUCTION

Firefighters, under general supervision, assist in the control and extinguishment of fires and in the enforcement of laws, ordinances, rules and regulations regarding the prevention, control and extinguishment of fires.

The previous examination for this title - Firefighter, Exam. # 0084 - consisted of an open competitive, written multiple-choice test and a physical test. Each test had a weight of 50. The written test was held on May 9, 1992. The development of the previous test was conducted by Landy, Jacobs, Inc., a private consulting firm.

## PREPARATION FOR JOB ANALYSIS

Matthew Morrongiello, examiner for the Dept. of Citywide Administrative (DCAS), was assigned to work on the written test in the middle of 1997. DCAS requested demographic information on the incumbent population and informed the Fire Dept. of New York (FDNY) of the proposed test development schedule in a letter to Sherry Ann Kavaler, Director of Personnel, FDNY, dated November 26, 1997. On January 9, 1998, FDNY supplied DCAS with the requested information. Appendix A shows the breakdown of this information by division, work unit, ethnicity and gender.

In a series of meetings that included Tom Patitucci, Director of Uniformed and Technical Group (UTEG), the following issues were decided:

Conduct a new, comprehensive job analysis.

Use the formula that is currently being used for the uniform titles to determine the number of incumbents needed for the job analysis survey;

Request 8 - 12 incumbents for the focus panel to review the task and ability lists, and job analysis questionnaire, and ask for at least one female and minority for this panel, the item-writing panel and linking panel;

Do not include any scales that measure physical ability on the Job Analysis Questionnaire since the same physical test will be used and there is no need to collect this data;

Use a Fleishman-based ability test. Among these abilities are Oral Comprehension, Written Comprehension, Oral Expression, and Written Expression. On the last job analysis done by Landy Jacobs, they appeared to combine the comprehension and expression abilities: Verbal Comprehension (the ability to understand language, either written or spoken) and Verbal Expression (the ability to use language, either oral or written, to communicate information or ideas to other people). For this job analysis, it was agreed to use the four separate abilities on the Job Analysis Questionnaire.

4

USA000332

## INTERVIEWS/OBSERVATIONS

It was decided that interviews would be conducted mainly for the purpose of familiarizing the examiner with the job. Those interviewed were asked a series of questions from the Job Analysis Field Visit Guide (Appendix B) and/or were asked to review the task list from the previous exam and update it where necessary. Each interview lasted from 1 to 3 hours and was conducted by Matthew Morrongiello. See Table 2 for information on those interviewed/observed.

Table 2
Interviews/Observations of Firefighters

| Name | Title | Date | Ethn./Gender | Unit | Borough |
|------|-------|------|--------------|------|---------|
| Don Shields | Firefighter | 1/13/98 | White Male | Ladder 11 | Manhattan |
| Andrew Sforza | Firefighter | 1/13/98 | White Male | Engine 54 | Manhattan |
| Kevin Farell | Firefighter | 1/15/98 | White Male | Engine 65 | Manhattan |
| James Mills | Firefighter | 1/15/98 | White Male | Ladder 176 | Brooklyn |
| Jim McGuire | Firefighter | 1/16/98 | White Male | Ladder 114 | Brooklyn |
| Alfred Odea | Firefighter | 1/16/98 | White Male | Engine 287 | Queens |

## PREPARATION FOR JOB ANALYSIS SURVEY

The information derived from the interviews/observations and the task list from the previous job analysis were incorporated into an updated task list. The ability list used for this examination was the Fleishman's ability list. The 4-point scales used on the survey were based on the scales that UTEG is currently using for job analysis surveys.

On January 27, 1998, a focus group of subject matter experts (SME's) (Table 3) was convened at DCAS in order to review the task and ability lists, and the Job Analysis Questionnaire (JAQ) survey. The panel suggested changes to the proposed task list so it more accurately reflected the current job of Firefighter.

Table 3
Focus Group

| Name | Title | Ethnicity/Gender | Unit | Borough |
|------|-------|------------------|------|---------|
| Eileen Gregan | Firefighter | White Female | Engine 250 | Brooklyn |
| George Torres | Firefighter | Hispanic Male | Engine 41 | Bronx |
| Vernon Cherry | Firefighter | Black Male | Ladder 118 | Brooklyn |
| Steven Francese | Firefighter | White Male | Engine 280 | Brooklyn |
| Philip Tesoriero | Firefighter | White Male | Ladder 11 | Manhattan |
| Christopher Donovan | Firefighter | White Male | Ladder 22 | Manhattan |
| Robert Neubert | Firefighter | White Male | Engine 48 | Bronx |
| James Johnson | Firefighter | White Male | Ladder 137 | Queens |
| Joseph Nucatola | Firefighter | White Male | Engine 297 | Queens |
| Frank Macchia | Firefighter | White Male | Engine 265 | Queens |

5

USA000333

<u>JOB ANALYSIS SURVEY</u>

DCAS planned to collect job analysis questionnaires from 174 permanent Firefighters. This number was arrived at using the following formula currently used by UTEG to determine sample size:

$$n = \frac{NV}{((N-1)\,D) + V}$$

where:
n = Sample size
N = Population size (8,504)
V = Estimated Variance = $\frac{\text{Range of Rating Scales}^2}{6}$

$$D = \frac{\underline{B}^2}{4}$$

B = .1; D = .0025

Range of Rating Scales = 4

With regard to the formula, there is a "conservative," "moderate" and "less conservative" figure that is calculated. Since UTEG generally uses the "moderate" figure to determine sample size, it was agreed that the moderate figure (174) would be used in this case.

It should be noted that 8,504 was used as the population size in the calculation, since this is the figure of all Firefighters, both active and administrative. (The demographics FDNY supplied to DCAS lists 8,042 Firefighters, which is the number of active, non-administrative Firefighters.)

DCAS requested from FDNY that 199 Firefighters complete a questionnaire. This number was arrived at by adding 25 to the original number of 174. Additional incumbents were requested in order to account for incomplete surveys or no-shows for the administration, and to try to ensure that minority groups and females were represented. DCAS requested incumbents based on the demographic information supplied by the FDNY and did a sampling plan to approximate the proportion of firefighters by division, work location, ethnicity and gender (Appendix C). DCAS requested Firefighters assigned to an engine or ladder work location since the majority of Firefighters are assigned to these locations. See Table 4 for information on incumbents requested for the survey and information on the respondents of the JAQs.

6

USA000334

**Table 4**
**Information on Job Analysis Questionnaire Respondents**

Breakdown by division and unit

| Div. | # of incumbents | | | | | # completed the JAQ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Eng. | % | Lad. | % | Total | Eng. | % | Lad. | % | Total |
| 1 | 327 | 7.70 | 361 | 9.84 | 688 | 7 | 6.80 | 9 | 10.11 | 16 |
| 3 | 382 | 9.00 | 320 | 8.72 | 702 | 9 | 8.74 | 7 | 7.87 | 16 |
| 6 | 322 | 7.58 | 400 | 10.91 | 722 | 8 | 7.77 | 11 | 12.36 | 19 |
| 7 | 491 | 11.56 | 462 | 12.60 | 953 | 12 | 11.65 | 11 | 12.36 | 23 |
| 8 | 581 | 13.68 | 504 | 13.74 | 1,085 | 14 | 13.60 | 11 | 12.36 | 25 |
| 11 | 535 | 12.60 | 347 | 9.46 | 882 | 14 | 13.60 | 8 | 8.99 | 22 |
| 13 | 487 | 11.47 | 401 | 10.93 | 888 | 11 | 10.68 | 9 | 10.11 | 20 |
| 14 | 550 | 12.95 | 431 | 11.75 | 981 | 14 | 13.60 | 10 | 11.24 | 24 |
| 15 | 571 | 13.45 | 442 | 12.05 | 1,013 | 14 | 13.60 | 11 | 12.36 | 25 |
| Other | - | - | - | - | - | 0 | 0 | 2 | 2.25 | 2 |
| TOTAL | 4,246 | 100 | 3,668 | 100 | 7,914 | 103 | 100 | 89 | 100 | 192 |

| | # of incumbents | | | # completed JAQ | | |
|---|---|---|---|---|---|---|
| | Engine | Ladder | TOTAL | Engine | Ladder | TOTAL |
| TOTAL # | 4,246 | 3,668 | 7,914 | 103 | 89 | 192 |
| TOTAL % | 53.65 | 46.35 | 100 | 53.6 | 46.4 | 100 |

7

USA000335

Table 4

Information on Job Analysis Questionnaire Respondents

Breakdown by division and ethnicity

| Div. | # of incumbents | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | W | % | B | % | H | % | A | % | Total |
| 1 | 642 | 8.56 | 33 | 12.27 | 26 | 10.44 | 3 | 23.08 | 704 |
| 3 | 661 | 8.81 | 28 | 10.41 | 19 | 7.63 | 3 | 23.08 | 711 |
| 6 | 679 | 9.05 | 26 | 9.67 | 26 | 10.44 | 1 | 7.69 | 732 |
| 7 | 864 | 11.51 | 38 | 14.13 | 59 | 23.69 | 3 | 23.08 | 964 |
| 8 | 1,066 | 14.21 | 8 | 2.97 | 27 | 10.84 | 1 | 7.69 | 1,102 |
| 11 | 816 | 10.87 | 43 | 15.99 | 33 | 13.25 | 1 | 7.69 | 893 |
| 13 | 852 | 11.35 | 34 | 12.64 | 15 | 6.02 | 0 | 0 | 901 |
| 14 | 951 | 12.67 | 21 | 7.81 | 25 | 10.04 | 1 | 7.69 | 998 |
| 15 | 973 | 12.97 | 38 | 14.13 | 19 | 7.63 | 0 | 0 | 1,030 |
| TOTAL | 7,504 | 100 | 269 | 100 | 249 | 100 | 13 | 100 | 8,035 |

| Div. | # completed the JAQ | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | % | B | % | H | % | A | % | N A | % | Miss ing | % | Total |
| 1 | 14 | 8.92 | 0 | 0 | 1 | 6.25 | 0 | 0 | 0 | 0 | 1 | 20.00 | 16 |
| 3 | 12 | 7.64 | 0 | 0 | 2 | 12.50 | 1 | 33.33 | 0 | 0 | 1 | 20.00 | 16 |
| 6 | 14 | 8.92 | 1 | 10.00 | 3 | 18.75 | 1 | 33.33 | 0 | 0 | 0 | 0 | 19 |
| 7 | 17 | 10.83 | 3 | 30.00 | 3 | 18.75 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| 8 | 23 | 14.65 | 0 | 0 | 2 | 12.50 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| 11 | 17 | 10.83 | 1 | 10.00 | 3 | 18.75 | 0 | 0 | 0 | 0 | 1 | 20.00 | 22 |
| 13 | 16 | 10.19 | 2 | 20.00 | 1 | 6.25 | 0 | 0 | 0 | 0 | 1 | 20.00 | 20 |
| 14 | 21 | 13.38 | 1 | 10.00 | 0 | 0 | 0 | 0 | 1 | 100 | 1 | 20.00 | 24 |
| 15 | 22 | 14.01 | 2 | 20.00 | 0 | 0 | 1 | 33.33 | 0 | 0 | 0 | 0 | 25 |
| Other | 1 | 0.64 | 0 | 0 | 1 | 6.25 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL | 157 | 100 | 10 | 100 | 16 | 100 | 3 | 100 | 1 | 100 | 5 | 100 | 192 |

8

USA000336

| # of incumbents | | | | | | | |
|---|---|---|---|---|---|---|---|
| | White | Black | Hispanic | Asian | Nat. Am. | Missing | TOTAL |
| TOTAL # | 7,504 | 269 | 249 | 13 | 6 | 1 | 8,042 |
| TOTAL % | 93.31 | 3.34 | 3.10 | .16 | .07 | .01 | 99.99 |

| # completed the JAQ | | | | | | | |
|---|---|---|---|---|---|---|---|
| | White | Black | Hispanic | Asian | Nat. Am. | Missing | TOTAL |
| TOTAL # | 157 | 10 | 16 | 3 | 1 | 5 | 192 |
| TOTAL % | 81.8 | 5.2 | 8.3 | 1.6 | .5 | 2.6 | 100 |

**Table 4**
**Information on Job Analysis Questionnaire Respondents**

Breakdown by division and gender

| Div. | # of incumbents | | | | | # completed the JAQ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | % | F | % | Total | M | % | F | % | Total |
| 1 | 701 | 8.75 | 3 | 10.34 | 704 | 14 | 7.61 | 2 | 25.00 | 16 |
| 3 | 708 | 8.84 | 4 | 13.79 | 712 | 15 | 8.15 | 1 | 12.50 | 16 |
| 6 | 731 | 9.12 | 1 | 3.45 | 732 | 19 | 10.33 | 0 | 0 | 19 |
| 7 | 959 | 11.97 | 5 | 17.24 | 964 | 22 | 11.96 | 1 | 12.50 | 23 |
| 8 | 1,102 | 13.75 | 3 | 10.34 | 1,105 | 25 | 13.59 | 0 | 0 | 25 |
| 11 | 891 | 11.12 | 2 | 6.90 | 893 | 22 | 11.96 | 0 | 0 | 22 |
| 13 | 896 | 11.18 | 5 | 17.24 | 901 | 17 | 9.24 | 3 | 37.50 | 20 |
| 14 | 995 | 12.42 | 3 | 10.34 | 998 | 23 | 12.5 | 1 | 12.50 | 24 |
| 15 | 1,030 | 12.85 | 3 | 10.34 | 1,033 | 25 | 13.59 | 0 | 0 | 25 |
| Other | - | - | - | - | - | 2 | 1.09 | 0 | 0 | 2 |
| TOTAL | 8,013 | 100 | 29 | 100 | 8,042 | 184 | 100 | 8 | 100 | 192 |

| | # of incumbents | | | # completed JAQ | | |
|---|---|---|---|---|---|---|
| | Male | Female | TOTAL | Male | Female | TOTAL |
| TOTAL # | 8,013 | 29 | 8,042 | 184 | 8 | 192 |
| TOTAL % | 99.64 | .36 | 100 | 95.8 | 4.2 | 100 |

9

USA000337

The JAQ was administered at the FDNY Training Academy on Randall's Island on 2/23, 3/2, 3/9, and 3/16/98. A total of 195 Firefighters completed surveys. However, 192 surveys were analyzed since 3 surveys were not completed properly.

See Appendix D for the Job Analysis Questionnaire (JAQ) and the task and ability lists used for the JAQ.

## JOB ANALYSIS QUESTIONNAIRE (JAQ) DATA ANALYSIS

The JAQ data was analyzed with an SPSS program. The following decision rules were used to keep or eliminate the tasks and abilities:

### Abilities

If an ability had a mean importance rating of 2.5 or higher, it remained on the list. When this rule was applied to the ability list, 18 out of 21 abilities (85.71%) remained on the list.

Importance Rating Scale used on the JAQ
4   =   Critical to the performance of my job
3   =   Important to the performance of my job
2   =   Somewhat important to the performance of my job
1   =   Not relevant to the performance of my job

As can be seen from the above rating scale, a mean of 2.5 falls in between the "Important" and "Somewhat important" points of the scale.

### Tasks

If 66.7% or more of the respondents answered "yes" to performing the task and the task had a mean importance rating of 2.5 or higher, it remained on the list. When this rule was applied to the task list, 111 out of 196 tasks (56.63%) remained on the list.

Importance Rating Scale used on the JAQ
4   =   Critical part of my job
3   =   Important part of my job
2   =   Somewhat important part of my job
1   =   Part of my job, but not an important part of my job

As can be seen from the above rating scale, a mean of 2.5 falls in between the "Important" and "Somewhat important" points of the scale.

See Appendix E for the results of the JAQ.

## LINKING PANEL

A linking panel was held at DCAS on April 23, 1998. Twelve Firefighters participated in the panel. The purpose of the panel was to have the Firefighters rate - or link - the task clusters to the abilities. This information was used to develop the test plan. Each panel member was given the final task and ability lists, and, using a 4-point rating scale, was asked to decide how important each ability is in performing the tasks within the cluster. Each member completed the Affidavit for Special Examiners form. See Table 5 for information on the linking panel members.

10

USA000338

Table 5
Linking Panel

| Name | Title | Ethnicity/Gender | Unit | Borough |
|---|---|---|---|---|
| Steven Barretta | Firefighter | Hispanic Male | Ladder 144 | Queens |
| Michael Carlin | Firefighter | White Male | Ladder 11 | Manhattan |
| Gregory Evans | Firefighter | Black Male | Engine 214 | Brooklyn |
| Michael Francese | Firefighter | White Male | Engine 157 | Staten Island |
| Robert Blair | Firefighter | White Male | Ladder 42 | Bronx |
| Lawrence Barron | Firefighter | White Male | Ladder 61 | Bronx |
| Kurt Rahner | Firefighter | White Male | Engine 44 | Manhattan |
| Thomas Baker | Firefighter | White Male | Ladder 155 | Queens |
| Charles Migan | Firefighter | White Male | Ladder 131 | Brooklyn |
| Stephen Kearns | Firefighter | White Male | Engine 233 | Brooklyn |
| Lorraine Cziko | Firefighter | White Female | Engine 303 | Queens |
| Naim Vata | Firefighter | White Male | Engine 7 | Manhattan |

See Appendix F for the materials used for the linking exercise and the final task and ability lists.

TEST PLAN DEVELOPMENT

Nine of the abilities - Written Comprehension, Written Expression, Memorization, Problem Sensitivity, Deductive Reasoning, Inductive Reasoning, Information Ordering, Spatial Orientation, and Visualization - were considered testable in a written, multiple-choice format.

The information from the linking exercise was used to determine how many questions would be asked for each ability. First, the average importance ratings for each of the nine testable abilities within each cluster were determined from the individual ratings given by the linking panel. The average importance rating for each cluster was then multiplied by the importance rating the ability received on the JAQ. The products for each of the 21 clusters for each ability were added and divided by 21, resulting in an average rating for each ability. The importance ratings from the linkings and JAQ, and the resulting products are shown in Appendix G.

The average ratings for each of the nine abilities were added and pro-rated for an 85-item test. This pro-rating is shown in Appendix H. Finally, for the final test plan, the pro-rated numbers were rounded, resulting in the number of questions needed for each ability. The final test plan is shown in Appendix I.

ITEM-WRITING PANEL

The item-writing panel started on July 23, 1998 and was made up of one Lieutenant and four Firefighters. See Table 6 for information on the item-writing panel. All the panel members signed the Affidavit for Special Examiner forms and were informed of DCAS's security procedures. All panel members had permanent status and said they were not going to be candidates for the exam. They were also given training in how to write items.

11

**Table 6**
**Item-writing panel**

| Name | Title | Ethnicity/Gender | Assignment/Borough |
|---|---|---|---|
| Jack Macaluso | Lieutenant | White Male | Engine 250 - Brooklyn |
| Kirk Leslie | Firefighter | Black Male | Engine 286 - Queens |
| Peter Mueller | Firefighter | White Male | Ladder 6 - Manhattan |
| Robert Roderka | Firefighter | White Male | Ladder 41 - Bronx |
| William Carlson | Firefighter | White Male | Engine 235 - Brooklyn |

DCAS requested that a female and hispanic firefighter be members of the item-writing panel. However, the agency was unable to comply with this request.

**REVIEW PANEL**

On November 24, 1998, a review panel consisting of one lieutenant and four firefighters was requested from FDNY to review the 109 test items written by the item-writing panel.

The review panel consisted of one lieutenant and four firefighters. The review sessions were held on 12/8 and 12/9/98 at DCAS. All panel members signed the Affidavit for Special Examiner forms and were informed of DCAS's security procedures. All panel members had permanent status and said they were not going to be candidates for the exam. See Table 7 for information on the review panel.

**Table 7**
**Review panel**

| Name | Title | Ethnicity/Gender | Assignment/Borough |
|---|---|---|---|
| Cesar Rivera | Lieutenant | Hispanic Male | Engine 46 - Bronx |
| Frank Macchia | Firefighter | White Male | Ladder 2 - Manhattan |
| Lorraine Cziko | Firefighter | White Female | Engine 291 - Queens |
| Cornell Horne | Firefighter | Black Male | Ladder 176 - Brooklyn |
| George Cuevas | Firefighter | Hispanic Male | Engine 154 - Staten Isl. |

12

USA000340

Firefighter
Exam. No. 7029

Breakdown of active Firefighters by division, unit, ethnicity and gender
(Based on demographics supplied by the FDNY 1/9/98)

| Div. | UNIT | | | | | ETHNICITY | | | | | | | GENDER | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Engine | Ladder | Battalion | Div. | Sub-total | White | Black | Hispanic | Asian | Nat. Am. | Missing | Sub-total | Male | Female | Sub-total | |
| 1 | 327 | 361 | 15 | 1 | 704 | 642 | 33 | 26 | 3 | 0 | 0 | 704 | 701 | 3 | 704 | 704 |
| 3 | 382 | 320 | 10 | 0 | 712 | 661 | 28 | 19 | 3 | 1 | 0 | 712 | 708 | 4 | 712 | 712 |
| 6 | 322 | 400 | 10 | 0 | 732 | 679 | 26 | 26 | 1 | 0 | 0 | 732 | 731 | 1 | 732 | 732 |
| 7 | 491 | 462 | 10 | 1 | 964 | 864 | 38 | 59 | 3 | 0 | 0 | 964 | 959 | 5 | 964 | 964 |
| 8 | 581 | 504 | 20 | 0 | 1,105 | 1,066 | 8 | 27 | 1 | 2 | 1 | 1,105 | 1,102 | 3 | 1,105 | 1,105 |
| 11 | 535 | 347 | 11 | 0 | 893 | 816 | 43 | 33 | 1 | 0 | 0 | 893 | 891 | 2 | 893 | 893 |
| 13 | 487 | 401 | 13 | 0 | 901 | 852 | 34 | 15 | 0 | 0 | 0 | 901 | 896 | 5 | 901 | 901 |
| 14 | 550 | 431 | 17 | 0 | 998 | 951 | 21 | 25 | 1 | 0 | 0 | 998 | 995 | 3 | 998 | 998 |
| 15 | 571 | 442 | 19 | 1 | 1,033 | 973 | 38 | 19 | 0 | 3 | 0 | 1,033 | 1,030 | 3 | 1,033 | 1,033 |
| TOTAL # | 4,246 | 3,668 | 125 | 3 | 8,042 | 7,504 | 269 | 249 | 13 | 6 | 1 | 8,042 | 8,013 | 29 | 8,042 | 8,042 |
| TOTAL % | 52.80 | 45.61 | 1.55 | .04 | 100 | 93.31 | 3.34 | 3.10 | .16 | .07 | .01 | 99.99 | 99.64 | .36 | 100 | 100 |

USA000341

## FIREFIGHTER, EXAM. NO. 7029

## JOB ANALYSIS FIELD VISIT GUIDE

### 1997

DATE_____


FDNY TITLE AND NAME:

FIREFIGHTER:_____


LOCATION ASSIGNMENT/BOROUGH:_____

ASSIGNED UNIT:_____

AGE_____        ETHNICITY_____      GENDER_____

LAST EDUCATION LEVEL COMPLETED _____

YEARS EMPLOYED BY THE FDNY _____

PERMANENT IN TITLE _____

1

USA000342

-427-

*PLEASE REVIEW THE TASK LIST, WHICH REFLECTS THE TASKS PERFORMED IN 1992. SHOULD ANY CHANGES BE MADE TO IT THAT WOULD MORE ACCURATELY REFLECT THE TASKS THAT YOU PERFORM TODAY?   IF THERE ARE CHANGES, WHAT ARE THOSE CHANGES? ARE ANY TASKS OBSOLETE?   WHICH TASKS?

2

USA000343

-428-

*WHAT IS THE TYPICAL FIRST DAY ASSIGNMENT FOR A NEWLY-APPOINTED FIREFIGHTER?

4

USA000344

-429-

*WHAT WRITTEN MATERIALS MUST YOU READ, UNDERSTAND AND APPLY IN ORDER TO PERFORM YOUR JOB?

5

USA000345

SKETCH A DIAGRAM OF THE STAFFING STRUCTURE OF YOUR JOB LOCATION.
BEGIN WITH YOUR IMMEDIATE SUPERIOR.  LIST THE JOB TITLES AND THE
NUMBER OF PERSONNEL IN EACH TITLE.

(title of superior)

6

USA000346

*WHAT FORMS/REPORTS DO YOU COMPLETE ON A
DAILY BASIS:

WEEKLY BASIS:

MONTHLY BASIS:

PLEASE PROVIDE A COPY OF A FEW FORMS.

7

USA000347

-432-

*WHAT TRAINING DID YOU RECEIVE WHEN YOU WERE APPOINTED AS A FIREFIGHTER?

8

USA000348

DESCRIBE SEVERAL CRITICAL ASPECTS OF YOUR JOB.

9

USA000349

*DOES YOUR JOB DIFFER FROM OTHER FIREFIGHTERS AT YOUR LOCATION ASSIGNMENT/OTHER LOCATION ASSIGNMENTS?

IF SO, HOW DOES IT DIFFER?

10

USA000350

*WHO ARE YOU RESPONSIBLE FOR SUPERVISING?

WHAT ARE SOME OF THE ADMINISTRATIVE RESPONSIBILITIES YOU HAVE?

11

USA000351

*ARE YOU RESPONSIBLE FOR ANY SPECIAL ASSIGNMENTS?

12

USA000352

WHAT TASKS DO YOU PERFORM AT THE BEGINNING OF THE DAY?

13

USA000353

WHAT TASKS DO YOU PERFORM DURING THE DAY?

14

WHAT TASKS DO YOU PERFORM AT THE END OF THE DAY?

15

WHAT TASKS DO YOU PERFORM FREQUENTLY BUT NOT NECESSARILY ON A DAILY BASIS?

16

USA000356

WHAT TASKS DO YOU PERFORM OCCASIONALLY?

17

USA000357

WHAT ARE THE PHYSICAL ACTIVITIES THAT YOU PERFORM?

18

USA000358

-443-

WHAT ARE THE ENVIRONMENTAL CONDITIONS IN WHICH THOSE PHYSICAL ACTIVITIES ARE PERFORMED?

19

USA000359

**OBSERVATIONS**

20

USA000360

IS THERE ANY OTHER INFORMATION THAT YOU WOULD LIKE TO ADD TO ASSIST
US IN THE DEVELOPMENT OF THE EXAMINATION?

21

**Firefighter**
**Exam # 7029**

Firefighters needed to complete the Job Analysis Questionnaire (JAQ) by division, unit, ethnicity, and gender

| DIV. | UNIT | | | ETHNICITY | | | | | GENDER | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ENG. | LAD. | SUB TOTAL | W | B | H | A | SUB TOTAL | M | F | SUB TOTAL | |
| 1 | 9 | 8 | 17 | 15 | 1 | 1 | 0 | 17 | 16 | 1 | 17 | 17 |
| 3 | 10 | 8 | 18 | 15 | 1 | 2 | 0 | 18 | 17 | 1 | 18 | 18 |
| 5 | 10 | 8 | 18 | 16 | 1 | 1 | 0 | 18 | 18 | 0 | 18 | 18 |
| 6 | 14 | 10 | 24 | 19 | 2 | 2 | 1 | 24 | 23 | 1 | 24 | 24 |
| 7 | 14 | 13 | 27 | 26 | 0 | 1 | 0 | 27 | 26 | 1 | 27 | 27 |
| 8 | 12 | 10 | 22 | 19 | 2 | 1 | 0 | 22 | 21 | 1 | 22 | 22 |
| 11 | 14 | 8 | 22 | 19 | 2 | 1 | 0 | 22 | 21 | 1 | 22 | 22 |
| 13 | 12 | 13 | 25 | 22 | 1 | 2 | 0 | 25 | 24 | 1 | 25 | 25 |
| 14 | 14 | 11 | 26 | 23 | 2 | 1 | 0 | 26 | 25 | 1 | 26 | 26 |
| 15 | 18 | 11 | 29 | 26 | 2 | 1 | 0 | 29 | 28 | 1 | 29 | 29 |
| TOTAL | 101 | 92 | 199 | 174 | 12 | 11 | 2 | 199 | 191 | 8 | 199 | 199 |

# FIREFIGHTER
## EXAM. NO. 7029

## JOB ANALYSIS QUESTIONNAIRE (JAQ)
## INSTRUCTION BOOKLET

This Job Analysis Questionnaire (JAQ) is being administered to gather information to develop the next examination for Firefighter. Your responses on this JAQ are needed to help determine the content of the test; so please be accurate in describing your job as you see it.

Responses to the JAQ are strictly confidential. Your anonymity will be protected and no names will be associated with any information made available to your department. We appreciate your input into the development of this important examination.

You will need this Instruction Booklet, a Task-Ability Booklet, a Green Response Booklet and a #2 pencil to complete the JAQ.

This Instruction Booklet contains the following sections:

Page 1.    <u>Background Information</u> asks you to give us background information about yourself.

Page 2.    <u>Task Rating Scales</u> explains the Performance, Importance, and Frequency scales you will use to rate the individual task statements.

Page 3.    <u>JAQ Task Comprehensiveness Scale</u> asks how well the tasks describe the complete job of a Firefighter.

Page 3.    <u>Ability Rating Scale</u> explains the Importance scale you will use to rate the Abilities List.


## BACKGROUND INFORMATION

Please answer the following questions on the front cover of the Green Response Booklet by completely filling-in the appropriate circles:

Title Code Number = 70310, Years in Title as a Firefighter, Age, Ethnic Background, Sex and Highest Educational Level Achieved.

Please fill in the following under Part I on the cover of the Response Booklet.

1.    Are you a permanent Firefighter?

A) Yes       B) No

2.    What is your current assignment?

A) Engine     B) Ladder    C) Other

3.    To which division are you currently assigned?

A) 1       B) 3       C) 6       D) 7       E) 8       F) 11
G) 13      H) 14      I) 15      J) Other

4.    To which borough are you currently assigned?

A)  Manhattan        B)  Brooklyn      C)  Bronx
D)  Queens           E)  Staten Island  F)  Other

1

USA000363

## JAQ TASK COMPREHENSIVENESS SCALE

This next question gives you a chance to say how well the tasks actually describe the complete job of a Firefighter.

Mark your response to Question 197 below in your Response Booklet under Scale A, Task/KSA #197.

197. What percentage of the job of Firefighter, as you see it, has been covered by the tasks listed in the JAQ?

    (A)   100% of the job is covered

    (B)   90% of the job is covered

    (C)   80% of the job is covered

    (D)   70% of the job is covered

    (E)   60% of the job is covered

    (F)   50% or less of the job is covered


## ABILITY RATING SCALE

This section of the JAQ lists Abilities that might be required to effectively perform your job as a Firefighter.

Use the rating scales below to rate the abilities listed on pages 11 and 12 of the Task-Ability Booklet. Mark your ratings in your Response Booklet under Scale A, starting with Task/KSA #198.


SCALE A (IMPORTANCE):   How important is this ability to your overall job performance compared to the other abilities you must have?

(A)   Critical to the performance of my job
(B)   Important to the performance of my job
(C)   Somewhat important to the performance of my job
(D)   Not relevant to the performance of my job

---

**USE THIS PAGE FOR QUESTION #197 AND YOUR ABILITY RATINGS**

3

USA000364

FIREFIGHTER
EXAM. NO. 7029

JAO TASK LIST

A.   <u>INITIAL RESPONSE TO INCIDENTS/DRIVING</u> - These tasks involve tasks that occur between receiving an alarm and initial fire fighting or emergency activities, including driving apparatus to and from various points.

1.   Makes preliminary evaluation of incident based on alarm information received (e.g., alarm type, building type, etc.).

2.   Proceeds to assigned apparatus upon receipt of call for service.

3.   Dons personal protective gear (turnout coat, helmet, boots, breathing apparatus).

4.   Determines route for apparatus based on alarm information, route cards, etc.

5.   Drives apparatus from one point to another in accordance with alarm status and purpose of trip.

6.   Communicates information (e.g., talks with other responding units, receives updates from officer in apparatus, etc.) while in route.

7.   Orients rear of tiller truck while in route from one point to another.

8.   Sounds horn or siren on apparatus appropriately.

9.   Maneuvers and positions apparatus appropriately at incident scene.

10.  Requests removal of vehicles blocking route to incident scene.

11.  Issues summonses to uncooperative citizens and vehicle owners, when necessary.

12.  Sets out traffic cones or flares to block traffic lanes or streets.

13.  Keeps spectators and bystanders clear of incident scene.

14.  Reports the cause of the alarm (e.g., fire, smoke, malfunctioning equipment, etc.) and whether further action is needed.

B.   <u>SIZE-UP</u> - These tasks involve evaluating the fire or incident scene to determine actions which should initially be taken and obtaining information needed for evaluation.

15.  Determines level of life hazard at scene.

16.  Determines appropriate point of entry into structure for assigned position based on location of fire, building type, security concerns, etc.

17.  Determines which tools and equipment should be taken from apparatus based on structure type, location of fire, etc.

18.  Keeps track of position of other firefighters in reference to fire or emergency.

19.  Communicates with civilians at incident scene to obtain necessary information.

20.  Evaluates possible building layout, including layout of individual apartments, based on location of fire escapes and other information.

2

USA000365

21.  Determines best means to get to roof of building (e.g., from adjoining building, fire escape, ladder, etc.).

22.  Surveys building from roof by inspecting the perimeter and looking over the sides and exposures.

23.  Locates utility meters and shuts off gas or electricity to structure.

24.  Selects type of extinguisher (e.g., dry chemical, purple-K, foam, water, alcohol, fluoroprotein) needed for a particular situation.

C.  LADDER OPERATION - These tasks involve stabilizing ladder trucks and elevating and operating aerial ladders and platforms in order to rescue victims, provide access for ventilation, operate master stream devices, etc.

25.  Stabilizes elevating apparatus using wheel chocks, stabilizing pads, stabilizing jacks and outriggers.

26.  Elevates, rotates and extends aerial or tower ladder for supported and unsupported operation, while watching for power lines, trees and other overhead obstructions.

27.  Operates ladder from ground controls or from platform controls, while watching for power lines, trees and other overhead obstructions.

28.  Sets up water tower operations with aerial ladders by clamping master stream appliances to tip of aerial ladder, strapping 3" hose as needed and then extending the ladder.

D.  CLIMBING AND PORTABLE LADDER ACTIVITIES - These tasks involve climbing ladders, stairs and fire escapes, and raising and setting up portable ladders.

29.  Climbs up stairs to get to fire scene or assigned area.

30.  Determines appropriate ladder type and size (e.g., 10', 16', 20', 24', 35', folding ladder, etc.) needed at incident scene.

31.  Determines proper placement of ladder at scene (e.g., considers dangers of electrified lines, etc.).

32.  Carries portable ladder from truck to incident scene.

33.  Raises and places portable ladder into position (e.g., fire escape) at incident scene.

34.  Butts ladders for other members.

35.  Raises and repositions small ladder to climb outside of building.

36.  Climbs portable ladder to effect entrance into building.

37.  Engages ladder locks prior to climbing aerial ladder.

38.  Climbs up fire escape to enter building on appropriate floor.

E.  BUILDING ENTRY - These tasks involve prying open or breaking through doors or otherwise entering buildings in order to search for and rescue victims and provide access to the fire for offensive fire fighting, using axes, halligan tool, hooks, rabbit tools, sledge hammers, power saws, and other tools.

39.  Breaks down doors using axes, sledge hammers, battering rams, halligan tool and other forcible entry tools.

40.  Pries open doors in structures using pry bars, halligan tools, bolt cutters and other tools.

3

USA000366

63. Sets up and starts portable and non-portable generators.

64. Removes scuttle covers and skylights from roofs.

65. Determines best locations for venting structure based on location of fire and fire personnel.

66. Breaks open bulkhead door or scuttle using halligan tool, halligan hook, axes, saws, maul and other tools.

67. Climbs onto bulkhead.

68. Breaks open windows or skylights to ventilate structure, using halligan tool, axe, maul or other tools.

I.    SUPPLIES WATER FOR HOSE OPERATION - These tasks involve connecting or hooking up engine to fire hydrant and operating pumps to supply water in appropriate pressure and volume for fire fighting, using hydrant wrenches, couplings, hoses, spanner wrenches, and other tools.

69. Tests hydrant before hooking up to ensure it is functional.

70. Connects suction hose between hydrant and engine, or establishes water supply from another unit.

71. Tightens loose couplings on supply line with a spanner wrench.

72. Turns on the hydrant using a hydrant wrench.

73. Puts engine in pump gear and primes engine pump.

74. Initiates pump operations when the officer gives the order.

75. Determines appropriate pressure to give to a line, on the basis of hose size, nozzle type, and distance to fire.

76. Adjusts pump pressure and volume, as necessary (e.g, when altering number of lines, officer orders, line bursts, etc.).

77. Operates throttle, transfer or change-over valve and relief valve or pressure governor (regulator) on pump, as necessary, during pressure changes.

78. Monitors temperature, hydrant pressure and tachometer gauges to provide necessary water volume and pressure.

79. Stretches a line to another engine or to a tower or aerial ladder.

80. Hooks up engine to supply water to a standpipe system and/or sprinkler system.

81. When using multiple lines from a single engine, records information regarding company using each line in order to keep track of operations.

J.    HOSE OPERATIONS DURING EXTINGUISHMENT - These tasks involve stretching line to fire scenes and delivering water to scene of fire.

82. Determines size and number of lengths of hose line needed to reach fire, using information regarding structure type and distance from structure.

83. Selects appropriate hose couplings and fittings to connect lines.

84. Changes hose couplings and fittings to connect lines.

85. Secures and replaces burst hose sections.

5

USA000367

110.   Shuts off or wedges automatic sprinkler systems.

111.   Removes fire debris from fire floors.

112.   Removes water using de-watering pumps.

113.   Tears down dangerous structural components (e.g., floors, walls, roofs, overhangs and stairs) using hooks, axes, saws and other tools.

114.   Covers openings or windows with plastic sheets.

115.   Trims broken glass from window frames.

M.   CLEAN UP/PICK UP - These tasks involve picking up and returning equipment to vehicle and rolling up or folding up hose, so that the company can go back in service.

116.   Backs lines out of buildings.

117.   Shuts down and drains lines at pumps.

118.   Rolls up and folds up wet or dry hoses and returns them to appropriate vehicles.

119.   Cleans and returns all tools, equipment, supplies and property in usable condition to appropriate vehicles.

120.   Cleans hoses using hose washers or brooms and brushes.

121.   Drags frozen hose to hose bed on pumper.

122.   Refills booster tank from hydrant or other source in order to prepare for next call for service.

N.   EQUIPMENT MAINTENANCE - These tasks involve inspecting, cleaning, and maintaining apparatus, equipment carried on the apparatus, and personal gear and equipment.

123.   Checks apparatus to ensure proper and safe operation (e.g., lights, sufficient fuel and oil, brakes, etc.).

124.   Cleans apparatus to ensure proper and safe operation.

125.   Inspects apparatus to ensure all necessary tools and equipment are available on apparatus (e.g., extra air bottles, all hose lengths, all ladders, fittings, etc.).

126.   Inspects personal protective gear (mask, tank, regulator) to ensure safe and proper operation (e.g., breathes into mask to ensure no leaks, checks gauge on tank to ensure it is full, etc.).

127.   Inspects tools and equipment to ensure safe and proper operation (e.g, starts power saws to ensure no malfunctions, checks blade on wood saw to ensure sufficient number of teeth, etc.).

128.   Cleans personal gear on a routine basis and after use at incident scene.

129.   Cleans tools and equipment on a routine basis and after use at incident scene (e.g., torches, saw blades, etc.).

130.   Requests repair of personal gear, tools, and equipment as warranted.

131.   Requests specialized cleaning of personal protective equipment (e.g., when contaminated by blood or bio-hazard material, etc.).

132.   Posts signs to identify box alarms that are out of order.

7

152. Takes precautions (e.g., wears gloves, washes hands, etc.) to prevent the transfer of such things as blood or diseases.

153. Sets up and administers the defibrillator as needed.

154. Assists injured or ill citizens, victims of crime, etc. in getting appropriate medical treatment.

155. Assists EMS personnel during transport or as needed.

156. Records and documents type and level of assistance given.

R.  **ELEVATOR RELATED TASKS** - These tasks involve controlling elevators and rescuing persons from stalled elevator cars.

157. Puts elevator into fire service to control elevator.

158. Uses elevator which has been put into fire service to ascend to appropriate floor.

159. Locates stalled elevator cars.

160. Attempts to free stalled elevator car by mechanical means (e.g., call buttons, controller).

161. Forces entry into stalled elevator cars using physical force if necessary (e.g., uses hook to depress door mechanism, forces apart doors using pry bar, elevator keys, etc.).

162. Uses air bags to force open elevator doors.

163. Shuts off power prior to removing passengers trapped in elevators through hatchway and shaft.

164. Notifies appropriate agency of situation.

S.  **TRAINING** - These tasks involve participating in drills which simulate important fire or rescue activities, and attending lectures or formal training.

165. Reviews/critiques activities performed at fire scene upon return to station or on next tour.

166. Participates in drills to practice basic company skills (e.g., raising ladders, stretching hose).

167. Participates in drills in which working fire activities are practiced (e.g., a ladder company will start the saws, use the hurst tool, set up the ladder, maneuver the bucket and use large caliber streams, supplying water, etc.).

168. Participates in drills in which a response to an emergency is simulated (e.g., extricating a person trapped in a vehicle).

169. Participates in inter-agency drills (e.g., Con Edison drills).

T.  **WATCH DUTIES** - These tasks involve standing watch to receive incoming alarms and information, answering phones, and monitoring access to the station house.

170. Receives alarm information from dispatch computer or over the phone while performing watch duties.

171. Notifies station personnel (over public address or through use of signals) of incoming alarms and required response (e.g., everybody goes, truck only, engine only, etc.).

172. Tests alarms and dispatch equipment.

173. Provides alarm and communique to chauffeurs/officers while performing watch duties.

174. Keeps log of all station house events in company journal.

9

USA000369

FIREFIGHTER
EXAM. NO. 7029

JAQ ABILITY LIST

198.  ORAL COMPREHENSION is the ability to understand spoken English words and sentences.

199.  WRITTEN COMPREHENSION is the ability to understand written sentences and paragraphs.

200.  ORAL EXPRESSION is the ability to use English words or sentences in speaking so that others will understand.

201.  WRITTEN EXPRESSION is the ability to use English words or sentences in writing so that others will understand.

202.  FLUENCY OF IDEAS is the ability to produce a number of ideas about a given topic.

203.  ORIGINALITY is the ability to produce unusual or clever ideas about a given topic or situation. It is the ability to invent creative solutions to problems or to develop new procedures for situations in which standard operating procedures do not apply.

204.  MEMORIZATION is the ability to remember information, such as words, numbers, pictures and procedures. Pieces of information can be remembered by themselves or with other pieces of information.

205.  PROBLEM SENSITIVITY is the ability to tell when something is wrong or is likely to go wrong. It includes being able to identify the whole problem as well as elements of the problem.

206.  MATHEMATICAL REASONING is the ability to understand and organize a problem and then select a mathematical method or formula to solve the problem. It encompasses reasoning through mathematical problems to determine appropriate operations that can be performed to solve problems.

207.  NUMBER FACILITY involves the degree to which adding, subtracting, multiplying and dividing can be done quickly and correctly. These can be steps in other operations like finding percentages and taking square roots.

208.  DEDUCTIVE REASONING is the ability to apply general rules to specific problems to come up with logical answers. It involves deciding if an answer makes sense.

209.  INDUCTIVE REASONING is the ability to combine separate pieces of information, or specific answers to problems, to form general rules or conclusions. It involves the ability to think of possible reasons for why things go together.

210.  INFORMATION ORDERING is the ability to follow correctly a rule or set of rules or actions in a certain order. The rule or set of rules used must be given. The things or actions to be put in order can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations.

211.  CATEGORY FLEXIBILITY is the ability to produce many rules so that each rule tells how to group a set of things in a different way. Each different group must contain at least two things from the original set of things.

11

USA000370

FIREFIGHTER
EXAM. NO. 7029

TASK LIST
JAQ RESULTS

**A.**   INITIAL RESPONSE TO INCIDENTS/DRIVING - These tasks involve tasks that occur between receiving an alarm and initial fire fighting or emergency activities, including driving apparatus to and from various points.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 99.5 | 3.679 | 3.911 | 1. | Makes preliminary evaluation of incident based on alarm information received (e.g., alarm type, building type, etc.). |
| 99.5 | 3.853 | 3.953 | 2. | Proceeds to assigned apparatus upon receipt of call for service. |
| 93.2 | 3.799 | 3.827 | 3. | Dons personal protective gear (turnout coat, helmet, boots, breathing apparatus). |
| 69.3 | 3.714 | 3.662 | 4. | Determines route for apparatus based on alarm information, route cards, etc. |
| 63.5 | 3.779 | 3.672 | 5. | Drives apparatus from one point to another in accordance with alarm status and purpose of trip. |
| 78.1 | 3.593 | 3.713 | 6. | Communicates information (e.g., talks with other responding units, receives updates from officer in apparatus, etc.) while in route. |
| 9.9 | 3.474 | 2.778 | 7. | Orients rear of tiller truck while in route from one point to another. |
| 56.3 | 3.243 | 3.613 | 8. | Sounds horn or siren on apparatus appropriately. |
| 65.1 | 3.871 | 3.718 | 9. | Maneuvers and positions apparatus appropriately at incident scene. |
| 58.3 | 3.205 | 2.652 | 10. | Requests removal of vehicles blocking route to incident scene. |
| 69.8 | 2.015 | 1.142 | 11. | Issues summonses to uncooperative citizens and vehicle owners, when necessary. |
| 95.3 | 3.000 | 1.929 | 12. | Sets out traffic cones or flares to block traffic lanes or streets. |
| 75.5 | 2.441 | 1.792 | 13. | Keeps spectators and bystanders clear of incident scene. |
| 47.9 | 3.077 | 2.901 | 14. | Reports the cause of the alarm (e.g., fire, smoke, malfunctioning equipment, etc.) and whether further action is needed. |

**B.**   SIZE-UP - These tasks involve evaluating the fire or incident scene to determine actions which should initially be taken and obtaining information needed for evaluation.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 76.6 | 3.788 | 2.857 | 15. | Determines level of life hazard at scene. |
| 69.8 | 3.821 | 3.143 | 16. | Determines appropriate point of entry into structure for assigned position based on location of fire, building type, security concerns, etc. |
| 87.5 | 3.738 | 3.226 | 17. | Determines which tools and equipment should be taken from apparatus based on structure type, location of fire, etc. |
| 68.8 | 3.470 | 3.106 | 18. | Keeps track of position of other firefighters in reference to fire or emergency. |
| 78.1 | 3.000 | 2.568 | 19. | Communicates with civilians at incident scene to obtain necessary information. |

1

USA000371

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 87.0 | 3.578 | 2.957 | 20. | Evaluates possible building layout, including layout of individual apartments, based on location of fire escapes and other information. |
| 62.5 | 3.808 | 2.717 | 21. | Determines best means to get to roof of building (e.g., from adjoining building, fire escape, ladder, etc.). |
| 58.3 | 3.766 | 2.402 | 22. | Surveys building from roof by inspecting the perimeter and looking over the sides and exposures. |
| 63.0 | 3.157 | 2.058 | 23. | Locates utility meters and shuts off gas or electricity to structure. |
| 69.3 | 3.195 | 2.106 | 24. | Selects type of extinguisher (e.g., dry chemical, purple-K, foam, water, alcohol, fluoroprotein) needed for a particular situation. |

C.   LADDER OPERATION – These tasks involve stabilizing ladder trucks and elevating and operating aerial ladders and platforms in order to rescue victims, provide access for ventilation, operate master stream devices, etc.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 51.0 | 3.653 | 2.276 | 25. | Stabilizes elevating apparatus using wheel chocks, stabilizing pads, stabilizing jacks and outriggers. |
| 47.1 | 3.813 | 2.143 | 26. | Elevates, rotates and extends aerial or tower ladder for supported and unsupported operation, while watching for power lines, trees and other overhead obstructions. |
| 44.8 | 3.776 | 2.128 | 27. | Operates ladder from ground controls or from platform controls, while watching for power lines, trees and other overhead obstructions. |
| 22.9 | 2.773 | 1.095 | 28. | Sets up water tower operations with aerial ladders by clamping master stream appliances to tip of aerial ladder, strapping 3" hose as needed and then extending the ladder. |

D.   CLIMBING AND PORTABLE LADDER ACTIVITIES - These tasks involve climbing ladders, stairs and fire escapes, and raising and setting up portable ladders.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 87.5 | 3.702 | 2.976 | 29. | Climbs up stairs to get to fire scene or assigned area. |
| 67.0 | 3.496 | 2.085 | 30. | Determines appropriate ladder type and size (e.g., 10', 16', 20', 24', 35', folding ladder, etc.) needed at incident scene. |
| 66.7 | 3.717 | 1.992 | 31. | Determines proper placement of ladder at scene (e.g., considers dangers of electrified lines, etc.). |
| 69.3 | 3.295 | 1.818 | 32. | Carries portable ladder from truck to incident scene. |
| 73.4 | 3.371 | 1.780 | 33. | Raises and places portable ladder into position (e.g., fire escape) at incident scene. |
| 84.4 | 3.193 | 1.667 | 34. | Butts ladders for other members. |
| 65.6 | 3.246 | 1.690 | 35. | Raises and repositions small ladder to climb outside of building. |
| 71.9 | 3.333 | 1.565 | 36. | Climbs portable ladder to effect entrance into building. |
| 39.1 | 3.573 | 1.693 | 37. | Engages ladder locks prior to climbing aerial ladder. |
| 72.9 | 3.403 | 1.633 | 38. | Climbs up fire escape to enter building on appropriate floor. |

E.   BUILDING ENTRY - These tasks involve prying open or breaking through doors otherwise entering buildings in order to search for and rescue victims access to the fire for offensive fire fighting, using axes, halligan tool, hook sledge hammers, power saws, and other tools.

2

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 73.4 | 3.617 | 1.764 | 39. | Breaks down doors using axes, sledge hammers, battering rams, halligan tool and other forcible entry tools. |
| 75.5 | 3.579 | 1.786 | 40. | Pries open doors in structures using pry bars, halligan tools, bolt cutters and other tools. |
| 64.1 | 3.114 | 1.341 | 41. | Breaks holes in wooden, brick, and masonry walls using sledge hammers, battering rams, axes and other tools. |
| 63.0 | 3.471 | 1.471 | 42. | Cuts open doors, metal grills or gates using power saws, torches and axes. |
| 74.0 | 3.465 | 1.599 | 43. | Removes locks or hinges from doors using a rabbit tool, K tool, or other forcible entry tools. |
| 77.1 | 3.507 | 2.128 | 44. | Opens doors or windows to gain entrance to building. |

**F.     SEARCH** - These tasks involve searching fire or assigned area in order to locate victims and to obtain further information about fire, following standard search procedures.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 77.1 | 3.824 | 1.818 | 45. | Searches smoke-filled structures for seat of fire and extensions. |
| 76.0 | 3.815 | 1.740 | 46. | Identifies hazardous conditions in course of search and informs others of the problem. |
| 69.6 | 3.857 | 1.724 | 47. | Searches floors above fire, including stairwells, bulkheads and roofs, for inhabitants who need to be moved or rescued. |
| 61.8 | 3.847 | 1.714 | 48. | Views perimeter of the building from roof to determine if there are victims needing assistance at windows, on ledges, or who have jumped. |
| 75.5 | 3.855 | 1.600 | 49. | Searches fire floor and fire area (e.g., hallways, closets, bathrooms, etc.) for conscious and unconscious victims, sweeping assigned search area with arms, legs or tools. |
| 74.0 | 3.652 | 1.437 | 50. | Uses portable extinguisher to restrict fire for search and rescue. |
| 76.0 | 3.829 | 1.534 | 51. | Controls doors after gaining entry to fire area (e.g., closes door, etc.). |

**G.     RESCUE** - These tasks involve assisting, carrying or dragging victims from emergency area by means of interior access (stairs, hallways, etc.) or, if necessary, by ladders, fire escapes, platforms, or other means of escape.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 52.6 | 3.743 | 1.050 | 52. | Hoists or lowers victims or firefighters using ropes, knots and rescue harnesses. |
| 50.5 | 3.670 | 1.041 | 53. | Uses life belt and life saving rope to slide down from a ledge or roof of a building. |
| 76.0 | 3.651 | 1.137 | 54. | Drags or carries unconscious or weak victim down stairs. |
| 62.5 | 3.592 | 1.058 | 55. | Drags or carries unconscious or weak victim down ladder or fire escape. |
| 88.0 | 3.237 | 1.746 | 56. | Places victims onto stretchers, backboards or stokes basket. |
| 31.3 | 3.767 | 1.450 | 57. | Positions tower ladder at scene so that the bucket can be aligned with ledges, etc., from which the rescue is to be made. |

.3

USA000373

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 66.7 | 3.563 | 1.297 | 58. | Instructs persons on upper floors as to appropriate actions (e.g., staying put, ascending to upper floors, descending to lower floors via fire escapes or fire stairs, etc.). |

H.   VENTILATION - These tasks involve opening or breaking open windows, chopping or cutting holes in roofs, breaking through walls or doors, and hanging fans in windows or doors to remove heat, smoke and gas from burning buildings.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 76.0 | 3.507 | 1.637 | 59. | Opens windows in structures manually or by using pry bars, halligan tools, rabbit tools and other tools. |
| 65.6 | 3.262 | 1.310 | 60. | Breaks holes in walls (masonry, brick or wooden) using sledge hammers, axes, power saws and other tools. |
| 62.5 | 3.617 | 1.308 | 61. | Cuts holes in roofs and floors, using axes, power saws, torches and other equipment. |
| 53.1 | 2.784 | 1.069 | 62. | Hangs smoke ejectors (fans) from ladders, in doors, windows, and holes in roofs or walls. |
| 59.9 | 2.696 | 1.200 | 63. | Sets up and starts portable and non-portable generators. |
| 59.9 | 3.678 | 1.391 | 64. | Removes scuttle covers and skylights from roofs. |
| 60.2 | 3.748 | 1.565 | 65. | Determines best locations for venting structure based on location of fire and fire personnel. |
| 60.9 | 3.709 | 1.402 | 66. | Breaks open bulkhead door or scuttle using halligan tool, halligan hook, axes, saws, maul and other tools. |
| 56.3 | 3.196 | 1.167 | 67. | Climbs onto bulkhead. |
| 64.6 | 3.621 | 1.366 | 68. | Breaks open windows or skylights to ventilate structure, using halligan tool, axe, maul or other tools. |

I.   SUPPLIES WATER FOR HOSE OPERATION - These tasks involve connecting or hooking up engine to fire hydrant and operating pumps to supply water in appropriate pressure and volume for fire fighting, using hydrant wrenches, couplings, hoses, spanner wrenches, and other tools.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 65.6 | 3.873 | 2.784 | 69. | Tests hydrant before hooking up to ensure it is functional. |
| 59.4 | 3.851 | 2.212 | 70. | Connects suction hose between hydrant and engine, or establishes water supply from another unit. |
| 69.8 | 3.105 | 1.836 | 71. | Tightens loose couplings on supply line with a spanner wrench. |
| 70.3 | 3.711 | 2.430 | 72. | Turns on the hydrant using a hydrant wrench. |
| 40.1 | 3.805 | 2.636 | 73. | Puts engine in pump gear and primes engine pump. |
| 40.6 | 3.897 | 2.474 | 74. | Initiates pump operations when the officer gives the order. |
| 41.9 | 3.875 | 2.388 | 75. | Determines appropriate pressure to give to a line, on the basis of hose size, nozzle type, and distance to fire. |
| 41.1 | 3.823 | 2.177 | 76. | Adjusts pump pressure and volume, as necessary (e.g., when altering number of lines, officer orders, line bursts, etc.). |
| 38.5 | 3.689 | 2.028 | 77. | Operates throttle, transfer or change-over valve and relief valve or pressure governor (regulator) on pump, as necessary, during pressure changes. |

4

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 38.5 | 3.676 | 2.203 | 78. | Monitors temperature, hydrant pressure and tachometer gauges to provide necessary water volume and pressure. |
| 78.6 | 3.377 | 1.260 | 79. | Stretches a line to another engine or to a tower or aerial ladder. |
| 56.8 | 3.780 | 1.404 | 80. | Hooks up engine to supply water to a standpipe system and/or sprinkler system. |
| 38.5 | 3.554 | 1.500 | 81. | When using multiple lines from a single engine, records information regarding company using each line in order to keep track of operations. |

J.  **HOSE OPERATIONS DURING EXTINGUISHMENT** - These tasks involve stretching line to fire scenes and delivering water to scene of fire.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 77.0 | 3.733 | 1.816 | 82. | Determines size and number of lengths of hose line needed to reach fire, using information regarding structure type and distance from structure. |
| 70.3 | 3.687 | 1.689 | 83. | Selects appropriate hose couplings and fittings to connect lines. |
| 68.6 | 3.577 | 1.546 | 84. | Changes hose couplings and fittings to connect lines. |
| 71.2 | 3.644 | 1.111 | 85. | Secures and replaces burst hose sections. |
| 76.6 | 3.673 | 1.616 | 86. | Carries uncharged hose line off hose bed to incident scene through hallways, up stairs, around corners, etc. |
| 88.5 | 3.582 | 2.118 | 87. | Chocks open doors and windows. |
| 65.1 | 3.272 | 1.185 | 88. | Hoists hose to incident scene using utility ropes. |
| 69.8 | 3.338 | 1.346 | 89. | Stretches uncharged hose line to other fire personnel. |
| 84.9 | 3.718 | 1.747 | 90. | Flakes out hose line prior to charging so that no kinks or small bends impede operations. |
| 69.8 | 3.216 | 1.313 | 91. | Uses hose strap to support hose on staircase or ladders. |
| 79.7 | 3.575 | 1.614 | 92. | Disconnects ("breaks") hose line at back step after needed lengths have been removed from hose bed. |
| 65.1 | 3.520 | 1.440 | 93. | Bleeds line of air in safe area so as not to feed fire. |
| 66.7 | 3.805 | 1.398 | 94. | Operates nozzle at front of hose line to direct stream appropriately (e.g., into fire, in upward direction, etc.). |
| 85.9 | 3.549 | 1.506 | 95. | Removes kinks from hose line during extinguishment to ensure proper operations. |
| 80.7 | 3.503 | 1.494 | 96. | Feeds charged hose line to other fire personnel. |
| 58.9 | 3.133 | 1.283 | 97. | Changes nozzle, as necessary, for different conditions. |
| 67.7 | 3.562 | 1.423 | 98. | Applies water to structures on fire, using sweeping motions and projecting water into openings. |
| 66.3 | 3.134 | 1.787 | 99. | Pulls booster hose off of engine. |
| 64.6 | 3.048 | 1.919 | 100. | Uses booster hose to extinguish small fire (e.g., car fire, wash down of fuel, trash fires, etc.). |
| 83.9 | 3.186 | 1.484 | 101. | Uses extinguisher to extinguish or control fire. |

5

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 71.4 | 3.213 | 1.147 | 102. | Operates stang (tower hose) to apply water to structures on fire. |

**K.    OVERHAUL** - These tasks involve opening up walls and ceilings, cutting or pulling up floors and moving or turning over debris, in order to check for hidden fires which could rekindle or spread, using hooks, axes, saws and pitchforks.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 79.6 | 3.464 | 1.680 | 103. | Locates hidden fires by seeing, feeling, or smelling fire and smoke. |
| 71.4 | 3.471 | 1.632 | 104. | Opens walls, ceilings, floors, roofs or furniture using hooks, axes, saws and other equipment to check for fire extension. |
| 73.4 | 3.404 | 1.381 | 105. | Identifies flammable or hazardous materials. |
| 38.5 | 3.257 | 1.270 | 106. | Notifies appropriate personnel for proper handling procedures for hazardous materials. |
| 76.6 | 2.692 | 1.384 | 107. | Carries, pushes, throws or drags furniture and other property from structures. |

**L.    SALVAGE** - These tasks involve moving and covering furniture, appliances, merchandise and other property, and covering holes in buildings and redirecting or cleaning up water in order to minimize damage, using plastic and canvas covers, ropes, staple guns, mops, squeegees, and other tools.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 63.5 | 2.262 | 1.270 | 108. | Lifts, carries, pushes or piles furniture, clothing, appliances and other valuables. |
| 45.3 | 2.034 | 1.092 | 109. | Covers piled property, walls, floors and stairways with salvage covers. |
| 55.7 | 2.425 | 1.152 | 110. | Shuts off or wedges automatic sprinkler systems. |
| 64.6 | 2.419 | 1.266 | 111. | Removes fire debris from fire floors. |
| 29.7 | 2.175 | 1.105 | 112. | Removes water using de-watering pumps. |
| 66.1 | 2.992 | 1.268 | 113. | Tears down dangerous structural components (e.g., floors, walls, roofs, overhangs and stairs) using hooks, axes, saws and other tools. |
| 60.4 | 1.922 | 1.155 | 114. | Covers openings or windows with plastic sheets. |
| 70.3 | 2.689 | 1.333 | 115. | Trims broken glass from window frames. |

**M.    CLEAN UP/PICK UP** - These tasks involve picking up and returning equipment to vehicle and rolling up or folding up hose, so that the company can go back in service.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 79.2 | 2.586 | 1.480 | 116. | Backs lines out of buildings. |
| 56.8 | 2.725 | 1.908 | 117. | Shuts down and drains lines at pumps. |
| 82.8 | 2.604 | 1.747 | 118. | Rolls up and folds up wet or dry hoses and returns them to appropriate vehicles. |
| 94.8 | 2.835 | 2.148 | 119. | Cleans and returns all tools, equipment, supplies and property in usable condition to appropriate vehicles. |
| 59.4 | 2.298 | 1.246 | 120. | Cleans hoses using hose washers or brooms and brushes. |
| 75.5 | 2.386 | 1.076 | 121. | Drags frozen hose to hose bed on pumper. |

.6

USA000376

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 59.9 | 3.522 | 2.322 | 122. | Refills booster tank from hydrant or other source in order to prepare for next call for service. |

N.    EQUIPMENT MAINTENANCE - These tasks involve inspecting, cleaning, and maintaining apparatus, equipment carried on the apparatus, and personal gear and equipment.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 71.9 | 3.565 | 3.101 | 123. | Checks apparatus to ensure proper and safe operation (e.g., lights, sufficient fuel and oil, brakes, etc.). |
| 86.5 | 2.729 | 2.367 | 124. | Cleans apparatus to ensure proper and safe operation. |
| 96.4 | 3.589 | 3.146 | 125. | Inspects apparatus to ensure all necessary tools and equipment are available on apparatus (e.g., extra air bottles, all hose lengths, all ladders, fittings, etc.). |
| 95.8 | 3.799 | 3.228 | 126. | Inspects personal protective gear (mask, tank, regulator) to ensure safe and proper operation (e.g., breathes into mask to ensure no leaks, checks gauge on tank to ensure it is full, etc.). |
| 83.9 | 3.671 | 3.043 | 127. | Inspects tools and equipment to ensure safe and proper operation (e.g., starts power saws to ensure no malfunctions, checks blade on wood saw to ensure sufficient number of teeth, etc.). |
| 84.4 | 2.920 | 2.173 | 128. | Cleans personal gear on a routine basis and after use at incident scene. |
| 82.8 | 3.119 | 2.358 | 129. | Cleans tools and equipment on a routine basis and after use at incident scene (e.g., torches, saw blades, etc.). |
| 92.7 | 3.073 | 1.404 | 130. | Requests repair of personal gear, tools, and equipment as warranted. |
| 85.9 | 3.500 | 1.238 | 131. | Requests specialized cleaning of personal protective equipment (e.g., when contaminated by blood or bio-hazard material, etc.). |
| 75.5 | 2.778 | 1.138 | 132. | Posts signs to identify box alarms that are out of order. |

O.    INSPECTION OF BUILDINGS/HYDRANTS - These tasks involve inspecting buildings for code violations or hazards on a periodic basis or during the course of activities, and inspecting hydrants for operational use.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 95.8 | 3.174 | 1.995 | 133. | Inspects buildings to determine location of standpipes, elevators, stairwells, exits, and other information which would be useful in fighting a fire in the building. |
| 91.1 | 3.040 | 1.903 | 134. | Inspects buildings for conformance to fire code regulations (e.g., clear fire stairs, bulkheads, alarm equipment present and in working order, fire extinguishers as required, etc.). |
| 88.0 | 3.130 | 1.462 | 135. | Upon discovering fire code violations that must be handled while on-site (e.g., locked bulkheads), remains at site until necessary corrective action is taken. |
| 97.4 | 2.920 | 1.406 | 136. | Responds to complaints regarding unsafe conditions (e.g., electrical hazards, locked exits, overcrowded drinking establishments, possible structural problems, etc.). |
| 68.2 | 2.847 | 1.481 | 137. | Advises building personnel as to the actions which should be taken to prevent further recurrences in the case of a malfunctioning alarm; advises personnel on sanctions that could be taken if problem is not fixed. |

7

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 69.3 | 2.782 | 1.364 | 138. | Advises building personnel on conditions which should be corrected in the building which were noted in the course of responding to the alarm. |
| 57.3 | 2.691 | 1.376 | 139. | Becomes familiar with building occupants, staff, and individuals who are designated for specific functions, such as HVAC system and fire safety director, during inspections. |

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 93.7 | 3.289 | 1.732 | 140. | Inspects (turns on and drains) hydrants to ensure they are operational. |
| 96.9 | 3.306 | 1.473 | 141. | Notifies officer of hydrants needing repair. |
| 75.4 | 2.657 | 1.524 | 142. | Completes forms or cards on inspected structures or hydrants. |
| 86.3 | 2.709 | 1.366 | 143. | Fills out and issues violations on inspected structures, as warranted. |
| 77.4 | 3.446 | 1.204 | 144. | Marks structures involved in fire to identify areas of questionable stability. |

P. **EXTRICATION** - These tasks involve extricating victims from vehicles, cave-ins, collapsed buildings or other entrapments in order to save lives, using shovels, torches, drills, pry bars, saws, jacks, hurst tools, air bags, and other equipment.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 65.4 | 3.584 | 1.408 | 145. | Pries, breaks or cuts open doors, windows or other parts of vehicles using pry bars, hurst tool, torches, halligan tool, drills, air chisels and other tools. |
| 64.4 | 3.553 | 1.303 | 146. | Moves heavy objects, materials and other obstructions in order to free or gain access to trapped victims or bodies, using air bags, chains and hoists, jacks, shoring materials, hurst tool and other hydraulic tools. |
| 39.5 | 3.480 | 1.079 | 147. | Digs to free victims trapped in tunnels, pipes, excavations, cave-ins or other entrapments using shovels, picks, spades and other equipment. |
| 30.0 | 3.379 | 1.193 | 148. | Dismantles machines in industrial accidents using shop tools and fire fighting tools. |
| 71.9 | 3.496 | 1.407 | 149. | Stabilizes vehicle using jacks, chocks, and stepchocks during extrication. |

Q. **PROVIDING MEDICAL ASSISTANCE** - These tasks involve providing first aid and direct medical assistance to persons requiring emergency attention.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|---|---|---|---|---|
| 64.4 | 3.274 | 2.581 | 150. | Makes primary assessment of victims (e.g., checks vital signs, condition, pulse, respiration, blood pressure, bleeding, etc.) to provide the level of first aid needed. |
| 75.8 | 3.319 | 2.034 | 151. | Provides direct medical assistance (e.g., basic life support, CPR, etc.) to injured or ill citizens, victims of crime, etc. |
| 90.6 | 3.792 | 2.491 | 152. | Takes precautions (e.g., wears gloves, washes hands, etc.) to prevent the transfer of such things as blood or diseases. |
| 46.1 | 3.477 | 1.453 | 153. | Sets up and administers the defibrillator as needed. |
| 87.3 | 3.055 | 2.042 | 154. | Assists injured or ill citizens, victims of crime, etc. in getting appropriate medical treatment. |
| 85.7 | 2.573 | 1.878 | 155. | Assists EMS personnel during transport or as needed. |
| 26.7 | 2.667 | 2.078 | 156. | Records and documents type and level of assistance given. |

8

USA000378

R. **ELEVATOR RELATED TASKS** - These tasks involve controlling elevators and rescuing persons from stalled elevator cars.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|------|---|
| 57.1 | 3.182 | 1.618 | 157. | Puts elevator into fire service to control elevator. |
| 69.1 | 3.241 | 1.598 | 158. | Uses elevator which has been put into fire service to ascend to appropriate floor. |

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|------|---|
| 55.0 | 3.104 | 1.673 | 159. | Locates stalled elevator cars. |
| 52.9 | 2.971 | 1.673 | 160. | Attempts to free stalled elevator car by mechanical means (e.g., call buttons, controller). |
| 57.6 | 3.064 | 1.615 | 161. | Forces entry into stalled elevator cars using physical force if necessary (e.g., uses hook to depress door mechanism, forces apart doors using pry bar, elevator keys, etc.). |
| 42.9 | 3.000 | 1.207 | 162. | Uses air bags to force open elevator doors. |
| 51.6 | 3.531 | 1.602 | 163. | Shuts off power prior to removing passengers trapped in elevators through hatchway and shaft. |
| 19.9 | 3.316 | 1.842 | 164. | Notifies appropriate agency of situation. |

S. **TRAINING** - These tasks involve participating in drills which simulate important fire or rescue activities, and attending lectures or formal training.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|------|---|
| 95.8 | 3.322 | 2.126 | 165. | Reviews/critiques activities performed at fire scene upon return to station or on next tour. |
| 99.5 | 3.253 | 2.566 | 166. | Participates in drills to practice basic company skills (e.g., raising ladders, stretching hose). |
| 98.4 | 3.175 | 2.027 | 167. | Participates in drills in which working fire activities are practiced (e.g., a ladder company will start the saws, use the hurst tool, set up the ladder, maneuver the bucket and use large caliber streams, supplying water, etc.). |
| 90.6 | 3.064 | 1.538 | 168. | Participates in drills in which a response to an emergency is simulated (e.g., extricating a person trapped in a vehicle). |
| 86.4 | 2.867 | 1.127 | 169. | Participates in inter-agency drills (e.g., Con Edison drills). |

T. **WATCH DUTIES** - These tasks involve standing watch to receive incoming alarms and information, answering phones, and monitoring access to the station house.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|------|---|
| 99.0 | 3.667 | 3.593 | 170. | Receives alarm information from dispatch computer or over the phone while performing watch duties. |
| 99.0 | 3.714 | 3.720 | 171. | Notifies station personnel (over public address or through use of signals) of incoming alarms and required response (e.g., everybody goes, truck only, engine only, etc.). |
| 71.9 | 3.328 | 3.066 | 172. | Tests alarms and dispatch equipment. |
| 98.4 | 3.553 | 3.582 | 173. | Provides alarm and communique to chauffeurs/officers while performing watch duties. |
| 96.9 | 2.995 | 3.562 | 174. | Keeps log of all station house events in company journal. |

9

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 99.5 | 3.289 | 3.563 | 175. | Records calls that come in over the computer dispatch and notifies appropriate personnel. |
| 99.5 | 2.862 | 3.709 | 176. | Answers department and outside phone. |
| 97.9 | 3.150 | 3.759 | 177. | Opens fire house doors to allow apparatus to depart/return to house. |
| 94.3 | 3.022 | 3.652 | 178. | Closes fire house doors after apparatus departs/returns to house. |

**U.    STATION DUTIES AND CHORES** - These tasks involve performing routine housekeeping chores or "committee work."

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 98.4 | 2.294 | 3.298 | 179. | Cleans quarters, bunk rooms, halls, bathrooms, etc. |
| 97.9 | 2.274 | 3.430 | 180. | Cleans up dishes and kitchen area following meals. |
| 99.5 | 2.218 | 3.102 | 181. | Shops for food. |
| 98.4 | 2.291 | 3.048 | 182. | Prepares meals. |
| 70.9 | 2.548 | 2.662 | 183. | Compiles, tabulates and records information about runs as requested by officer. |
| 78.0 | 2.413 | 2.333 | 184. | Checks building fuel tank levels. |
| 37.5 | 2.583 | 1.639 | 185. | Tests emergency generator. |
| 96.9 | 2.589 | 2.070 | 186. | Responds to questions and concerns of civilians who come into the station off the street. |

**V.    MISCELLANEOUS** - These tasks involve miscellaneous tasks.

| % YES | MEAN IMP. | MEAN FREQ. | | |
|-------|-----------|------------|---|---|
| 84.9 | 3.110 | 2.466 | 187. | Uses hand-carried lights to illuminate incident scene. |
| 44.8 | 2.465 | 1.512 | 188. | Shuts off various types of alarms (e.g., fire, burglar, car, etc.). |
| 69.8 | 3.433 | 1.634 | 189. | Turns off gas and ventilates area in gas leak response. |
| 61.5 | 3.364 | 1.178 | 190. | Secures downed electrical wires. |
| 37.2 | 3.429 | 1.056 | 191. | Rescues drowning victims using life saving techniques. |
| 76.6 | 3.384 | 1.211 | 192. | Carries out emergency procedures in case of subway/train accidents or malfunctions. |
| 69.8 | 3.201 | 1.455 | 193. | Searches for source of fuel leak in structure using such information as odor from fumes, etc. |
| 94.2 | 2.911 | 1.550 | 194. | Attempts to calm down or reassure citizens in distress at an incident scene. |
| 56.8 | 3.294 | 1.569 | 195. | Investigates potentially dangerous situations using meters (e.g., explosive, CO detectors). |
| 95.3 | 3.525 | 2.648 | 196. | Communicates information in person or via radio to other firefighters nearby or in other areas of the incident scene. |

USA000380

FIREFIGHTER
EXAM. NO. 7029

ABILITY LIST
JAQ RESULTS

MEAN
IMP.

3.766    198. ORAL COMPREHENSION is the ability to understand spoken English words and sentences.

3.453    199. WRITTEN COMPREHENSION is the ability to understand written sentences and paragraphs.

3.661    200. ORAL EXPRESSION is the ability to use English words or sentences in speaking so that others will understand.

3.115    201. WRITTEN EXPRESSION is the ability to use English words or sentences in writing so that others will understand.

2.911    202. FLUENCY OF IDEAS is the ability to produce a number of ideas about a given topic.

2.844    203. ORIGINALITY is the ability to produce unusual or clever ideas about a given topic or situation. It is the ability to invent creative solutions to problems or to develop new procedures for situations in which standard operating procedures do not apply.

3.257    204. MEMORIZATION is the ability to remember information, such as words, numbers, pictures and procedures. Pieces of information can be remembered by themselves or with other pieces of information.

3.453    205. PROBLEM SENSITIVITY is the ability to tell when something is wrong or is likely to go wrong. It includes being able to identify the whole problem as well as elements of the problem.

2.492    206. MATHEMATICAL REASONING is the ability to understand and organize a problem and then select a mathematical method or formula to solve the problem. It encompasses reasoning through mathematical problems to determine appropriate operations that can be performed to solve problems.

2.335    207. NUMBER FACILITY involves the degree to which adding, subtracting, multiplying and dividing can be done quickly and correctly. These can be steps in other operations like finding percentages and taking square roots.

3.111    208. DEDUCTIVE REASONING is the ability to apply general rules to specific problems to come up with logical answers. It involves deciding if an answer makes sense.

3.089    209. INDUCTIVE REASONING is the ability to combine separate pieces of information, or specific answers to problems, to form general rules or conclusions. It involves the ability to think of possible reasons for why things go together.

3.241    210. INFORMATION ORDERING is the ability to follow correctly a rule or set of rules or actions in a certain order. The rule or set of rules used must be given. The things or actions to be put in order can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations.

2.439    211. CATEGORY FLEXIBILITY is the ability to produce many rules so that each rule tells how to group a set of things in a

11

USA000381

different way. Each different group must contain at least two things from the original set of things.

MEAN
IMP.

2.906    212. SPEED OF CLOSURE involves the degree to which different pieces of information can be combined and organized into one meaningful pattern quickly. It is not known beforehand what the pattern will be. The material may be visual or auditory.

2.505    213. FLEXIBILITY OF CLOSURE is the ability to identify or detect a known pattern (like a figure, word, or object) that is hidden in other material. The task is to pick out the disguised pattern from the background material.

3.408    214. SPATIAL ORIENTATION is the ability to tell where you are in relation to the location of some object or to tell where the object is in relation to you.

3.021    215. VISUALIZATION is the ability to imagine how something would look when it is moved around or when its parts are moved or rearranged. It requires the forming of mental images of how patterns or objects would look after certain changes, such as unfolding or rotation. One has to predict how an object, set of objects, or pattern will appear after the changes have been carried out.

2.801    216. PERCEPTUAL SPEED involves the degree to which one can compare letters, numbers, objects, pictures, or patterns, quickly and accurately. The things to be compared may be presented at the same time or one after the other. This ability also includes comparing a presented object with a remembered object.

3.099    217. SELECTIVE ATTENTION is the ability to concentrate on a task one is doing. This ability involves concentrating while performing a boring task and not being distracted.

2.974    218. TIME SHARING is the ability to shift back and forth between two or more sources of information.

12

USA000382

## FIREFIGHTER
## EXAMINATION NO. 7029
## LINKING PANEL

You have been selected to participate in a linking panel for Firefighter, Exam. No. 7029. Your knowledge of the job of Firefighter is needed in order for us to determine the relationship between the tasks performed by Firefighters and the abilities they must possess.

Your first task will be to provide some information on your background and experience.

After that, you will review the list of tasks and abilities that Firefighters have rated as important for the job. You will then be asked to rate the importance of each of the eighteen abilities for the performance of each of the twenty-one task clusters.

Please make your ratings individually (not as a group), and remember that the contents of this survey and work on this panel is confidential.

Thank you for your valuable cooperation.

Please complete the following BACKGROUND INFORMATION.

Permanent title _____

Number of years
employed by the FDNY
in your permanent title _____

Work location _____

Age _____

Ethnicity
[White (non-Hispanic)
Black (non-Hispanic)
Hispanic
Asian/Pacific Islander
Native American] _____

Gender _____

1

−468−

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

B.    SIZE-UP - These tasks involve evaluating the fire or incident scene to determine actions which should initially be taken and obtaining information needed for evaluation.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_____    ORAL COMPREHENSION

_____    WRITTEN COMPREHENSION

_____    ORAL EXPRESSION

_____    WRITTEN EXPRESSION

_____    FLUENCY OF IDEAS

_____    ORIGINALITY

_____    MEMORIZATION

_____    PROBLEM SENSITIVITY

_____    DEDUCTIVE REASONING

_____    INDUCTIVE REASONING

_____    INFORMATION ORDERING

_____    SPEED OF CLOSURE

_____    FLEXIBILITY OF CLOSURE

_____    SPATIAL ORIENTATION

_____    VISUALIZATION

_____    PERCEPTUAL SPEED

_____    SELECTIVE ATTENTION

_____    TIME SHARING

3

USA000384

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

D.     BUILDING ENTRY – These tasks involve prying open or breaking through doors or otherwise entering buildings in order to search for and rescue victims and provide access to the fire for offensive fire fighting, using axes, halligan tool, hooks, rabbit tools, sledge hammers, power saws, and other tools.

How important is each ability to the performance of the above task cluster?

(3)     Critical to the performance of the task cluster
(2)     Important to the performance of the task cluster
(1)     Somewhat important to the performance of the task cluster
(0)     Not relevant to the performance of the task cluster

Abilities

_____  ORAL COMPREHENSION

_____  WRITTEN COMPREHENSION

_____  ORAL EXPRESSION

_____  WRITTEN EXPRESSION

_____  FLUENCY OF IDEAS

_____  ORIGINALITY

_____  MEMORIZATION

_____  PROBLEM SENSITIVITY

_____  DEDUCTIVE REASONING

_____  INDUCTIVE REASONING

_____  INFORMATION ORDERING

_____  SPEED OF CLOSURE

_____  FLEXIBILITY OF CLOSURE

_____  SPATIAL ORIENTATION

_____  VISUALIZATION

_____  PERCEPTUAL SPEED

_____  SELECTIVE ATTENTION

_____  TIME SHARING

5

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

F.    RESCUE - These tasks involve assisting, carrying or dragging victims from emergency area by means of interior access (stairs, hallways, etc.) or, if necessary, by ladders, fire escapes, platforms, or other means of escape.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_____    ORAL COMPREHENSION

_____    WRITTEN COMPREHENSION

_____    ORAL EXPRESSION

_____    WRITTEN EXPRESSION

_____    FLUENCY OF IDEAS

_____    ORIGINALITY

_____    MEMORIZATION

_____    PROBLEM SENSITIVITY

_____    DEDUCTIVE REASONING

_____    INDUCTIVE REASONING

_____    INFORMATION ORDERING

_____    SPEED OF CLOSURE

_____    FLEXIBILITY OF CLOSURE

_____    SPATIAL ORIENTATION

_____    VISUALIZATION

_____    PERCEPTUAL SPEED

_____    SELECTIVE ATTENTION

_____    TIME SHARING

7

USA000386

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster

H.    SUPPLIES WATER FOR HOSE OPERATION - These tasks involve connecting or hooking up engine to fire hydrant and operating pumps to supply water in appropriate pressure and volume for fire fighting, using hydrant wrenches, couplings, hoses, spanner wrenches, and other tools.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities

_____ ORAL COMPREHENSION

_____ WRITTEN COMPREHENSION

_____ ORAL EXPRESSION

_____ WRITTEN EXPRESSION

_____ FLUENCY OF IDEAS

_____ ORIGINALITY

_____ MEMORIZATION

_____ PROBLEM SENSITIVITY

_____ DEDUCTIVE REASONING

_____ INDUCTIVE REASONING

_____ INFORMATION ORDERING

_____ SPEED OF CLOSURE

_____ FLEXIBILITY OF CLOSURE

_____ SPATIAL ORIENTATION

_____ VISUALIZATION

_____ PERCEPTUAL SPEED

_____ SELECTIVE ATTENTION

_____ TIME SHARING

9

USA000387

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

J.    OVERHAUL – These tasks involve opening up walls and ceilings, cutting or pulling up floors and moving or turning over debris, in order to check for hidden fires which could rekindle or spread, using hooks, axes, saws and pitchforks.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_____ ORAL COMPREHENSION

_____ WRITTEN COMPREHENSION

_____ ORAL EXPRESSION

_____ WRITTEN EXPRESSION

_____ FLUENCY OF IDEAS

_____ ORIGINALITY

_____ MEMORIZATION

_____ PROBLEM SENSITIVITY

_____ DEDUCTIVE REASONING

_____ INDUCTIVE REASONING

_____ INFORMATION ORDERING

_____ SPEED OF CLOSURE

_____ FLEXIBILITY OF CLOSURE

_____ SPATIAL ORIENTATION

_____ VISUALIZATION

_____ PERCEPTUAL SPEED

_____ SELECTIVE ATTENTION

_____ TIME SHARING

11

USA000388

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

I.   CLEAN UP/PICK UP - These tasks involve picking up and returning equipment to vehicle and rolling up or folding up hose, so that the company can go back in service.

How important is each ability to the performance of the above task cluster?

(3)   Critical to the performance of the task cluster
(2)   Important to the performance of the task cluster
(1)   Somewhat important to the performance of the task cluster
(0)   Not relevant to the performance of the task cluster

Abilities:

_____   ORAL COMPREHENSION

_____   WRITTEN COMPREHENSION

_____   ORAL EXPRESSION

_____   WRITTEN EXPRESSION

_____   FLUENCY OF IDEAS

_____   ORIGINALITY

_____   MEMORIZATION

_____   PROBLEM SENSITIVITY

_____   DEDUCTIVE REASONING

_____   INDUCTIVE REASONING

_____   INFORMATION ORDERING

_____   SPEED OF CLOSURE

_____   FLEXIBILITY OF CLOSURE

_____   SPATIAL ORIENTATION

_____   VISUALIZATION

_____   PERCEPTUAL SPEED

_____   SELECTIVE ATTENTION

_____   TIME SHARING

13

USA000389

**IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE**

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

N.    INSPECTION OF BUILDINGS/HYDRANTS – These tasks involve inspecting buildings for code violations or hazards on a periodic basis or during the course of activities, and inspecting hydrants for operational use.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_____    ORAL COMPREHENSION

_____    WRITTEN COMPREHENSION

_____    ORAL EXPRESSION

_____    WRITTEN EXPRESSION

_____    FLUENCY OF IDEAS

_____    ORIGINALITY

_____    MEMORIZATION

_____    PROBLEM SENSITIVITY

_____    DEDUCTIVE REASONING

_____    INDUCTIVE REASONING

_____    INFORMATION ORDERING

_____    SPEED OF CLOSURE

_____    FLEXIBILITY OF CLOSURE

_____    SPATIAL ORIENTATION

_____    VISUALIZATION

_____    PERCEPTUAL SPEED

_____    SELECTIVE ATTENTION

_____    TIME SHARING

15

USA000390

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

T.    PROVIDING MEDICAL ASSISTANCE - These tasks involve providing first aid and direct medical assistance to persons requiring emergency attention.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_____    ORAL COMPREHENSION

_____    WRITTEN COMPREHENSION

_____    ORAL EXPRESSION

_____    WRITTEN EXPRESSION

_____    FLUENCY OF IDEAS

_____    ORIGINALITY

_____    MEMORIZATION

_____    PROBLEM SENSITIVITY

_____    DEDUCTIVE REASONING

_____    INDUCTIVE REASONING

_____    INFORMATION ORDERING

_____    SPEED OF CLOSURE

_____    FLEXIBILITY OF CLOSURE

_____    SPATIAL ORIENTATION

_____    VISUALIZATION

_____    PERCEPTUAL SPEED

_____    SELECTIVE ATTENTION

_____    TIME SHARING

17

USA000391

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

R.   TRAINING - These tasks involve participating in drills which simulate important fire or rescue activities, and attending lectures or formal training.

How important is each ability to the performance of the above task cluster?

(3)   Critical to the performance of the task cluster
(2)   Important to the performance of the task cluster
(1)   Somewhat important to the performance of the task cluster
(0)   Not relevant to the performance of the task cluster

Abilities:

_____   ORAL COMPREHENSION

_____   WRITTEN COMPREHENSION

_____   ORAL EXPRESSION

_____   WRITTEN EXPRESSION

_____   FLUENCY OF IDEAS

_____   ORIGINALITY

_____   MEMORIZATION

_____   PROBLEM SENSITIVITY

_____   DEDUCTIVE REASONING

_____   INDUCTIVE REASONING

_____   INFORMATION ORDERING

_____   SPEED OF CLOSURE

_____   FLEXIBILITY OF CLOSURE

_____   SPATIAL ORIENTATION

_____   VISUALIZATION

_____   PERCEPTUAL SPEED

_____   SELECTIVE ATTENTION

_____   TIME SHARING

19

USA000392

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

T.    STATION DUTIES AND CHORES - These tasks involve performing routine housekeeping chores or "committee work."

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_____ ORAL COMPREHENSION

_____ WRITTEN COMPREHENSION

_____ ORAL EXPRESSION

_____ WRITTEN EXPRESSION

_____ FLUENCY OF IDEAS

_____ ORIGINALITY

_____ MEMORIZATION

_____ PROBLEM SENSITIVITY

_____ DEDUCTIVE REASONING

_____ INDUCTIVE REASONING

_____ INFORMATION ORDERING

_____ SPEED OF CLOSURE

_____ FLEXIBILITY OF CLOSURE

_____ SPATIAL ORIENTATION

_____ VISUALIZATION

_____ PERCEPTUAL SPEED

_____ SELECTIVE ATTENTION

_____ TIME SHARING

21

USA000393

FIREFIGHTER
EXAM NO. 7029

FINAL TASK LIST

A.    INITIAL RESPONSE TO INCIDENTS/DRIVING - These tasks involve tasks that occur between receiving an alarm and initial fire fighting or emergency activities, including driving apparatus to and from various points.

1.    Makes preliminary evaluation of incident based on alarm information received (e.g., alarm type, building type, etc.).

2.    Proceeds to assigned apparatus upon receipt of call for service.

3.    Dons personal protective gear (turnout coat, helmet, boots, breathing apparatus).

4.    Determines route for apparatus based on alarm information, route cards, etc.

5.    Communicates information (e.g., talks with other responding units, receives updates from officer in apparatus, etc.) while in route.

6.    Sets out traffic cones or flares to block traffic lanes or streets.

B.    SIZE-UP - These tasks involve evaluating the fire or incident scene to determine actions which should initially be taken and obtaining information needed for evaluation.

7.    Determines level of life hazard at scene.

8.    Determines appropriate point of entry into structure for assigned position based on location of fire, building type, security concerns, etc.

9.    Determines which tools and equipment should be taken from apparatus based on structure type, location of fire, etc.

10.    Keeps track of position of other firefighters in reference to fire or emergency.

11.    Communicates with civilians at incident scene to obtain necessary information.

12.    Evaluates possible building layout, including layout of individual apartments, based on location of fire escapes and other information.

13.    Selects type of extinguisher (e.g., dry chemical, purple-K, foam, water, alcohol, fluoroprotein) needed for a particular situation.

C.    CLIMBING AND PORTABLE LADDER ACTIVITIES - These tasks involve climbing ladders, stairs and fire escapes, and raising and setting up portable ladders.

14.    Climbs up stairs to get to fire scene or assigned area.

15.    Determines appropriate ladder type and size (e.g., 10', 16', 20', 24', 35', folding ladder, etc.) needed at incident scene.

16.    Determines proper placement of ladder at scene (e.g., considers dangers of electrified lines, etc.).

17.    Carries portable ladder from truck to incident scene.

18.    Raises and places portable ladder into position (e.g., fire escape) at incident scene.

19.    Butts ladders for other members.

1

USA000394

H.  **SUPPLIES WATER FOR HOSE OPERATION** - These tasks involve connecting or hooking up engine to fire hydrant and operating pumps to supply water in appropriate pressure and volume for fire fighting, using hydrant wrenches, couplings, hoses, spanner wrenches, and other tools.

36.  Tightens loose couplings on supply line with a spanner wrench.

37.  Turns on the hydrant using a hydrant wrench.

38.  Stretches a line to another engine or to a tower or aerial ladder.

I.  **HOSE OPERATIONS DURING EXTINGUISHMENT** - These tasks involve stretching line to fire scenes and delivering water to scene of fire.

39.  Determines size and number of lengths of hose line needed to reach fire, using information regarding structure type and distance from structure.

40.  Selects appropriate hose couplings and fittings to connect lines.

41.  Changes hose couplings and fittings to connect lines.

42.  Secures and replaces burst hose sections.

43.  Carries uncharged hose line off hose bed to incident scene through hallways, up stairs, around corners, etc.

44.  Chocks open doors and windows.

45.  Stretches uncharged hose line to other fire personnel.

46.  Flakes out hose line prior to charging so that no kinks or small bends impede operations.

47.  Uses hose strap to support hose on staircase or ladders.

48.  Disconnects ("breaks") hose line at back step after needed lengths have been removed from hose bed.

49.  Operates nozzle at front of hose line to direct stream appropriately (e.g., into fire, in upward direction, etc.).

50.  Removes kinks from hose line during extinguishment to ensure proper operations.

51.  Feeds charged hose line to other fire personnel.

52.  Applies water to structures on fire, using sweeping motions and projecting water into openings.

53.  Uses extinguisher to extinguish or control fire.

54.  Operates stang (tower hose) to apply water to structures on fire.

3

USA000395



N. **INSPECTION OF BUILDINGS/HYDRANTS** - These tasks involve inspecting buildings for code violations or hazards on a periodic basis or during the course of activities, and inspecting hydrants for operational use.

73. Inspects buildings to determine location of standpipes, elevators, stairwells, exits, and other information which would be useful in fighting a fire in the building.

74. Inspects buildings for conformance to fire code regulations (e.g., clear fire stairs, bulkheads, alarm equipment present and in working order, fire extinguishers as required, etc.).

75. Upon discovering fire code violations that must be handled while on site (e.g., locked bulkheads), remains at site until necessary corrective action is taken.

76. Responds to complaints regarding unsafe conditions (e.g., electrical hazards, locked exits, overcrowded drinking establishments, possible structural problems, etc.).

77. Advises building personnel as to the actions which should be taken to prevent further recurrences in the case of a malfunctioning alarm; advises personnel on sanctions that could be taken if problem is not fixed.

78. Advises building personnel on conditions which should be corrected in the building which were noted in the course of responding to the alarm.

79. Inspects (turns on and drains) hydrants to ensure they are operational.

80. Notifies officer of hydrants needing repair.

81. Completes forms or cards on inspected structures or hydrants.

82. Fills out and issues violations on inspected structures, as warranted.

83. Marks structures involved in fire to identify areas of questionable stability.

O. **EXTRICATION** - These tasks involve extricating victims from vehicles, cave-ins, collapsed buildings or other entrapments in order to save lives, using shovels, torches, drills, pry bars, saws, jacks, burst tools, air bags, and other equipment.

84. Stabilizes vehicle using jacks, chocks, and stepchocks during extrication.

P. **PROVIDING MEDICAL ASSISTANCE** - These tasks involve providing first aid and direct medical assistance to persons requiring emergency attention.

85. Provides direct medical assistance (e.g., basic life support, CPR, etc.) to injured or ill citizens, victims of crime, etc.

86. Takes precautions (e.g., wears gloves, washes hands, etc.) to prevent the transfer of such things as blood or diseases.

87. Assists injured or ill citizens, victims of crime, etc. in getting appropriate medical treatment.

88. Assists EMS personnel during transport or as needed.

Q. **ELEVATOR RELATED TASKS** - These tasks involve controlling elevators and rescuing persons from stalled elevator cars.

89. Uses elevator which has been put into fire service to ascend to appropriate floor.

5

-481-

# FIREFIGHTER
## EXAM NO. 7029

### FINAL ABILITY LIST

1.  ORAL COMPREHENSION is the ability to understand spoken English words and sentences.

2.  WRITTEN COMPREHENSION is the ability to understand written sentences and paragraphs.

3.  ORAL EXPRESSION is the ability to use English words or sentences in speaking so that others will understand.

4.  WRITTEN EXPRESSION is the ability to use English words or sentences in writing so that others will understand.

5.  FLUENCY OF IDEAS is the ability to produce a number of ideas about a given topic.

6.  ORIGINALITY is the ability to produce unusual or clever ideas about a given topic or situation. It is the ability to invent creative solutions to problems or to develop new procedures for situations in which standard operating procedures do not apply.

7.  MEMORIZATION is the ability to remember information, such as words, numbers, pictures and procedures. Pieces of information can be remembered by themselves or with other pieces of information.

8.  PROBLEM SENSITIVITY is the ability to tell when something is wrong or is likely to go wrong. It includes being able to identify the whole problem as well as elements of the problem.

9.  DEDUCTIVE REASONING is the ability to apply general rules to specific problems to come up with logical answers. It involves deciding if an answer makes sense.

10. INDUCTIVE REASONING is the ability to combine separate pieces of information or specific answers to problems, to form general rules or conclusions. It involves the ability to think of possible reasons for why things go together.

11. INFORMATION ORDERING is the ability to follow correctly a rule or set of rules or actions in a certain order. The rule or set of rules used must be given. The things or actions to be put in order can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations.

12. SPEED OF CLOSURE involves the degree to which different pieces of information can be combined and organized into one meaningful pattern quickly. It is not known beforehand what the pattern will be. The material may be visual or auditory.

13. FLEXIBILITY OF CLOSURE is the ability to identify or detect a known pattern (like a figure, word, or object) that is hidden in other material. The task is to pick out the disguised pattern from the background material.

14. SPATIAL ORIENTATION is the ability to tell where you are in relation to the location of some object or to tell where the object is in relation to you.

USA000397

Firefighter. #7029          Average Importance Ratings from Linkings X Importance Rating for Ability

### Written Comprehension

| | Avg. Importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 2.167 | x | 3.453 | = | 7.482 |
| Cluster B | 2 | x | 3.453 | = | 6.906 |
| Cluster C | 1.5 | x | 3.453 | = | 5.18 |
| Cluster D | 1.333 | x | 3.453 | = | 4.604 |
| Cluster E | 1.417 | x | 3.453 | = | 4.892 |
| Cluster F | 1.333 | x | 3.453 | = | 4.604 |
| Cluster G | 1.333 | x | 3.453 | = | 4.604 |
| Cluster H | 1.75 | x | 3.453 | = | 6.043 |
| Cluster I | 1.417 | x | 3.453 | = | 4.892 |
| Cluster J | 1.417 | x | 3.453 | = | 4.892 |
| Cluster K | 1.083 | x | 3.453 | = | 3.744 |
| Cluster L | 1.167 | x | 3.453 | = | 4.029 |
| Cluster M | 2.5 | x | 3.453 | = | 8.633 |
| Cluster N | 2.917 | x | 3.453 | = | 10.07 |
| Cluster O | 1.583 | x | 3.453 | = | 5.467 |
| Cluster P | 2.667 | x | 3.453 | = | 9.208 |
| Cluster Q | 2.167 | x | 3.453 | = | 7.482 |
| Cluster R | 2.75 | x | 3.453 | = | 9.496 |
| Cluster S | 2.917 | x | 3.453 | = | 10.07 |
| Cluster T | 2.083 | x | 3.453 | = | 7.194 |
| Cluster U | 2.167 | x | 3.453 | = | 7.482 |
| | | | AVG. | | 6.622 |

### Written Expression

| | Avg. Importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 1.417 | x | 3.115 | = | 4.413 |
| Cluster B | 0.917 | x | 3.115 | = | 2.855 |
| Cluster C | 0.917 | x | 3.115 | = | 2.855 |
| Cluster D | 0.917 | x | 3.115 | = | 2.855 |
| Cluster E | 0.917 | x | 3.115 | = | 2.855 |
| Cluster F | 0.833 | x | 3.115 | = | 2.596 |
| Cluster G | 0.75 | x | 3.115 | = | 2.336 |
| Cluster H | 1.083 | x | 3.115 | = | 3.375 |
| Cluster I | 0.75 | x | 3.115 | = | 2.336 |
| Cluster J | 0.667 | x | 3.115 | = | 2.077 |
| Cluster K | 0.667 | x | 3.115 | = | 2.077 |
| Cluster L | 0.833 | x | 3.115 | = | 2.596 |
| Cluster M | 1.833 | x | 3.115 | = | 5.711 |
| Cluster N | 2.75 | x | 3.115 | = | 8.566 |
| Cluster O | 1 | x | 3.115 | = | 3.115 |
| Cluster P | 2.333 | x | 3.115 | = | 7.268 |

USA000398

| Cluster Q | 1 | x | 3.115 | = | 3.115 |
| Cluster R | 2.25 | x | 3.115 | = | 7.009 |
| Cluster S | 2.417 | x | 3.115 | = | 7.528 |
| Cluster T | 1.75 | x | 3.115 | = | 5.451 |
| Cluster U | 1.417 | x | 3.115 | = | 4.413 |
| | | | AVG. | | 4.067 |

### Memorization

| | Avg. importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 2.417 | x | 3.257 | = | 7.871 |
| Cluster B | 2.667 | x | 3.257 | = | 8.685 |
| Cluster C | 2.083 | x | 3.257 | = | 6.785 |
| Cluster D | 2.417 | x | 3.257 | = | 7.871 |
| Cluster E | 2.75 | x | 3.257 | = | 8.957 |
| Cluster F | 2.333 | x | 3.257 | = | 7.6 |
| Cluster G | 2.333 | x | 3.257 | = | 7.6 |
| Cluster H | 2.667 | x | 3.257 | = | 8.685 |
| Cluster I | 2.5 | x | 3.257 | = | 8.143 |
| Cluster J | 2.25 | x | 3.257 | = | 7.328 |
| Cluster K | 1.583 | x | 3.257 | = | 5.157 |
| Cluster L | 2 | x | 3.257 | = | 6.514 |
| Cluster M | 2.167 | x | 3.257 | = | 7.057 |
| Cluster N | 2.583 | x | 3.257 | = | 8.414 |
| Cluster O | 2.333 | x | 3.257 | = | 7.6 |
| Cluster P | 2.917 | x | 3.257 | = | 9.5 |
| Cluster Q | 2.167 | x | 3.257 | = | 7.057 |
| Cluster R | 2.583 | x | 3.257 | = | 8.414 |
| Cluster S | 2.167 | x | 3.257 | = | 7.057 |
| Cluster T | 1.583 | x | 3.257 | = | 5.157 |
| Cluster U | 2.417 | x | 3.257 | = | 7.871 |
| | | | AVG. | | 7.587 |

### Problem Sensitivity

| | Avg. importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 2.25 | x | 3.453 | = | 7.769 |
| Cluster B | 2.833 | x | 3.453 | = | 9.784 |
| Cluster C | 2.333 | x | 3.453 | = | 8.057 |
| Cluster D | 2.5 | x | 3.453 | = | 8.633 |
| Cluster E | 2.917 | x | 3.453 | = | 10.07 |
| Cluster F | 2.583 | x | 3.453 | = | 8.92 |
| Cluster G | 2.417 | x | 3.453 | = | 8.345 |
| Cluster H | 2.5 | x | 3.453 | = | 8.633 |
| Cluster I | 2.583 | x | 3.453 | = | 8.92 |
| Cluster J | 2.417 | x | 3.453 | = | 8.345 |
| Cluster K | 1.583 | x | 3.453 | = | 5.467 |

| | Avg. importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster L | 1.917 | x | 3.453 | = | 6.618 |
| Cluster M | 2 | x | 3.453 | = | 6.906 |
| Cluster N | 2.25 | x | 3.453 | = | 7.769 |
| Cluster O | 2.667 | x | 3.453 | = | 9.208 |
| Cluster P | 2.667 | x | 3.453 | = | 9.208 |
| Cluster Q | 2.417 | x | 3.453 | = | 8.345 |
| Cluster R | 2.25 | x | 3.453 | = | 7.769 |
| Cluster S | 2.083 | x | 3.453 | = | 7.194 |
| Cluster T | 1.833 | x | 3.453 | = | 6.331 |
| Cluster U | 2.417 | x | 3.453 | = | 8.345 |
| | | | | AVG. | 8.126 |

### Deductive Reasoning

| | Avg. importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 2 | x | 3.111 | = | 6.222 |
| Cluster B | 2.333 | x | 3.111 | = | 7.259 |
| Cluster C | 2.667 | x | 3.111 | = | 8.296 |
| Cluster D | 2.25 | x | 3.111 | = | 7 |
| Cluster E | 2.25 | x | 3.111 | = | 7 |
| Cluster F | 2.083 | x | 3.111 | = | 6.481 |
| Cluster G | 2.083 | x | 3.111 | = | 6.481 |
| Cluster H | 2.333 | x | 3.111 | = | 7.259 |
| Cluster I | 2.417 | x | 3.111 | = | 7.518 |
| Cluster J | 2.083 | x | 3.111 | = | 6.481 |
| Cluster K | 1.583 | x | 3.111 | = | 4.926 |
| Cluster L | 1.5 | x | 3.111 | = | 4.667 |
| Cluster M | 1.917 | x | 3.111 | = | 5.963 |
| Cluster N | 1.917 | x | 3.111 | = | 5.963 |
| Cluster O | 2.417 | x | 3.111 | = | 7.518 |
| Cluster P | 2.333 | x | 3.111 | = | 7.259 |
| Cluster Q | 2.25 | x | 3.111 | = | 7 |
| Cluster R | 2.333 | x | 3.111 | = | 7.259 |
| Cluster S | 1.75 | x | 3.111 | = | 5.444 |
| Cluster T | 1.583 | x | 3.111 | = | 4.926 |
| Cluster U | 2.25 | x | 3.111 | = | 7 |
| | | | | AVG. | 6.568 |

### Inductive Reasoning

| | Avg. importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 1.917 | x | 3.089 | = | 5.921 |
| Cluster B | 2.417 | x | 3.089 | = | 7.465 |
| Cluster C | 2.25 | x | 3.089 | = | 6.95 |
| Cluster D | 1.833 | x | 3.089 | = | 5.663 |
| Cluster E | 2.167 | x | 3.089 | = | 6.693 |
| Cluster F | 2.083 | x | 3.089 | = | 6.435 |

| | Avg. Importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster G | 2 | x | 3.089 | = | 6.178 |
| Cluster H | 2.25 | x | 3.089 | = | 6.95 |
| Cluster I | 2.083 | x | 3.089 | = | 6.435 |
| Cluster J | 2.083 | x | 3.089 | = | 6.435 |
| Cluster K | 1.5 | x | 3.089 | = | 4.634 |
| Cluster L | 1.417 | x | 3.089 | = | 4.376 |
| Cluster M | 1.75 | x | 3.089 | = | 5.406 |
| Cluster N | 1.75 | x | 3.089 | = | 5.406 |
| Cluster O | 2.417 | x | 3.089 | = | 7.465 |
| Cluster P | 2.333 | x | 3.089 | = | 7.208 |
| Cluster Q | 2 | x | 3.089 | = | 6.178 |
| Cluster R | 2.333 | x | 3.089 | = | 7.208 |
| Cluster S | 1.833 | x | 3.089 | = | 5.663 |
| Cluster T | 1.583 | x | 3.089 | = | 4.891 |
| Cluster U | 2.167 | x | 3.089 | = | 6.693 |
| | | | AVG. | | 6.203 |

## Information Ordering

| | Avg. Importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 2.667 | x | 3.241 | = | 8.643 |
| Cluster B | 2.917 | x | 3.241 | = | 9.453 |
| Cluster C | 2.583 | x | 3.241 | = | 8.373 |
| Cluster D | 2.417 | x | 3.241 | = | 7.832 |
| Cluster E | 2.333 | x | 3.241 | = | 7.562 |
| Cluster F | 2.083 | x | 3.241 | = | 6.752 |
| Cluster G | 1.917 | x | 3.241 | = | 6.212 |
| Cluster H | 2.333 | x | 3.241 | = | 7.562 |
| Cluster I | 2.5 | x | 3.241 | = | 8.103 |
| Cluster J | 2.25 | x | 3.241 | = | 7.292 |
| Cluster K | 1.833 | x | 3.241 | = | 5.942 |
| Cluster L | 1.917 | x | 3.241 | = | 6.212 |
| Cluster M | 2.167 | x | 3.241 | = | 7.022 |
| Cluster N | 2.25 | x | 3.241 | = | 7.292 |
| Cluster O | 2.667 | x | 3.241 | = | 8.643 |
| Cluster P | 2.75 | x | 3.241 | = | 8.913 |
| Cluster Q | 2.417 | x | 3.241 | = | 7.832 |
| Cluster R | 2.583 | x | 3.241 | = | 8.373 |
| Cluster S | 2.417 | x | 3.241 | = | 7.832 |
| Cluster T | 1.667 | x | 3.241 | = | 5.402 |
| Cluster U | 2.417 | x | 3.241 | = | 7.832 |
| | | | AVG. | | 7.575 |

## Spatial Orientation

| | Avg. Importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 2.333 | x | 3.408 | = | 7.952 |

| | | | | |
|---|---|---|---|---|
| Cluster B | 2.667 | x | 3.408 | = | 9.088 |
| Cluster C | 2.667 | x | 3.408 | = | 9.088 |
| Cluster D | 2.583 | x | 3.408 | = | 8.804 |
| Cluster E | 2.833 | x | 3.408 | = | 9.656 |
| Cluster F | 2.333 | x | 3.408 | = | 7.952 |
| Cluster G | 2.167 | x | 3.408 | = | 7.384 |
| Cluster H | 1.917 | x | 3.408 | = | 6.532 |
| Cluster I | 2.5 | x | 3.408 | = | 8.52 |
| Cluster J | 2.333 | x | 3.408 | = | 7.952 |
| Cluster K | 1.333 | x | 3.408 | = | 4.544 |
| Cluster L | 1.583 | x | 3.408 | = | 5.396 |
| Cluster M | 1.167 | x | 3.408 | = | 3.976 |
| Cluster N | 2 | x | 3.408 | = | 6.816 |
| Cluster O | 2.417 | x | 3.408 | = | 8.236 |
| Cluster P | 1.833 | x | 3.408 | = | 6.248 |
| Cluster Q | 2.25 | x | 3.408 | = | 7.668 |
| Cluster R | 2.25 | x | 3.408 | = | 7.668 |
| Cluster S | 1.5 | x | 3.408 | = | 5.112 |
| Cluster T | 1 | x | 3.408 | = | 3.408 |
| Cluster U | 2.25 | x | 3.408 | = | 7.668 |
| | | | AVG. | | 7.127 |

**Visualization**

| | Avg. importance rating of ability to task cluster | | Importance rating of ability from JAQ | | |
|---|---|---|---|---|---|
| Cluster A | 1.75 | x | 3.021 | = | 5.287 |
| Cluster B | 2.5 | x | 3.021 | = | 7.553 |
| Cluster C | 2.25 | x | 3.021 | = | 6.797 |
| Cluster D | 2.25 | x | 3.021 | = | 6.797 |
| Cluster E | 2.667 | x | 3.021 | = | 8.056 |
| Cluster F | 2.083 | x | 3.021 | = | 6.294 |
| Cluster G | 1.833 | x | 3.021 | = | 5.539 |
| Cluster H | 1.75 | x | 3.021 | = | 5.287 |
| Cluster I | 2.25 | x | 3.021 | = | 6.797 |
| Cluster J | 2.083 | x | 3.021 | = | 6.294 |
| Cluster K | 1.167 | x | 3.021 | = | 3.525 |
| Cluster L | 1.5 | x | 3.021 | = | 4.532 |
| Cluster M | 1.667 | x | 3.021 | = | 5.035 |
| Cluster N | 2.167 | x | 3.021 | = | 6.546 |
| Cluster O | 2.417 | x | 3.021 | = | 7.301 |
| Cluster P | 2.083 | x | 3.021 | = | 6.294 |
| Cluster Q | 2 | x | 3.021 | = | 6.042 |
| Cluster R | 2.417 | x | 3.021 | = | 7.301 |
| Cluster S | 1.5 | x | 3.021 | = | 4.532 |
| Cluster T | 0.917 | x | 3.021 | = | 2.769 |
| Cluster U | 2.083 | x | 3.021 | = | 6.294 |
| | | | AVG. | | 5.946 |

Firefighter #7029

PRO-RATING FOR TEST PLAN

| Ability | # before pro-rating | # after pro-rating |
|---|---|---|
| Written Comprehension | 6.522 | 9.251 |
| Written Expression | 4.067 | 5.7883 |
| Memorization | 7.587 | 10.796 |
| Problem Sensitivity | 8.126 | 11.565 |
| Deductive Reasoning | 6.568 | 9.3478 |
| Inductive Reasoning | 6.203 | 8.8281 |
| Information Ordering | 7.575 | 10.782 |
| Spatial Orientation | 7.127 | 10.144 |
| Visualizations | 5.946 | 8.4631 |
| TOTAL | 59.72 | 85 |

USA000403

| Firefighter #7029 | TEST PLAN |
|---|---|
| Ability | # of questions needed |
| Written Comprehension | 9 |
| Written Expression | 6 |
| Memorization | 11 |
| Problem Sensitivity | 12 |
| Deductive Reasoning | 9 |
| Inductive Reasoning | 9 |
| Information Ordering | 11 |
| Spatial Orientation | 10 |
| Visualization | 8 |
| TOTAL | 85 |

USA000404

**EXHIBIT FF**

P
R 3

**FIREFIGHTER
EXAMINATION NO. 7029
LINKING PANEL**

You have been selected to participate in a linking panel for Firefighter, Exam. No. 7029. Your knowledge of the job of Firefighter is needed in order for us to determine the relationship between the tasks performed by Firefighters and the abilities they must possess.

Your first task will be to provide some information on your background and experience.

After that, you will review the list of tasks and abilities that Firefighters have rated as important for the job. You will then be asked to rate the importance of each of the eighteen abilities for the performance of each of the twenty-one task clusters.

Please make your ratings individually (not as a group), and remember that the contents of this survey and work on this panel is confidential.

Thank you for your valuable cooperation.

Please complete the following **BACKGROUND INFORMATION:**

Permanent title _____Firefighter_____

Number of years
employed by the FDNY
in your permanent title _____2_____

Work location _____L·144_____

Age _____33_____

Ethnicity _____White_____
[White (non-Hispanic)
 Black (non-Hispanic)
 Hispanic
 Asian/Pacific Islander
 Native American]

Gender _____male_____

1



C-002038

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

A.    INITIAL RESPONSE TO INCIDENTS/DRIVING - These tasks involve tasks that occur between receiving an alarm and initial fire fighting or emergency activities, including driving apparatus to and from various points.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_3_ ORAL COMPREHENSION

_3_ WRITTEN COMPREHENSION

_3_ ORAL EXPRESSION

_1_ WRITTEN EXPRESSION

_1_ FLUENCY OF IDEAS

_1_ ORIGINALITY

_2_ MEMORIZATION

_3_ PROBLEM SENSITIVITY

_2_ DEDUCTIVE REASONING

_3_ INDUCTIVE REASONING

_3_ INFORMATION ORDERING

_3_ SPEED OF CLOSURE

_2_ FLEXIBILITY OF CLOSURE

_3_ SPATIAL ORIENTATION

_1_ VISUALIZATION

_3_ PERCEPTUAL SPEED

_3_ SELECTIVE ATTENTION

_2_ TIME SHARING

2

C-002039

USA004402

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

**B.** <u>SIZE-UP</u> - These tasks involve evaluating the fire or incident scene to determine actions which should initially be taken and obtaining information needed for evaluation.

How important is each ability to the performance of the above task cluster?

(3)  Critical to the performance of the task cluster
(2)  Important to the performance of the task cluster
(1)  Somewhat important to the performance of the task cluster
(0)  Not relevant to the performance of the task cluster

Abilities:

| | |
|---|---|
| *2* | ORAL COMPREHENSION |
| *3* | WRITTEN COMPREHENSION |
| *3* | ORAL EXPRESSION |
| *1* | WRITTEN EXPRESSION |
| *1* | FLUENCY OF IDEAS |
| *0* | ORIGINALITY |
| | MEMORIZATION |
| *3* | PROBLEM SENSITIVITY |
| *1* | DEDUCTIVE REASONING |
| *1* | INDUCTIVE REASONING |
| *3* | INFORMATION ORDERING |
| *3* | SPEED OF CLOSURE |
| *1* | FLEXIBILITY OF CLOSURE |
| *2* | SPATIAL ORIENTATION |
| *1* | VISUALIZATION |
| *2* | PERCEPTUAL SPEED |
| *2* | SELECTIVE ATTENTION |
| *2* | TIME SHARING |

3

C-002040

USA004403

IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

C.   CLIMBING AND PORTABLE LADDER ACTIVITIES - These tasks involve climbing ladders, stairs and fire escapes, and raising and setting up portable ladders.

How important is each ability to the performance of the above task cluster?

(3)   Critical to the performance of the task cluster
(2)   Important to the performance of the task cluster
(1)   Somewhat important to the performance of the task cluster
(0)   Not relevant to the performance of the task cluster

Abilities:

  2    ORAL COMPREHENSION

  0    WRITTEN COMPREHENSION

  2    ORAL EXPRESSION

  0    WRITTEN EXPRESSION

  0    FLUENCY OF IDEAS

  1    ORIGINALITY

  3    MEMORIZATION

  1    PROBLEM SENSITIVITY

  2    DEDUCTIVE REASONING

  2    INDUCTIVE REASONING

  3    INFORMATION ORDERING

  1    SPEED OF CLOSURE

  0    FLEXIBILITY OF CLOSURE

  3    SPATIAL ORIENTATION

  0    VISUALIZATION

  1    PERCEPTUAL SPEED

  2    SELECTIVE ATTENTION

_____  TIME SHARING

4

C-002041

USA004404

IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

**D.**    **BUILDING ENTRY** - These tasks involve prying open or breaking through doors or otherwise entering buildings in order to search for and rescue victims and provide access to the fire for offensive fire fighting, using axes, halligan tool, hooks, rabbit tools, sledge hammers, power saws, and other tools.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

2    ORAL COMPREHENSION

0    WRITTEN COMPREHENSION

2    ORAL EXPRESSION

0    WRITTEN EXPRESSION

1    FLUENCY OF IDEAS

1    ORIGINALITY

2    MEMORIZATION

1    PROBLEM SENSITIVITY

0    DEDUCTIVE REASONING

3    INDUCTIVE REASONING

3    INFORMATION ORDERING

2    SPEED OF CLOSURE

1    FLEXIBILITY OF CLOSURE

1    SPATIAL ORIENTATION

0    VISUALIZATION

1    PERCEPTUAL SPEED

3    SELECTIVE ATTENTION

1    TIME SHARING

5

C-002042

USA004405

IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

E.    SEARCH - These tasks involve searching fire or assigned area in order to locate victims and to obtain further information about fire, following standard search procedures.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

__3__    ORAL COMPREHENSION

__1__    WRITTEN COMPREHENSION

__2__    ORAL EXPRESSION

__0__    WRITTEN EXPRESSION

__1__    FLUENCY OF IDEAS

__1;__   ORIGINALITY

__3__    MEMORIZATION

__3__    PROBLEM SENSITIVITY

__1__    DEDUCTIVE REASONING

__1__    INDUCTIVE REASONING

__3__    INFORMATION ORDERING

__3__    SPEED OF CLOSURE

__2__    FLEXIBILITY OF CLOSURE

__3__    SPATIAL ORIENTATION

__3__    VISUALIZATION

__3__    PERCEPTUAL SPEED

__2__    SELECTIVE ATTENTION

__3__    TIME SHARING

6

C-002043

USA004406

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster:

Task cluster:

F.   RESCUE - These tasks involve assisting, carrying or dragging victims from emergency area by means of interior access (stairs, hallways, etc.) or, if necessary, by ladders, fire escapes, platforms, or other means of escape.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1) .    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_3_ ORAL COMPREHENSION

_0_ WRITTEN COMPREHENSION

_3_ ORAL EXPRESSION

_0_ WRITTEN EXPRESSION

_1_ FLUENCY OF IDEAS

_1_ ORIGINALITY

_3_ MEMORIZATION

_1_ PROBLEM SENSITIVITY

_:_ DEDUCTIVE REASONING

_1_ INDUCTIVE REASONING

_1_ INFORMATION ORDERING

_1_ SPEED OF CLOSURE

_1_ FLEXIBILITY OF CLOSURE

_2_ SPATIAL ORIENTATION

_1_ VISUALIZATION

_1_ PERCEPTUAL SPEED

_3_ SELECTIVE ATTENTION

_3_ TIME SHARING

7

C-002044

USA004407

IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

G.    VENTILATION - These tasks involve opening or breaking open windows, chopping or cutting holes in roofs, breaking through walls or doors, and hanging fans in windows or doors to remove heat, smoke and gas from burning buildings.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_3_ ORAL COMPREHENSION

_1_ WRITTEN COMPREHENSION

_2_ ORAL EXPRESSION

_0_ WRITTEN EXPRESSION

_1_ FLUENCY OF IDEAS

_2_ ORIGINALITY

_1_ MEMORIZATION

_1_ PROBLEM SENSITIVITY

_1_ DEDUCTIVE REASONING

_1_ INDUCTIVE REASONING

_1_ INFORMATION ORDERING

_1_ SPEED OF CLOSURE

_1_ FLEXIBILITY OF CLOSURE

_1_ SPATIAL ORIENTATION

_1_ VISUALIZATION

_1_ PERCEPTUAL SPEED

_2_ SELECTIVE ATTENTION

_2_ TIME SHARING

8

C-002045

USA004408

### IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

H.    SUPPLIES WATER FOR HOSE OPERATION – These tasks involve connecting or hooking up engine to fire hydrant and operating pumps to supply water in appropriate pressure and volume for fire fighting, using hydrant wrenches, couplings, hoses, spanner wrenches, and other tools.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_3_    ORAL COMPREHENSION

_2_    WRITTEN COMPREHENSION

_3_    ORAL EXPRESSION

_0_    WRITTEN EXPRESSION

_1_    FLUENCY OF IDEAS

_1_    ORIGINALITY

_3_    MEMORIZATION

_2_    PROBLEM SENSITIVITY

_1_    DEDUCTIVE REASONING

_1_    INDUCTIVE REASONING

_1_    INFORMATION ORDERING

_2_    SPEED OF CLOSURE

_1_    FLEXIBILITY OF CLOSURE

_2_    SPATIAL ORIENTATION

_1_    VISUALIZATION

_1_    PERCEPTUAL SPEED

_2_    SELECTIVE ATTENTION

_3_    TIME SHARING

9

C-002046

USA004409

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

I.    HOSE OPERATIONS DURING EXTINGUISHMENT - These tasks involve stretching line to fire scenes and delivering water to scene of fire.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

___3___ ORAL COMPREHENSION

___1___ WRITTEN COMPREHENSION

___2___ ORAL EXPRESSION

___0___ WRITTEN EXPRESSION

___2___ FLUENCY OF IDEAS

___3___ ORIGINALITY

___3___ MEMORIZATION

___2___ PROBLEM SENSITIVITY

___1___ DEDUCTIVE REASONING

___1___ INDUCTIVE REASONING

___3___ INFORMATION ORDERING

___3___ SPEED OF CLOSURE

___1___ FLEXIBILITY OF CLOSURE

___3___ SPATIAL ORIENTATION

___2___ VISUALIZATION

___3___ PERCEPTUAL SPEED

___2___ SELECTIVE ATTENTION

___2___ TIME SHARING

10

C-002047

USA004410

### IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

J.    **OVERHAUL** - These tasks involve opening up walls and ceilings, cutting or pulling up floors and moving or turning over debris, in order to check for hidden fires which could rekindle or spread, using hooks, axes, saws and pitchforks.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

    2  ORAL COMPREHENSION

    1  WRITTEN COMPREHENSION

    2  ORAL EXPRESSION

    0  WRITTEN EXPRESSION

    1  FLUENCY OF IDEAS

    1  ORIGINALITY

    2  MEMORIZATION

    2  PROBLEM SENSITIVITY

    1  DEDUCTIVE REASONING

    1  INDUCTIVE REASONING

    2  INFORMATION ORDERING

    2  SPEED OF CLOSURE

    2  FLEXIBILITY OF CLOSURE

    3  SPATIAL ORIENTATION

    3  VISUALIZATION

    2  PERCEPTUAL SPEED

    2  SELECTIVE ATTENTION

    2  TIME SHARING

11

C-002048

USA004411

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

K.    SALVAGE - These tasks involve moving and covering furniture, appliances, merchandise and other property, and covering holes in buildings and redirecting or cleaning up water in order to minimize damage, using plastic and canvas covers, ropes, staple guns, mops, squeegees, and other tools.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

2    ORAL COMPREHENSION

0    WRITTEN COMPREHENSION

0    ORAL EXPRESSION

0    WRITTEN EXPRESSION

0    FLUENCY OF IDEAS

0    ORIGINALITY

3    MEMORIZATION

0    PROBLEM SENSITIVITY

0    DEDUCTIVE REASONING

0    INDUCTIVE REASONING

?    INFORMATION ORDERING

0    SPEED OF CLOSURE

?    FLEXIBILITY OF CLOSURE

0    SPATIAL ORIENTATION

0    VISUALIZATION

0    PERCEPTUAL SPEED

2    SELECTIVE ATTENTION

0    TIME SHARING

12

C-002049

USA004412

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

L.    **CLEAN UP/PICK UP** - These tasks involve picking up and returning equipment to vehicle and rolling up or folding up hose, so that the company can go back in service.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0).   Not relevant to the performance of the task cluster

Abilities:

2    ORAL COMPREHENSION

0    WRITTEN COMPREHENSION

2    ORAL EXPRESSION

0    WRITTEN EXPRESSION

1    FLUENCY OF IDEAS

0    ORIGINALITY

2    MEMORIZATION

0    PROBLEM SENSITIVITY

0    DEDUCTIVE REASONING

0    INDUCTIVE REASONING

2    INFORMATION ORDERING

0    SPEED OF CLOSURE

0    FLEXIBILITY OF CLOSURE

0    SPATIAL ORIENTATION

0    VISUALIZATION

0    PERCEPTUAL SPEED

2    SELECTIVE ATTENTION

0    TIME SHARING

13

C-002050

USA004413

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

M.    EQUIPMENT MAINTENANCE - These tasks involve inspecting, cleaning, and maintaining apparatus, equipment carried on the apparatus, and personal gear and equipment.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_2_  ORAL COMPREHENSION

_3_  WRITTEN COMPREHENSION

_2_  ORAL EXPRESSION

_2_  WRITTEN EXPRESSION

_C_  FLUENCY OF IDEAS

_C_  ORIGINALITY

_3_  MEMORIZATION

_1_  PROBLEM SENSITIVITY

_1_  DEDUCTIVE REASONING

_1_  INDUCTIVE REASONING

_3._  INFORMATION ORDERING

_1_  SPEED OF CLOSURE

_0._  FLEXIBILITY OF CLOSURE

_0_  SPATIAL ORIENTATION

_0_  VISUALIZATION

_2_  PERCEPTUAL SPEED

_2_  SELECTIVE ATTENTION

_0_  TIME SHARING

14

C-002051

USA004414

IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

N.    INSPECTION OF BUILDINGS/HYDRANTS - These tasks involve inspecting buildings for code violations or hazards on a periodic basis or during the course of activities, and inspecting hydrants for operational use.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_)_ ORAL COMPREHENSION

_3_ WRITTEN COMPREHENSION

_2_ ORAL EXPRESSION

_3_ WRITTEN EXPRESSION

_C_ FLUENCY OF IDEAS

_r_ ORIGINALITY

_3_ MEMORIZATION

_2_ PROBLEM SENSITIVITY

_1_ DEDUCTIVE REASONING

_1_ INDUCTIVE REASONING

_2_ INFORMATION ORDERING

_1_ SPEED OF CLOSURE

___ FLEXIBILITY OF CLOSURE

___ SPATIAL ORIENTATION

_2_ VISUALIZATION

___ PERCEPTUAL SPEED

_2_ SELECTIVE ATTENTION

_2_ TIME SHARING

15

C-002052

USA004415

-504-

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

O.    <u>EXTRICATION</u> - These tasks involve extricating victims from vehicles, cave-ins, collapsed buildings or other entrapments in order to save lives, using shovels, torches, drills, pry bars, saws, jacks, hurst tools, air bags, and other equipment.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_2_ ORAL COMPREHENSION

_1_ WRITTEN COMPREHENSION

_2_ ORAL EXPRESSION

_1_ WRITTEN EXPRESSION

_3_ FLUENCY OF IDEAS

_3_ ORIGINALITY

_2_ MEMORIZATION

_1_ PROBLEM SENSITIVITY

___ DEDUCTIVE REASONING

_1_ INDUCTIVE REASONING

_2_ INFORMATION ORDERING

_1_ SPEED OF CLOSURE

_1_ FLEXIBILITY OF CLOSURE

___ SPATIAL ORIENTATION

_2_ VISUALIZATION

_1_ PERCEPTUAL SPEED

_2_ SELECTIVE ATTENTION

_2_ TIME SHARING

16

C-002053

USA004416

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

P.   PROVIDING MEDICAL ASSISTANCE - These tasks involve providing first aid and direct medical assistance to persons requiring emergency attention.

How important is each ability to the performance of the above task cluster?

(3)   Critical to the performance of the task cluster
(2)   Important to the performance of the task cluster
(1)   Somewhat important to the performance of the task cluster
(0)   Not relevant to the performance of the task cluster

Abilities:

_3_   ORAL COMPREHENSION

_2_   WRITTEN COMPREHENSION

_3_   ORAL EXPRESSION

_2_   WRITTEN EXPRESSION

_2_   FLUENCY OF IDEAS

_1_   ORIGINALITY

_3_   MEMORIZATION

_2_   PROBLEM SENSITIVITY

_2_   DEDUCTIVE REASONING

_2_   INDUCTIVE REASONING

_3_   INFORMATION ORDERING

_2_   SPEED OF CLOSURE

_1_   FLEXIBILITY OF CLOSURE

_0_   SPATIAL ORIENTATION

_0_   VISUALIZATION

_0_   PERCEPTUAL SPEED

_2_   SELECTIVE ATTENTION

_2_   TIME SHARING

17

C-002054

USA004417

IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

Q.    ELEVATOR RELATED TASKS – These tasks involve controlling elevators and rescuing persons from stalled elevator cars.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

___ 2 ___ ORAL COMPREHENSION

___ 2 ___ WRITTEN COMPREHENSION

___ 3 ___ ORAL EXPRESSION

___ 2 ___ WRITTEN EXPRESSION

___ 2 ___ FLUENCY OF IDEAS

___ 2 ___ ORIGINALITY

___ 2 ___ MEMORIZATION

___ 0 ___ PROBLEM SENSITIVITY

___ 0 ___ DEDUCTIVE REASONING

___ 0 ___ INDUCTIVE REASONING

___ 2 ___ INFORMATION ORDERING

___ 2 ___ SPEED OF CLOSURE

___ 1 ___ FLEXIBILITY OF CLOSURE

___ 2 ___ SPATIAL ORIENTATION

___ 0 ___ VISUALIZATION

___ 2 ___ PERCEPTUAL SPEED

___ 2 ___ SELECTIVE ATTENTION

___ 2 ___ TIME SHARING

18

C-002055

USA004418

IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

R.    TRAINING - These tasks involve participating in drills which simulate important fire or rescue activities, and attending lectures or formal training.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

3    ORAL COMPREHENSION

3    WRITTEN COMPREHENSION

3    ORAL EXPRESSION

2    WRITTEN EXPRESSION

2    FLUENCY OF IDEAS

1    ORIGINALITY

1    MEMORIZATION

2    PROBLEM SENSITIVITY

1    DEDUCTIVE REASONING

2    INDUCTIVE REASONING

2    INFORMATION ORDERING

2    SPEED OF CLOSURE

1    FLEXIBILITY OF CLOSURE

1    SPATIAL ORIENTATION

2    VISUALIZATION

1    PERCEPTUAL SPEED

2    SELECTIVE ATTENTION

2    TIME SHARING

19

**C-002056**

USA004419

### IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

S.    WATCH DUTIES - These tasks involve standing watch to receive incoming alarms and information, answering phones, and monitoring access to the station house.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_3_ ORAL COMPREHENSION

_3_ WRITTEN COMPREHENSION

_3_ ORAL EXPRESSION

_2_ WRITTEN EXPRESSION

_1_ FLUENCY OF IDEAS

_1_ ORIGINALITY

_2_ MEMORIZATION

_1_ PROBLEM SENSITIVITY

_1_ DEDUCTIVE REASONING

_1_ INDUCTIVE REASONING

_2_ INFORMATION ORDERING

_1_ SPEED OF CLOSURE

_1_ FLEXIBILITY OF CLOSURE

___ SPATIAL ORIENTATION

_2_ VISUALIZATION

_1_ PERCEPTUAL SPEED

_2_ SELECTIVE ATTENTION

_1_ TIME SHARING

20

C-002057

USA004420

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

T.  <u>STATION DUTIES AND CHORES</u> - These tasks involve performing routine housekeeping chores or "committee work."

How important is each ability to the performance of the above task cluster?

(3)  Critical to the performance of the task cluster
(2)  Important to the performance of the task cluster
(1)  Somewhat important to the performance of the task cluster
(0)  Not relevant to the performance of the task cluster

Abilities:

3 ORAL COMPREHENSION

2 WRITTEN COMPREHENSION

3 ORAL EXPRESSION

2 WRITTEN EXPRESSION

0 FLUENCY OF IDEAS

0 ORIGINALITY

2 MEMORIZATION

1 PROBLEM SENSITIVITY

1 DEDUCTIVE REASONING

1 INDUCTIVE REASONING

2 INFORMATION ORDERING

1 SPEED OF CLOSURE

1 FLEXIBILITY OF CLOSURE

_ SPATIAL ORIENTATION

_ VISUALIZATION

_ PERCEPTUAL SPEED

2 SELECTIVE ATTENTION

_ TIME SHARING

21

C-002058

## IMPORTANCE OF ABILITIES TO TASK CLUSTER PERFORMANCE

Please review the tasks that are listed under the following task cluster, and rate the importance of the abilities listed below for the performance of this task cluster.

Task cluster:

U.    <u>MISCELLANEOUS</u> - These tasks involve miscellaneous tasks.

How important is each ability to the performance of the above task cluster?

(3)    Critical to the performance of the task cluster
(2)    Important to the performance of the task cluster
(1)    Somewhat important to the performance of the task cluster
(0)    Not relevant to the performance of the task cluster

Abilities:

_2_ ORAL COMPREHENSION

_1_ WRITTEN COMPREHENSION

_2_ ORAL EXPRESSION

_0_ WRITTEN EXPRESSION

_1_ FLUENCY OF IDEAS

_0_ ORIGINALITY

_2_ MEMORIZATION

_1_ PROBLEM SENSITIVITY

_1_ DEDUCTIVE REASONING

___ INDUCTIVE REASONING

_2_ INFORMATION ORDERING

_1_ SPEED OF CLOSURE

___ FLEXIBILITY OF CLOSURE

___ SPATIAL ORIENTATION

_2_ VISUALIZATION

_1_ PERCEPTUAL SPEED

_1_ SELECTIVE ATTENTION

_1_ TIME SHARING

22

C-002059

USA004422