UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| -and- ) | Civil Action No. 07-CV-2067 (NGG)(RLM) |
| VULCAN SOCIETY INC., for itself and on behalf ) of its members; MARCUS HAYWOOD, CANDIDO NUNEZ, and ROGER GREGG, individually and on ) behalf of a class of all others similarly situated, ) | **ECF Case** |
| Plaintiffs-Intervenors, ) | **NOTICE OF FIRM ADDRESS CHANGE** |
| -against- ) | |
| THE CITY OF NEW YORK; THE FIRE DEPARTMENT OF THE CITY OF NEW ) YORK; NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES, ) MAYOR MICHAEL BLOOMBERG and NEW YORK CITY FIRE COMMISSIONER NICHOLAS ) SCOPPETTA, in their individual and official capacities, ) | |
| Defendants. ) | |

-----------------------------------------------------------------

PLEASE TAKE NOTICE that the law firm of Scott+Scott LLP has relocated its New York offices. The new address, telephone number and facsimile number are as follows:

SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: 212-223-6444
Fax: 212-223-6334

DATED:  December 30, 2009			SCOTT+SCOTT LLP


						/s Judith S. Scolnick
						_____
						JUDITH S. SCOLNICK
						BETH A. KASWAN
						500 Fifth Avenue, 40th Floor
						New York, NY  10110
						P: 212/223-6444
						F: 212/223-6334
						jscolnick@scott-scott.com
						bkaswan@scott-scott.com

						*Attorneys for Plaintiffs-Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2009, a copy of the foregoing Notice of Firm Address Change was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s Judith S. Scolnick
Judith S. Scolnick