UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-and-

THE VULCAN SOCIETY, INC., for itself and
on behalf of its members; MARCUS
HAYWOOD, CANDIDO NUÑEZ,
ROGER GREGG, individually and on
behalf of a class of all others similarly situated,

                Plaintiffs-Intervenors,

-against-

THE CITY OF NEW YORK,

                Defendant.
----------------------------------------------------------X

**ORDER**
**07-cv-2067 (NGG) (RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

This court is considering appointing a special master under Federal Rule of Civil Procedure 53(1)(c) to address outstanding discovery issues regarding Exam 6019 and other aspects of the remedial phase of this litigation. (See Initial Remedial Order (Docket Entry # 390) 17 n.11.) The parties are directed to confer and to prepare a list of proposed candidates for the role of special master. This list shall be provided to the court no later than May 12, 2010.

SO ORDERED.

Dated: Brooklyn, New York
      May 5, 2010

    /s/ Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge