UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
: 
UNITED STATES OF AMERICA, :
:
                    Plaintiff, :
:
   -and- : SPECIAL MASTER'S
: ORDER NO. 2
THE VULCAN SOCIETY, INC., for itself and :
on behalf of its members: MARCUS HAYWOOD, : 07-cv-2067 (NGG)(RLM)
CANDIDO NUNEZ, ROGER GREDD, individually :
and on behalf of a class of all others similarly situated, :
:
               Plaintiff-Intervenors, :
:
   -against- :
:
THE CITY OF NEW YORK, :
:
                  Defendant. :
-------------------------------------------------------------------------------x

     This order supersedes Special Master's Order No. 1, entered on May 27, 2010.

     The parties are directed to attend a conference with the Special Master on Monday, June 7, at 10:30 a.m.

     The conference will take place at the law offices of Debevoise & Plimpton LLP, 919 Third Avenue, New York, N.Y.  The parties should be prepared to discuss the status of the two matters that have been entrusted to the Special Master by the Court's order of May 26, 2010.  (Docket Entry No. 441).  Prior to the conference, and no later than noon on Friday, June 4, the parties should submit by electronic mail a letter setting forth: 1) any outstanding issues they believe exist in regard to the City's discovery and disclosure

obligations in connection with the review of Exam 6019 and any other steps they believe are necessary or prudent to facilitate a timely review of Exam 6019 and 2) their views on the most efficient schedule for the development of a new procedure for screening and selecting applications of entry-level firefighters.

/s/ *Mary Jo White*
Mary Jo White

Dated: June 1, 2010