

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | **JAMES M. LEMONEDES**<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-0881<br>Fax:  (212) 788-0877<br>JLemoned@law.nyc.gov<br>E-Mail and Fax No. <u>Not</u> For Service of Papers |

July 1, 2010

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By ECF filing

   Re: <u>USA v. City</u> Civil Action No.: 07 CV 2067 (NGG)(RLM)
   Law Dept. No.: 2007-017441

Dear Judge Garaufis:

  In light of the new scheduling concerning the hearing on Exam 6019 (*see* Special Master's Order No. 6), Defendants respectfully request an adjournment for the date to submit opposition papers to the outstanding motion for summary judgment by both Plaintiff and Plaintiffs-Intervenors concerning the economic damages on the impact case.  The present schedule for the summary judgment motion provides that Defendants are required to submit opposition papers by July 21, 2010.  However, the hearing concerning the validity of Exam 6019 has now been moved from August 16, 2010, up to July 20, 2010.  Accordingly, in order to properly focus on the issues concerning that hearing, Defendants respectfully request an extension for the date to submit opposition papers to the outstanding summary judgment motion until August 11, 2010.  Both Plaintiff and Plaintiffs-Intervenors have consented to this adjournment and proposed that the reply be similarly adjourned until August 25, 2010.  Defendants, of course, consent to the proposed adjournment for the reply papers.

  Thank you for your kind consideration of this matter.

               Respectfully submitted,

                s/
               James M. Lemonedes
               Assistant Corporation Counsel

cc: All counsel via ECF only (w/o attached exhibits)