UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

    -and-

THE VULCAN SOCIETY, INC., MARCUS
HAYWOOD, CANDIDO NUÑEZ, and
ROGER GREGG,

                Plaintiff-Intervenors,

    -against-

THE CITY OF NEW YORK,

               Defendant.
-----------------------------------------------------------------X

**ORDER**
**07-cv-2067 (NGG)(RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

       The court hereby orders Defendant City of New York to produce a witness from the New York City Fire Department, at the Commissioner level and with personal knowledge, at the Exam 6019 Hearing on July 20, 2010, not later than 11:00 a.m., who can testify under oath as to any steps the City has taken since January 21, 2010 to hire a new class of entry-level firefighters using the Exam 6019 eligibility list. The court also requests that the Special Master file with the court any non-confidential materials she has received from the parties concerning (a) any steps the City has taken to hire a new class of firefighters; and/or (b) any proposals regarding remediation in the event that Exam 6019 is found to be invalid. See Fed. R. Civ. P. 53 Advisory Committee Note (2003) ("Independently of review proceedings, the court may direct filing of any materials that it wishes to make part of the public record.").

SO ORDERED.

                                                                     _/s/ Nicholas G. Garaufis___
Dated: Brooklyn, New York                                 NICHOLAS G. GARAUFIS
      July 16, 2010                                      United States District Judge