US, et al. v. NYC, et al, 07 Civ. 2067 (NGG)

**Plaintiff United States' Exhibits**

| Ex. No. | Description | Bates Nos. | Defendants' Objections |
|---|---|---|---|
| PX-1 | Second Amended Notice of Examination for Exam 6019 (Pl. Dep. Ex. 5) | USA006965-6967 | No Objection |
| PX-2 | 6019 Explanation of Test Scores (Pl. Dep. Ex. 533) | DCAS-17530-17535 | No Objection |
| PX-3 | Personnel Rules and Regulations of the City of New York, Rule 4 (Pl. Dep. Ex. 27) | USA006256-6273 | No Objection |
| PX- 4a | Summary of Information from Written Exam 6019 Eligibility List | N/A | No Objection |
| PX-4b | Declaration of Lisa R Moore (CONFIDENTIAL) | N/A | No Objection |
| PX-5 | E-mails from T. Patitucci to M. Hirst, 1. Finkelman, M. Paluszek, W. Klimowicz, dated 11/22/2006 (Pl. Dep. Ex. 316) | DCAS-E-000073857 | No Objection |
| PX-6 | E-mail from R. Alexander to T. Patitucci, M Morrongiello, dated 11129/2006, (pl. Dep. Ex. 256) | DCAS-E-13607-13613 | No Objection |
| PX-7 | E-mail from R. Alexander to W. Klimowicz, dated 12/9/06 (Pl. Dep. Ex. 258) | | No Objection |
| PX-8 | E-mail from T. Patitucci to W. Klimowicz, dated 12/15/2006 (pi. Dep. Ex. 528) | DCAS-E-0014123-14124 | No Objection |
| PX-9 | E-mail from P. Bobko to R Alexander, dated 12/20/2006 (Pl. Dep. Ex. 278) | DCAS-E-0O14941 | FRE 403 |
| PX-10 | E-mail from R Alexander to P. Bobko, dated 12/21/2006 (Pl. Dep. Ex. 279) (CONFIDENTIAL) | DCAS-E-21502-21505 | No Objection |

## US, et al. v. NYC, et al, 07 Civ. 2067 (NGG)

### Plaintiff United States' Exhibits

| Ex. No. | Description | Bates Nos. | Defendants' Objections |
|---|---|---|---|
| PX-11 | Bobko Invoices (Pl. Dep. Ex. 634) | NYCEXPERT 0000359-381 | FRE 402, 403 |
| PX-12 | E-mail from T. Patitucci to R. Alexander, dated 1212112006 (pI. Dep. Ex. 259) | DCAS-E 0026092-94 | FRE 501 see *in limine* |
| PX-13 | Comments on 6019 exam questions (pI. Dep. Ex. 223) (CONFIDENTIAL) | DCAS-0013877-13967 | No Objection CONFIDENTIAL |
| PX-14 | E-mail from T. Patitucci to J. DeMarco, dated 1212712006 (Pl. Dep. Ex. 529) | DCAS-E-0014230-14231 | No Objection |
| PX-15 | Exam 6019 Final Answer Key, January 20, 2007 AM Session (Pl. Dep. Ex. 202) | N/A | FRE 403 CONFIDENTIAL |
| PX-16 | Firefighter, Exam No. 6019 Final Answer Key and Examination (Pl. Dep. Ex. R120) (CONFIDENTIAL) | EXAM001-57 | No Objection CONFIDENTIAL |
| PX-17 | Expert Report of David P. Jones, Ph.D., dated June 1, 2010 (Def. Dep. Ex. C (relief phase)) | N/A | No Objection |
| PX-18 | Expert Report of David P. Jones, Ph.D., and Leaetta M. Hough, Ph.D., dated July 31, 2008 (Def Dep. Ex. A (liability phase)) | N/A | No Objection |
| PX-19 | Defendant's Responses and Objections to Plaintiffs-Intervenors' First Set of Relief Phase Requests for Admission and Third Set of Relief Phase Requests for the production of Documents and Interrogatories (dated June 29, 2010) Responses to Requests for Admission 4-5 and Response to Interrogatory 12 (regarding RFA 5) | N/A | No Objection |

## US, et al. v. NYC, et al, 07 Civ. 2067 (NGG)

### Plaintiff United States' Exhibits

| Ex. No. | Description | Bates Nos. | Defendants' Objections |
|---|---|---|---|
| PX-20 | "Firefighter Item Review" Forms for Situational Judgment Exercises | DCAS 0020682, DCAS 20695-20697, DCAS 20717-20731, DCAS 20766-20804, DCAS 20822-20831, DCAS 20849-20861, DCAS 20944-20945, DCAS 21996-21999, DCAS 22002, DCAS 22615-22646 | No Objection |
| PX-21 | Third Amended Notice of Examination for Exam 7029 (Pl. Dep. Ex. 2) | USA002574-2577 | FRE 402, 403 |
| PX-22 | Second Amended Notice of Examination for Exam 2043 (Pl. Dep. Ex. 4) | USA00257Q-73 | FRE 402, 403 |
| PX-23 | Physical/Cognitive Contributions to Task Area Performance (Pl. Dep. Ex. 242) | DCAS-0016940-16946 | No Objection |
| PX-24 | Firefighter Survey Requirements of Physical Abilities vs. Cognitive Abilities (Pl. Dep. Ex. 243) | NYC13415I-134157 | No Objection |
| PX-25 | Handwritten Notes (PL Dep. Ex R126) | N/A | No Objection |
| PX-26 | Job Analysis Report (Pl. Dep. Ex. 149) | DCAS-0008649-0008768 | No Objection |
| PX-27 | Situational Exercise Answer and Rating Sheet for Rater 17 (Pl. Dep. Ex. R108) | EXAM00753-763 | No Objection |
| PX-28 | Situational Exercise Answer and Rating Sheet for Rater 23 | EXAM001240-1250 | No Objection |
| PX-29 | Situational Exercise Answer and Rating Sheet for Rater 24 | EXAM001251-1261 | No Objection |
| PX-30 | Situational Exercise Answer and Rating Sheet for Rater 25 | EXAM001262-1272 | No Objection |

## US, et al. v. NYC, et al, 07 Civ. 2067 (NGG)

### Plaintiff United States' Exhibits

| Ex. No. | Description | Bates Nos. | Defendants' Objections |
|---|---|---|---|
| PX-31 | Situational Exercise Answer and Rating Sheet for Rater 27 | EXAM001284-1295 | No Objection |
| PX-32 | Situational Exercise Answer and Rating Sheet for Rater 35 | EXAM001373-1383 | No Objection |
| PX-33 | Situational Exercise Answer and Rating Sheet for Rater 4 | EXAM000797-807 | No Objection |
| PX-34 | Situational Exercise Answer and Rating Sheet for Rater 6 | EXAM000819-829 | No Objection |
| PX-35 | Situational Exercise Answer and Rating Sheet for Rater 7 | EXAM000830-840 | No Objection |
| PX-36 | Situational Exercise Answer and Rating Sheet for Rater 11 | EXAM000874-884 | No Objection |
| PX-37 | Situational Exercise Answer and Rating Sheet for Rater 20 | EXAM001206-1217 | No Objection |
| PX-38 | Situational Exercise Answer and Rating Sheet for Rater 22 | EXAM001229-1239 | No Objection |
| PX-39 | Situational Exercise Answer and Rating Sheet for Rater 33 | EXAM001351-1361 | No Objection |
| PX-40 | Cognitive Test Answer and Rating Sheet for Rater 25 | EXAM001146-1148 | No Objection |
| PX-41 | Cognitive Test Answer and Rating Sheet for Rater 26 | EXAM001150-1152 | No Objection |
| PX-42 | Cognitive Test Answer and Rating Sheet for Rater 4 | EXAM000964-966 | No Objection |
| PX-43 | Cognitive Test Answer and Rating Sheet for Rater 11 | EXAM000985-987 | No Objection |

US, et al. v. NYC, et al, 07 Civ. 2067 (NGG)

**Plaintiff United States' Exhibits**

| Ex. No. | Description | Bates Nos. | Defendants' Objections |
|---|---|---|---|
| PX-44 | Cognitive Test Answer and Rating Sheet for Rater 12 | EXAM000988-990 | No Objection |
| PX-45 | Cognitive Test Answer and Rating Sheet for Rater 15 | EXAM000997-999 | No Objection |
| PX-46 | Cognitive Test Answer and Rating Sheet for Rater 3 | EXAM000961-963 | No Objection |
| PX-47 | Cognitive Test Answer and Rating Sheet for Rater 18 | EXAM001006-1008 | No Objection |
| PX-48 | Cognitive Test Answer and Rating Sheet for Rater 36 | EXAM001190-1192 | No Objection |
| PX-49 | Timed Test Answer and Rating Sheets for Rater 34 | EXAM001114-1115 | No Objection |
| PX-50 | Timed Test Answer and Rating Sheet for Rater 39 | EXAM001124-1125 | No Objection |
| PX-51 | Perceptual Speed Rating Sheet for Rater 1 | EXAM001045 | No Objection |
| PX-52 | Perceptual Speed Rating Sheet for Rater 36 | EXAM001082 | No Objection |
| PX-53a-53t | Group Exhibit (Demonstrative Exhibits) | N/A | Fed. R. Civ. P. 26 see *in limine* |

## US, et al. v. NYC, et al, 07 Civ. 2067 (NGG)

### Plaintiff United States' Rebuttal/Impeachment Exhibits

| Exh. No. | Description | Bates Nos. | Defendants' Objections |
|---|---|---|---|
| PX-54 | Expert Report of Dr. Catherine S. Cline, dated March 17, 2010 (Pl. Dep. Ex. R100) | N/A | No Objection |
| PX-55 | Exam 6019 Test Development Report, "Final Draft," 3/11/2008 (Pl. Dep. Ex. 200) | DCAS-0015229-15246 | No Objection |
| PX-56 | Analysis and Scoring for Examination 6019, Firefighter, FDNY, by Catherine S. Cline, Ph.D., dated September 25, 2008 (pl. Dep. Ex. R117) | DCAS0019479-19507 | No Objection |
| PX-57 | Report on the Modified Angoff Workshop for Examination 6019 (New York City Firefighter), by Catherine S. Cline, Ph.D., dated December 29, 2009 (Pl. Dep. Ex. R101) | N/A | No Objection |
| PX-58 | Report on the Readability Level of Examination 6019 in Comparison with Readability Level of the F.D.N.Y. Probationary Firefighter's Manual, by Catherine S. Cline, Ph.D., dated January 29, 2010 (Pl. Dep. Ex. R118) | DCAS0019508-19514 | No Objection |
| PX-59 | Correlation Coefficients (printed from "Correlation made for new data set August 27th, 2007" in folder "FDNY C. Cline" and subfolder "FF 2007 Score") (PL. Dep. Ex.R121) | N/A | No Objection |

## US, et al. v. NYC, et al, 07 Civ. 2067 (NGG)

| Exh. No. | Plaintiff United States' Rebuttal/Impeachment Exhibits Description | Bates Nos. | Defendants' Objections |
|---|---|---|---|
| PI-X-1 | Expert Report of Joel P. Weisen, dated July 6, 2010 … | N/A | EXCLUDED |
| PI-X-2 | "Discussion of Abilities and Personal Characteristics," Oct. 13, 2009 (Depo Ex. R-128) | N/A | No Objection |
| PI-X-3 | "Discussion of Abilities and Personal Characteristics," Oct. 14, 2009 (Depo Ex. R-129) | N/A | No Objection |
| PI-X-4 | "Job Analysis Report," Aug. 2006 (Depo Ex. R-417) | DCAS 0017816-34 | No Objection |
| PI-X-5 | "Test Specifications" (Depo Ex. PI R-101) | DCAS 0017961-66 | No Objection |