UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

    -and-

THE VULCAN SOCIETY, INC., MARCUS
HAYWOOD, CANDIDO NUÑEZ, and
ROGER GREGG,

                Plaintiff-Intervenors,

    -against-

THE CITY OF NEW YORK,

               Defendant.
----------------------------------------------------------------X

**ORDER**
**07-cv-2067 (NGG)(RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

      The court has been informed that the Intervenors are seeking reimbursement from the City for the costs of retaining an expert in connection with the development of a new firefighter selection procedure. The court requests that the Special Master, after hearing from the parties, issue a Report and Recommendation regarding whether (and, if appropriate, in what manner) the City should bear the costs associated with the Intervenors' expert.

Dated: Brooklyn, New York
       July 27, 2010

                                            _/s/ Nicholas G. Garaufis_
                                            NICHOLAS G. GARAUFIS
                                            United States District Judge