UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                      :

UNITED STATES OF AMERICA,
                                                      :

           Plaintiff,
                                                      :    **STATEMENT OF FEES &**
   -and-                                                    **EXPENSES**
                                                      :

THE VULCAN SOCIETY, INC., for itself and on behalf of    **07-cv-2067 (NGG)(RLM)**
its members, and MARCUS HAYWOOD, CANDIDO   :
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated,                 :

              Plaintiffs-Intervenors,        :

   -against-                                               :

THE CITY OF NEW YORK,                                :

              Defendant.                      :

------------------------------------------------------------------------x

MARY JO WHITE, Special Master.

       This report is submitted in accordance with the Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt. No. # 448, ¶ 14). The Appointment Order requires that:

> Every 60 days, the Special Master shall submit to the court an itemized statement of fees and expenses, which the court will inspect for regularity and reasonableness. If the court determines the itemized statement is regular and reasonable, the court will sign it and transmit it to the parties. The City shall then remit to the Special Master any court-approved amount, within 20 calendar days of court approval.

(*Id.*)

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid. For the period June 1, 2010 through July 31, 2010, the expenses incurred by the Special Master are $5,728.38. An itemized list of the expenses is attached as Exhibit 1.

/s/  Mary Jo White

Mary Jo White

Dated:  July 30, 2010

# Exhibit 1

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

## *EASTERN DISTRICT OF NEW YORK-Special Master Appointment*

07/27/2010

*Disbursements and Charges itemized for the period Jun 1, 2010 to Jul 27, 2010.*

### Breakdown of Charges and Disbursements

| Description | Amount |
|---|---:|
| Duplicating | $792.80 |
| Outside Copying | $576.18 |
| Network Word Processing | $68.18 |
| Binding | $10.00 |
| Telephone Toll Calls | $4.44 |
| AT&T TeleConference Services | $99.12 |
| D&P Messenger Charge | $37.50 |
| Lexis Services | $2,896.68 |
| Westlaw Services | $1,063.26 |
| Late Night Transportation | $180.22 |
| **Matter Total** | **$5,728.38** |