# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182
www.levyratner.com

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein*
Gwynne A. Wilcox▲
Pamela Jeffrey
Owen M. Rumelt
Kevin Finnegan
Carl J. Levine▲
David Slutsky▲
Allyson L. Belovin
Suzanne Hepner*
Richard Dorn
Robert H. Stroup

Dana E. Lossia▲
Susan J. Cameron▲
Micah Wissinger*
Ryan J. Barbur
Vanessa Flores▲
Alexander Rabb
Nicole Grunfeld

Counsel:
Paul Schachter▲
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz†

August 23, 2010

**ELECTRONICALLY FILED**

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States, et al. v. City of New York
    Civ. Action No. 07-cv-2067 (NGG) (RLM)

Dear Judge Garaufis:

I write on behalf of the Plaintiffs-Intervenors and the United States to request a modification to the briefing schedule for Plaintiffs-Intervenors' and the United States' motion for summary judgment with respect to the amount of backpay and benefits lost by African-American and Hispanic victims of the City's discrimination.

The United States' moving papers were served on June 16, 2010 and Plaintiffs-Intervenors' moving papers were served June 25, 2010. The deadline for the City to serve opposition papers was moved, with the consent of the Plaintiffs-Intervenors and the United States, from July 21, 2010 to August 13, 2010, given the pressing need to focus on the hearing concerning Exam 6019. Plaintiffs-Intervenors and the United States now request that their time to serve reply papers, if any, be moved from August 25, 2010 to September 17, 2010. The City has consented to this request.

We thank the Court for its consideration.

**APPLICATION GRANTED.**
**So Ordered.**

NICHOLAS G. GARAUFIS
United States District Judge
Dated: 8/23/10

Respectfully submitted,

Dana E. Lossia

TO: All parties via ECF

56-001-00001: 109107.doc

*Admitted in NY, MA and DC    *Admitted in NY and NJ    *Admitted in NY and CT    *Admitted in NY and DC    †Admitted in NY and MA