# centerforconstitutionalrights
*on the front lines for social justice*

September 3, 2010

*Via Electronic Case Filing*
Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                  **Re:** *United States v. City of New York,*
                                      07-CV-2067 (NGG) (RLM)

Dear Judge Garaufis:

      On behalf of Plaintiffs-Intervenors in the above-entitled action, I write concerning the report that we expect Special Master White will soon submit to the Court regarding the various proposals for interim firefighter hiring that she and the parties have discussed over the past two-and-a-half weeks.

      Plaintiffs-Intervenors wish to acknowledge the efforts of the Special Master, who has worked diligently to assist the Court and the parties in resolving the interim hiring issue, and based on the parties' discussions with the Special Master and our understanding of the matters to be addressed in the report, we believe that the report will accurately reflect the areas of agreement between the parties. However, there are a number of other important matters still in dispute- particularly Plaintiff's and Plaintiffs-Intervenors' proposals for notice and monitoring of the FDNY's firefighter candidate investigation process and the legality and equitable advantages of Plaintiff's and Plaintiffs-Intervenors' interim hiring proposals- and we believe the Court would benefit from receiving additional information, explanation and authority regarding these matters before it rules on the interim hiring issue.

      Paragraph 7 of Your Honor's June 1, 2010 Memorandum & Order Appointing Special Master (Dkt # 448), allows the parties 10 days to make such submissions. Plaintiff and Plaintiffs-Intervenors anticipate doing so within that timeframe.

      Thank you for your time and consideration.

                                                        Respectfully submitted,

                                                         Darius Charney

cc:     All Counsel (*via ECF*)