UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                 **ORDER**
        Plaintiff,                        07-cv-2067 (NGG) (RLM)
   -and-

THE VULCAN SOCIETY, INC., for itself and
on behalf of its members; MARCUS
HAYWOOD, CANDIDO NUÑEZ,
ROGER GREGG, individually and on
behalf of a class of all others similarly situated,

         Plaintiffs-Intervenors,

   -against-

THE CITY OF NEW YORK,

         Defendant.
------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

       On September 3, 2010, the Special Master filed a report (the "Hiring Report") describing the parties' discussions and proposals regarding interim firefighter hiring. (Docket Entry # 521.) Plaintiffs-Intervenors have expressed their intention to respond to the Hiring Report, and cite the provision in the Special Master appointment order granting the parties 10 days to submit such responses. (See Docket Entry # 520; Docket Entry # 448 ("Appointment Order") ¶ 7.) Given the need for swift resolution of this matter, the court believes that a 10-day response period is neither necessary nor warranted. The parties have been discussing hiring proposals among themselves and with the Special Master for several weeks and, as the Hiring Report documents, have already formulated and voiced certain objections or concerns. Accordingly, the court hereby supersedes the Appointment Order and grants the parties until 12:00 noon on Thursday, September 9, to file any response to the Hiring Report. To expedite and streamline this process, the court directs the parties not to address matters relating to candidate processing (see Hiring

1

Report 12-16) in these responses. To the extent that there are disputes among the parties regarding candidate processing, the court will establish a procedure for resolving them.

SO ORDERED.

Dated: Brooklyn, New York
     September 7, 2010

                               /s/ Nicholas G. Garaufis
                              NICHOLAS G. GARAUFIS
                              United States District Judge