U.S. Department of Justice

Civil Rights Division

LK:SAS:MLB:JS:es
DJ 170-51-358

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC  20530*
*www.usdoj.gov/crt/emp*

September 14, 2010

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States, et al. v. City of New York, et al., 07-CV-2067 (NGG)(RLM)

Dear Judge Garaufis:

In accordance with Your Honor's Individual Rule III C, Plaintiff United States of America respectfully requests leave to serve and file a reply memorandum of twenty (20) pages in length in further support of its motion for summary judgment with respect to the amount of backpay and benefits lost.  A memorandum of this length is necessary in order to respond to numerous arguments made by Defendants in their answering memorandum. In addition, Defendants' answering memorandum contains no references to any party's statement of material facts pursuant to Local Rule 56.1, few references to evidentiary materials, and few citations to case law or other legal authority.  As a result, it will be necessary for the United States to include such references and citations in its reply memorandum, thereby increasing the length of that memorandum.

Thank you for Your Honor's consideration of this request.

Sincerely,

Loretta King
Acting Chief
Employment Litigation Section

By:

/s/ Sharon Seeley
Acting Deputy Chief
(202) 514-4761
Civil Rights Division
United States Department of Justice

                                        Loretta E. Lynch
                                     United States Attorney
By:

                                 /s/ Elliot M. Schachner
                                 Assistant U.S. Attorney
                                    (718) 254-6053

cc: All counsel by ecf