D/F

## LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182
www.levyratner.com

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein*
Gwynne A. Wilcox ▲
Pamela Jeffrey
Owen M. Rumelt
Kevin Finnegan
Carl J. Levine *
David Slutsky *
Allyson L. Belovin
Suzanne Hepner *
Richard Dorn
Robert H. Stroup

Dana E. Lossia *
Susan J. Cameron *
Micah Wissinger*
Ryan J. Barbur
Vanessa Flores *
Alexander Rabb
Nicole Grunfeld

Counsel:
Paul Schachter *
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

September 16, 2010

**VIA ELECTRONIC FILING**

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States, et al. v. City of New York
      Civ. Action No. 07-cv-2067 (NGG) (RLM)

Dear Judge Garaufis:

In accordance with Your Honor's Individual Rule III C, Plaintiffs-Intervenors respectfully request leave to serve and file a reply memorandum of twenty (20) pages in length in further support of their Motion to Exclude Dr. Erath's Testimony and for Summary Judgment with Respect to Class-Wide Back Pay. Plaintiffs-Intervenors make this request because such page length is necessary to respond to the numerous arguments made by the Defendant and to provide the Court with appropriate legal authority and references to the record.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Richard A. Levy       by R+B

RAL:jw
cc: All counsel (via ECF)

**APPLICATION GRANTED.**
**So Ordered.**

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge
Dated: 9/16/10

56-001-00001: 113667.doc