UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                                                                      Plaintiff,

-and-

VULCAN SOCIETY, INC., for itself and on behalf of its
members; MARCUS HAYWOOD, CANDIDO NUNEZ,
and ROGER GREGG, individually and on behalf of a class
of all others similarly situated,

                                                Plaintiffs-Intervenors,

-against-

CITY OF NEW YORK; THE FIRE DEPARTMENT OF
THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF CITYWIDE ADMINISTRATIVE
SERVICES; MAYOR MICHAEL BLOOMBERG and
NEW YORK CITY FIRE COMMISSIONER NICHOLAS
SCOPPETTA, in their individual and official capacities,

                                                        Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF MICHAEL A. CARDOZO**

07 CV 2067 (NGG)(RLM)

      **MICHAEL A. CARDOZO** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

      1.    I am the Corporation Counsel of the City of New York, attorney for defendants, in the above-captioned action. I submit this declaration to place before the Court certain facts and documents referred to in defendants' opposition to Plaintiffs-Intervenors' motion for summary judgment seeking class-wide compensatory damages.

      2.    Attached hereto as Exhibit "A" is a true and accurate copy of the article: Clark, Cindy and Mark J. Zak, "Fatalities to Law Enforcement Officers and Firefighters, 1992-97" *Compensation and Working Conditions*, Summer 1999.

3.   Attached hereto as Exhibit "B" is a true and accurate copy of: Table SNR02 Highest Incidence Rates of Nonfatal Occupational Injury and Illness Cases with Days Away From Work, Restricted Work Activity or Job Transfer, 2008 (http://www.bls.gov/iff/oshwe/osh/os/ostb2060.txt).

4.   Attached hereto as Exhibit "C" is a true and accurate copy of the article: Milen, David, "The Ability of Firefighting Personnel to Cope with Stress, *Journal of Social Change,* 3,38-56 (Walden University 2009).

5.   Attached hereto as Exhibit "D" is a true and accurate copy of the press release: Press Release -- *Behind the Brotherhood: Rewards and Challenges for Wives of Firefighters.*

6.   Attached hereto as Exhibit "E" is a true and accurate copy of the book review: Book Review:  Kirschman, Ellen, Ph.D., *I Love a Fire Firefighter: What the Family Needs to Know."*

7.   Attached hereto as Exhibit "F" is a true and accurate copy of the Declaration of Dr. Christopher Erath, dated October 29, 2010, which also contains a copy of his March 12, 1010 expert report as Exhibit "1" thereto.

8.   Attached hereto as Exhibit "G" is a true and accurate copy of pages 136 to 154 from the transcript of Dr. Siskin's January 28, 2010 deposition.

9.   Attached hereto as Exhibit "H" is a true and accurate copy of the list of 146 candidates who were not hired by the FDNY, which was created by the Plaintiff (bates stamped USA-007426 to USA-007429).  The list identifies 11 people as NYPD employees.  Of theses eight are identified as Police officers, one is identified as a 911 Technician and two do not have a stated type of employment.

- 3 -

I declare, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the foregoing is true and correct:

Dated:   New York, New York
         October 29, 2010

_____
**MICHAEL A. CARDOZO**