UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                          :
UNITED STATES OF AMERICA,
                                                          :
                        Plaintiff,
                                                          :   **STATEMENT OF FEES &**
            -and-                                             **EXPENSES**
                                                          :
THE VULCAN SOCIETY, INC., for itself and on behalf of         **07-cv-2067 (NGG)(RLM)**
its members, and MARCUS HAYWOOD, CANDIDO          :
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated,             :

                        Plaintiffs-Intervenors,          :

            -against-                                     :

THE CITY OF NEW YORK,                                     :

                        Defendant.                        :

-------------------------------------------------------------------x


MARY JO WHITE, Special Master.

        This third Statement of Fees and Expenses is submitted in accordance with the

Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt.

No. # 448, ¶ 14).  The Appointment Order requires that:

                Every 60 days, the Special Master shall submit to the court
                an itemized statement of fees and expenses, which the court
                will inspect for regularity and reasonableness.  If the court
                determines the itemized statement is regular and
                reasonable, the court will sign it and transmit it to the
                parties.  The City shall then remit to the Special Master any
                court-approved amount, within 20 calendar days of court
                approval.

(*Id.*)

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid.  For the period of September 28 through November 12, 2010, the Special Master has incurred expenses totaling $136.46.  An itemized list of the expenses is attached as Exhibit 1.

This statement also includes Dr. Pittman's fees and expenses for the months of September and October.  For the month of September, Dr. Pittman's fees were $2,625.00. She had no expenses.  For the month of October, her fees were $3,687.50 and her expenses were $1,035.80, for a total of $4,723.30.  Invoices for Dr. Pittman's fees and expenses are attached hereto as Exhibits 2 and 3.  These fees fall under the projected monthly fees of between $7,000 to $17,000 stated in the Special Master's Application for Approval of Proposed Budget for Special Master's Expert Consultant (Dkt. No. 516), which was approved by the Court on September 3, 2010 (Dkt. No. 519).

Accordingly, the total expenses for the Special Master's work for this period were $7,484.76.  We respectfully request that that Court approve all of these expenses.

/s/  Mary Jo White_____

Mary Jo White

Dated:  November 29, 2010

2

# Exhibit 1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

## *EASTERN DISTRICT OF NEW YORK-Special Master Appointment*

11/29/2010

Invoice Number: 1208067

*Disbursements and Charges itemized for the period Sep 28, 2010 to Nov 12, 2010.*

### *Breakdown of Charges and Disbursements*

| Description | Amount |
|---|---|
| Word Processing - Non Network | $16.60 |
| Telephone Conferencing & Outside Vendors | $34.09 |
| Duplicating | $44.40 |
| Telephone Toll Calls | $8.11 |
| Late Night Transportation | 33.26 |
| **Matter Total** | **$136.46** |

# Exhibit 2

Invoice for Services from:

## The Pittman McLenagan Group, L.C.

**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Sep-10

| | | |
|---|---|---|
| **Project:** | Testing Program | |
| **Invoice #:** | | PHITP Sep-10 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 10/1/2010 | |
| **Please Remit this Amount:** | **$2,625.00** | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 9/2/2010 | Discussion with M.B. Hogan | 0.50 | $125.00 |
| 9/3/2010 | Discussion with M.B. Hogan | 0.25 | $62.50 |
| 9/7/2010 | Call with P. Fortino | 0.25 | $62.50 |
| 9/8/2010 | Review of data | 0.75 | $187.50 |
| 9/9/2010 | Call with P. Fortino | 0.50 | $125.00 |
| 9/9/2010 | Review of documents | 0.50 | $125.00 |
| 9/10/2010 | Call with P. Fortino | 0.50 | $125.00 |
| 9/10/2010 | Weekly update call with experts | 1.25 | $312.50 |
| 9/13/2010 | Review of materials | 0.50 | $125.00 |
| 9/13/2010 | Call with C. Dike | 0.25 | $62.50 |
| 9/14/2010 | Review of materials | 0.75 | $187.50 |
| 9/14/2010 | Review of expert correspondence | 0.50 | $125.00 |
| 9/14/2010 | Call with P. Fortino and preparing responses | 1.00 | $250.00 |
| 9/14/2010 | Review of response/comments | 0.50 | $125.00 |
| 9/24/2010 | Review of materials | 0.50 | $125.00 |
| 9/24/2010 | Weekly update call with experts | 1.50 | $375.00 |
| 9/29/2010 | Call with P. Fortino | 0.50 | $125.00 |
| | | | $0.00 |
| | | **10.50** | **$2,625.00** |

# Exhibit 3

Invoice for Services from:

## The Pittman McLenagan Group, L.C.

**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**

Oct-10

| | |
|---|---|
| **Project:** | FDNY Entry Level Testing |
| **Invoice #:** | FDNY Oct-10 |
| **Terms:** | Net 15 |
| **Inv. Date:** | 11/1/2010 |
| **Please Remit this Amount:** | $4,723.30 |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** |
| | 6626-A Wilson Lane |
| | Bethesda, MD  20817 |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 10/4/2010 | Conference call | 1.00 | $250.00 |
| 10/5/2010 | Call with P Fortino | 0.25 | $62.50 |
| 10/10/2010 | Review of materials | 1.00 | $250.00 |
| 10/11/2010 | Experts meeting in Denver | 7.00 | $1,750.00 |
| 10/15/2010 | Conference call | 1.25 | $312.50 |
| 10/21/2010 | Review of materials | 0.75 | $187.50 |
| 10/22/2010 | NYC conference call | 0.50 | $125.00 |
| 10/28/2010 | Review of materials | 0.75 | $187.50 |
| 10/29/2010 | Review of materials | 0.75 | $187.50 |
| 10/29/2010 | NYC conference call | 1.00 | $250.00 |
| 10/29/2010 | Review of materials; discussions with C. Dike | 0.50 | $125.00 |
| | | | $0.00 |
| | expenses | | $1,035.80 |
| | | 14.75 | $4,723.30 |