UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                     :

UNITED STATES OF AMERICA,

                                                     :

        Plaintiff,

                                                     :    **STATEMENT OF FEES &**
   -and-                                                     **EXPENSES**

                                                     :

THE VULCAN SOCIETY, INC., for itself and on behalf of    **07-cv-2067 (NGG)(RLM)**
its members, and MARCUS HAYWOOD, CANDIDO      :
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated,                :

                 Plaintiffs-Intervenors,          :

   -against-                                                :

THE CITY OF NEW YORK,                                        :

                 Defendant.                      :

------------------------------------------------------------------------x

MARY JO WHITE, Special Master.

       This fourth Statement of Fees and Expenses is submitted in accordance with the Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt. No. 448, ¶ 14). The Appointment Order requires that:

> Every 60 days, the Special Master shall submit to the court an itemized statement of fees and expenses, which the court will inspect for regularity and reasonableness. If the court determines the itemized statement is regular and reasonable, the court will sign it and transmit it to the parties. The City shall then remit to the Special Master any court-approved amount, within 20 calendar days of court approval.

(*Id.*)

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid.  For the period of November 13, 2010 through January 13, 2011, the Special Master has incurred expenses totaling $830.64.  An itemized list of the expenses is attached as Exhibit 1.

This statement also includes Dr. Pittman's fees and expenses for the months of November and December.  For the month of November, Dr. Pittman's fees were $6,187.50.  She had no expenses.  For the month of December, her fees were $6,212.50 and her expenses were $511.50, for a total of $6,724.00.  Invoices for Dr. Pittman's fees and expenses are attached hereto as Exhibits 2 and 3.  These fees fall under the projected monthly fees of between $7,000 to $17,000 stated in the Special Master's Application for Approval of Proposed Budget for Special Master's Expert Consultant (Dkt. No. 516), which was approved by the Court on September 3, 2010 (Dkt. No. 519).

Accordingly, the total expenses for the Special Master's work for this period were $13,742.14.  We respectfully request that that Court approve all of these expenses.

/s/  Mary Jo White

Mary Jo White

Dated:  January 28, 2011

# Exhibit 1

**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel   212 909 6000
Fax   212 909 6836
www.debevoise.com

*EASTERN DISTRICT OF NEW YORK-Special Master Appointment*

01/24/2011

*Disbursements and Charges itemized for the period Nov 13, 2010 to Jan 13, 2011.*

### Detailed Breakdown of Charges and Disbursements

| Description | Amount |
|---|---|
| Word Processing - Non Network | $53.95 |
| Telephone Conferencing & Outside Vendors | $130.89 |
| Duplicating | $621.00 |
| Telephone Toll Calls | $8.16 |
| Research Information Services - Pacer Service Center | $2.96 |
| Late Night Transportation | $13.68 |
| **Matter Total** | **$830.64** |

Exhibit 2

Invoice for Services from:

# The Pittman McLenagan Group, L.C.

**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Nov-10

| | | |
|---|---|---|
| **Project:** | Testing Program | |
| **Invoice #:** | | PHITP Nov-10 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 12/6/2010 | |
| **Please Remit this Amount:** | $6,187.50 | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 11/1/2010 | Communications with C. Dike | 0.75 | $187.50 |
| 11/2/2010 | Call with C. Dike | 0.25 | $62.50 |
| 11/2/2010 | Review of materials | 1.00 | $250.00 |
| 11/3/2010 | Review of materials | 0.25 | $62.50 |
| 11/4/2010 | Call with C. Dike and P. Fortino | 0.75 | $187.50 |
| 11/5/2010 | Review of materials | 1.25 | $312.50 |
| 11/5/2010 | Call with C. Dike | 0.50 | $125.00 |
| 11/5/2010 | Weekly expert call and communications | 2.00 | $500.00 |
| 11/5/2010 | Call with C. Dike | 0.50 | $125.00 |
| 11/8/2010 | Review of materials; Call with C. Dike | 0.50 | $125.00 |
| 11/12/2010 | Weekly expert call | 1.50 | $375.00 |
| 11/12/2010 | Call with C. Dike | 0.50 | $125.00 |
| 11/15/2010 | Call with C. Dike; review of materials | 0.50 | $125.00 |
| 11/17/2010 | Call with C. Dike | 0.50 | $125.00 |
| 11/15/2010 | Review of materials | 0.50 | $125.00 |

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 11/16/2010 | Responding to correspondence | 0.25 | $62.50 |
| 11/18/2010 | Responding to correspondence; reviewing materials | 0.25 | $62.50 |
| 11/19/2010 | Responding to correspondence | 0.50 | $125.00 |
| 11/19/2010 | Review of materials | 0.75 | $187.50 |
| 11/19/2010 | Call with C. Dike | 0.50 | $125.00 |
| 11/21/2010 | Review of materials and correspondence | 0.75 | $187.50 |
| 11/22/2010 | Expert call | 1.00 | $250.00 |
| 11/23/2010 | Review of materials | 0.75 | $187.50 |
| 11/24/2010 | Review of materials | 1.00 | $250.00 |
| 11/26/2010 | Review of correspondence and materials | 0.50 | $125.00 |
| 11/28/2010 | Review of correspondence and materials | 0.50 | $125.00 |
| 11/29/2010 | Review of materials | 0.50 | $125.00 |
| 11/29/2010 | Call with C. Dike | 0.5 | $125.00 |
| 11/29/2010 | Expert call | 1 | $250.00 |
| 11/29/2010 | Review of materials | 1 | $250.00 |
| 11/29/2010 | Call with C. Dike | 0.25 | $62.50 |
| 11/29/2010 | Review of materials | 0.5 | $125.00 |
| 11/29/2010 | Review of materials | 1 | $250.00 |
| 11/30/2010 | Review of materials | 0.75 | $187.50 |
| 11/30/2010 | Call with C. Dike | 0.5 | $125.00 |
| 11/30/2010 | Review of materials | 0.75 | $187.50 |
| | | 24.75 | $6,187.50 |

# Exhibit 3

Invoice for Services from:

**The Pittman McLenagan Group, L.C.**
**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Dec-10

| Project: | Testing Program | |
|---|---|---|
| Invoice #: | | PHITP Dec-10 |
| Terms: | Net 15 | |
| Inv. Date: | 1/5/2011 | |
| Please Remit this Amount: | $6,724.00 | |
| Remit to: | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 12/1/2010 | Meeting in NYC with experts | 9.00 | $2,250.00 |
| 12/1/2010 | Call with C. Dike | 0.50 | $125.00 |
| 12/3/2010 | Weekly call with experts | 1.25 | $312.50 |
| 12/6/2010 | Review of materials | 0.25 | $62.50 |
| 12/7/2010 | Review of materials | 0.25 | $62.50 |
| 12/8/2010 | Review/comment on materials | 0.50 | $125.00 |
| 12/9/2010 | Weekly call with experts | 1.00 | $250.00 |
| 12/9/2010 | Call with C. Dike | 0.50 | $125.00 |
| 12/13/2010 | Review of materials | 0.75 | $187.50 |
| 12/16/2010 | Review of materials | 0.25 | $62.50 |
| 12/16/2010 | Review of materials | 1.00 | $250.00 |
| 12/17/2010 | Weekly call with experts | 1.00 | $250.00 |
| 12/17/2010 | Summary to Special Master | 0.25 | $62.50 |
| 12/20/2010 | Review of materials | 0.25 | $62.50 |
| 12/20/2010 | Call with C. Dike | 0.25 | $62.50 |
| 12/23/2010 | Weekly call with experts | 1.50 | $375.00 |
| 12/27/2010 | Review of materials | 1.00 | $250.00 |
| 12/28/2010 | Weekly call with experts | 1.00 | $250.00 |
| 12/29/2010 | Review of materials | 2.00 | $500.00 |
| 12/30/2010 | Weekly call with experts | 1.25 | $312.50 |
| 12/27/2010 | Discussions with M. McLenagan | 0.50 | $125.00 |
| 12/27/2010 | Discussions with M. McLenagan | 0.75 | $150.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | expenses | $511.50 |
| | | 25.00 | **$6,724.00** |