UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                         :

UNITED STATES OF AMERICA,
                         :

              Plaintiff,

                         :     **STATEMENT OF FEES &**
       -and-                       **EXPENSES**
                         :

THE VULCAN SOCIETY, INC., for itself and on behalf of    **07-cv-2067 (NGG)(RLM)**
its members, and MARCUS HAYWOOD, CANDIDO      :
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated,             :

              Plaintiffs-Intervenors,     :

       -against-                      :

THE CITY OF NEW YORK,                  :

              Defendant.           :

-------------------------------------------------------------------x

MARY JO WHITE, Special Master.

     This fifth Statement of Fees and Expenses is submitted in accordance with the

Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt.

No. 448, ¶ 14).  The Appointment Order requires that:

> Every 60 days, the Special Master shall submit to the court
> an itemized statement of fees and expenses, which the court
> will inspect for regularity and reasonableness.  If the court
> determines the itemized statement is regular and
> reasonable, the court will sign it and transmit it to the
> parties.  The City shall then remit to the Special Master any
> court-approved amount, within 20 calendar days of court
> approval.

(*Id.*)

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid.  For the period of January 14, 2011 through March 21, 2011, the Special Master has incurred expenses totaling $1,269.96.  An itemized list of the expenses is attached as Exhibit 1.

This statement also includes Dr. Pittman's fees and expenses for the months of January and February.  For the month of January, Dr. Pittman's fees were $7,625 and her expenses were $471.76, for a total of $8,096.76.  For the month of February, her fees were $12,625.00 and her expenses were $1,303.31, for a total of $13,928.31.  Invoices for Dr. Pittman's fees and expenses are attached hereto as Exhibits 2 and 3.  These fees fall within the projected monthly fees of between $7,000 to $17,000 stated in the Special Master's Application for Approval of Proposed Budget for Special Master's Expert Consultant (Dkt. No. 516), which was approved by the Court on September 3, 2010 (Dkt. No. 519).

Accordingly, the total expenses for the Special Master's work for this period were $23,295.03.  We respectfully request that that Court approve all of these expenses.

/s/  Mary Jo White_____

Mary Jo White

Dated:  March 29, 2011

2

**Exhibit 1**

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

### *EASTERN DISTRICT OF NEW YORK-Special Master Appointment*

03/25/2010

*Disbursements and Charges itemized for the period Jan 14, 2011 to Mar 21, 2011.*

**Detailed Breakdown of Charges and Disbursements**

| Description | Amount |
|---|---|
| **Word Processing - Non Network** | **$83.00** |
| **Telephone Conferencing & Outside Vendors** | **$375.41** |
| **Federal Express, DHL & UPS deliveries** | **$33.74** |
| **Duplicating** | **$391.80** |
| **Binding** | **$30.00** |
| **Document Production & Proofreading** | **$95.40** |
| **Telephone Toll Calls** | **$30.84** |
| **Research Information Services** | **$68.81** |
| **Lawyer Late Night Transportation** | **$160.96** |
| **Matter Total** | **$ 1,269.96** |

**Exhibit 2**

Invoice for Services from:

**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**

Jan-11

| | | |
|---|---|---|
| **Project:** | FDNY Entry Level Testing | |
| **Invoice #:** | | NYCvUS Jan-11 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 2/9/2011 | |
| **Please Remit this Amount:** | $8,096.76 | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|------|---------------------|-------|------|
| 1/3/2011 | Reviewed materials | 0.75 | $187.50 |
| 1/4/2011 | Call with experts | 1.00 | $250.00 |
| 1/6/2011 | Reviewed materials | 0.75 | $187.50 |
| 1/7/2011 | Reviewed materials and correspondence | 1.00 | $250.00 |
| 1/6/2011 | Reviewed materials | 1.00 | $250.00 |
| 1/10/2011 | Reviewed materials | 0.75 | $187.50 |
| 1/10/2011 | Call with experts | 1.00 | $250.00 |
| 1/10/2011 | Drafted materials | 0.50 | $125.00 |
| 1/10/2011 | Call with C. Dike, drafted materials | 0.50 | $125.00 |
| 1/11/2011 | Reviewed materials | 0.50 | $125.00 |
| 1/12/2011 | Reviewed materials | 2.50 | $625.00 |
| 1/13/2011 | Call with C. Dike | 0.75 | $187.50 |
| 1/14/2011 | Call with P. Fortino and C. Dike | 0.50 | $125.00 |
| 1/17/2011 | Reviewed materials and correspondence | 1.00 | $250.00 |
| 1/17/2011 | Call with experts | 1.00 | $250.00 |
| 1/18/2011 | Call with experts | 1.50 | $375.00 |
| 1/19/2011 | Reviewed materials | 1.00 | $250.00 |
| 1/19/2011 | Reviewed and commented on materials | 0.50 | $125.00 |
| 1/20/2011 | Drafted comments/correspondence | 0.50 | $125.00 |
| 1/20/2011 | Correspondence and research | 0.75 | $187.50 |
| 1/21/2011 | Reviewed materials and correspondence | 0.50 | $125.00 |
| 1/24/2011 | Reviewed materials | 0.25 | $62.50 |
| 1/24/2011 | Meeting with Special Master, counsel, and experts | 7.00 | $1,750.00 |
| 1/25/2011 | Call with C. Dike, reviewed materials | 0.50 | $125.00 |
| 1/25/2011 | Reviewed materials | 0.50 | $125.00 |
| 1/26/2011 | Call with C. Dike | 0.50 | $125.00 |
| 1/28/2011 | Call with experts | 1.50 | $375.00 |
| 1/29/2011 | Reviewed correspondence | 0.5 | $125.00 |
| 1/30/2011 | Call with C. Dike, reviewed correspondence | 0.5 | $125.00 |
| 1/30/2011 | Reviewed materials | 1 | $250.00 |
| | | | $0.00 |
| | Expenses | | $471.76 |
| | | **30.50** | **$8,096.76** |

**Exhibit 3**

Invoice for Services from:

**The Pittman McLenagan Group, L.C.**

**6626-A Wilson Lane**

**Bethesda, MD  20817**

**301.320.9500**

**Tax Identification #: 52-1924078**

**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Feb-11

| | | |
|---|---|---|
| **Project:** | FDNY Entry Level Testing | |
| **Invoice #:** | | NYCvUS Feb-11 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 3/24/2011 | |
| **Please Remit this Amount:** | **$13,928.31** | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 2/1/2011 | Review of materials | 1.50 | $375.00 |
| 2/2/2011 | Meeting with experts | 9.50 | $2,375.00 |
| 2/3/2011 | Meeting with experts | 9.00 | $2,250.00 |
| 2/5/2011 | Review of materials | 1.00 | $250.00 |
| 2/6/2011 | Review of materials | 2.50 | $625.00 |
| 2/7/2011 | Call with P. Fortino and C. Dike | 1.50 | $375.00 |
| 2/8/2011 | Review of materials/correspondence | 0.50 | $125.00 |
| 2/9/2011 | Review of materials | 0.50 | $125.00 |
| 2/10/2011 | Call with C. Dike | 1.50 | $375.00 |
| 2/10/2011 | Review of materials; call with C. Dike | 1.50 | $375.00 |
| 2/11/2011 | Review of materials | 0.75 | $187.50 |
| 2/11/2011 | Call with C. Dike | 0.50 | $125.00 |
| 2/14/2011 | Call with M.B. Hogan, P. Fortino, C. Dike | 1.25 | $312.50 |
| 2/14/2011 | Various correspondence | 0.25 | $62.50 |
| 2/15/2011 | Review of materials | 0.25 | $62.50 |
| 2/17/2011 | Review of materials | 0.25 | $62.50 |
| 2/18/2011 | Call with experts | 1.75 | $437.50 |
| 2/18/2011 | Call with P. Fortino and C. Dike | 0.75 | $187.50 |
| 2/21/2011 | Review of materials | 0.75 | $187.50 |
| 2/21/2011 | Review of materials | 0.50 | $125.00 |
| 2/22/2011 | Call with M.B. Hogan, P. Fortino, C. Dike | 1.00 | $250.00 |
| 2/23/2011 | Memo | 2.00 | $500.00 |
| 2/24/2011 | Review modified job analysis report | 0.50 | $125.00 |
| 2/25/2011 | Review of materials; memo | 2.50 | $625.00 |
| 2/25/2011 | Call with experts | 1.00 | $250.00 |
| 2/25/2011 | Call with M.J. White, M.B. Hogan, P. Fortino, C. Dike | 1.25 | $312.50 |
| 2/26/2011 | Memo | 0.50 | $125.00 |
| 2/27/2011 | Research | 3.5 | $875.00 |
| 2/28/2011 | Research | 1.5 | $375.00 |
| 2/28/2011 | Review of materials | 0.75 | $187.50 |
| | | | $0.00 |
| | Expenses | | $1,303.31 |
| | | 50.50 | $13,928.31 |