**U.S. Department of Justice**

Civil Rights Division

LK:MLB:EKB:JMS:AKT:BS
DJ 170-51-358

*Employment Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.usdoj.gov/crt/emp*

April 21, 2011

<u>*Via ECF*</u>

Hon. Nicholas G. Garaufis
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    <u>United States v. City of New York, et al.</u>, 07-CV-2067 (NGG)(RLM)

Dear Judge Garaufis:

      The United States submits this letter to provide additional information regarding the publication date of the website described in the United States' April 14, 2011 letter (Dkt. No. 632).  The United States previously anticipated that the website would be made publicly available on April 21, 2011.  Due to administrative and technical issues, the publication date has been modified and the United States now expects to publish the website in approximately two weeks.  Accordingly, unless the Court orders otherwise or requests additional information, the United States intends to make this website publicly available within approximately two weeks.

      Respectfully submitted,

      THOMAS E. PEREZ
      Assistant Attorney General

      _____
      /s/ ERIC K. BACHMAN
      Senior Trial Attorney
      Telephone:  (202) 305-7883
      Facsimile:  (202) 514-1005
      United States Department of Justice
      Civil Rights Division
      950 Pennsylvania Avenue, N.W.
      Patrick Henry Building, Room 4500
      Washington, D.C. 20530

LORETTA E. LYNCH
United States Attorney

_____
/s/ ELLIOT M. SCHACHNER
Assistant United States Attorneys
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York  11201-1820
Telephone:  (718) 254-6053
Facsimile:  (718) 254-6479