UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
UNITED STATES OF AMERICA,
:
         Plaintiff,
:
    -and- : **STATEMENT OF FEES & EXPENSES**
:
THE VULCAN SOCIETY, INC., for itself and on behalf of : **07-cv-2067 (NGG)(RLM)**
its members, and MARCUS HAYWOOD, CANDIDO :
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated, :

         Plaintiffs-Intervenors, :

    -against- :

THE CITY OF NEW YORK, :

         Defendant. :

------------------------------------------------------------------------x

MARY JO WHITE, Special Master.

    This sixth Statement of Fees and Expenses is submitted in accordance with the Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt. No. 448, ¶ 14). The Appointment Order requires that:

> Every 60 days, the Special Master shall submit to the court an itemized statement of fees and expenses, which the court will inspect for regularity and reasonableness. If the court determines the itemized statement is regular and reasonable, the court will sign it and transmit it to the parties. The City shall then remit to the Special Master any court-approved amount, within 20 calendar days of court approval.

(*Id.*)

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid. For the period of March 22, 2011 through May 23, 2011, the Special Master has incurred expenses totaling $480.09. An itemized list of the expenses is attached as <u>Exhibit 1</u>.

This statement also includes Dr. Pittman's fees and expenses for the months of March, April, and May. For the month of March, her fees were $8,875.00 and her expenses were $1,501.06, for a total of $10,376.06. For the month of April, Dr. Pittman's fees were $6,312.50 and her expenses were $1,247.78, for a total of $7,560.28. For the month of May, Dr. Pittman's fees were $6,374.90 and her expenses were $904.16, for a total of $7,279.16. Invoices for Dr. Pittman's fees and expenses are attached hereto as <u>Exhibits 2, 3, and 4</u>. These fees fall within the projected monthly fees of between $7,000 to $17,000 stated in the Special Master's Application for Approval of Proposed Budget for Special Master's Expert Consultant (Dkt. No. 516), which was approved by the Court on September 3, 2010 (Dkt. No. 519).

Accordingly, the total expenses for the Special Master's work for this period were $25,695.59. We respectfully request that that Court approve all of these expenses.

/s/ Mary Jo White
Mary Jo White

Dated: May 31, 2011

# Exhibit 1

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

*EASTERN DISTRICT OF NEW YORK-Special Master Appointment*  05/25/2011

*Disbursements and Charges itemized for the period Mar 22, 2011 to May 23, 2011.*

### Detailed Breakdown of Charges and Disbursements

| Description | Amount |
|---|---|
| Duplicating | $65.40 |
| Binding | $15.00 |
| Telephone Toll Calls | $8.83 |
| Telephone Conferencing & Outside Vendors | $45.24 |
| Research Information Services | $41.39 |
| Lawyer Late Night & Test Development Session Transportation | $304.23 |
| **Matter Total** | **$480.09** |

# Exhibit 2

Invoice for Services from:

**The Pittman McLenagan Group, L.C.**

**6626-A Wilson Lane**

**Bethesda, MD  20817**

**301.320.9500**
**Tax Identification #: 52-1924078**
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Mar-11

| Project: | FDNY Entry Level Testing | |
|---|---|---|
| Invoice #: | | NYCvUS Mar-11 |
| Terms: | Net 15 | |
| Inv. Date: | 5/25/2011 | |
| **Please Remit this Amount:** | **$10,376.06** | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 3/2/2011 | Meeting with experts | 9.00 | $2,250.00 |
| 3/4/2011 | Call with C. Dike | 1.00 | $250.00 |
| 3/4/2011 | Call with experts | 0.75 | $187.50 |
| 3/4/2011 | Review of materials | 0.50 | $125.00 |
| 3/6/2011 | Review of materials | 0.75 | $187.50 |
| 3/6/2011 | Research | 1.00 | $250.00 |
| 3/7/2011 | Call with C. Dike | 0.50 | $125.00 |
| 3/8/2011 | Call with C. Dike | 0.50 | $125.00 |
| 3/8/2011 | Call with C. Dike and P. Fortino | 0.75 | $187.50 |
| 3/8/2011 | Review of materials | 0.75 | $187.50 |
| 3/9/2011 | Review of materials | 1.00 | $250.00 |
| 3/9/2011 | Review of materials; correspondence | 0.75 | $187.50 |
| 3/10/2011 | Call with C. Dike | 0.25 | $62.50 |
| 3/10/2011 | Review of materials | 0.25 | $62.50 |
| 3/11/2011 | Review of materials | 0.50 | $125.00 |
| 3/14/2011 | Call with experts | 0.75 | $187.50 |
| 3/14/2011 | Review of materials | 1.00 | $250.00 |
| 3/14/2011 | Review of materials | 0.75 | $187.50 |
| 3/15/2011 | Review of materials | 1.00 | $250.00 |
| 3/16/2011 | Review of materials; memo | 3.00 | $750.00 |
| 3/16/2011 | Review of materials | 1.00 | $250.00 |
| 3/16/2011 | Research | 0.75 | $187.50 |
| 3/17/2011 | Research; review of materials | 0.75 | $187.50 |
| 3/17/2011 | Review of materials | 0.50 | $125.00 |
| 3/17/2011 | Review of materials | 1.00 | $250.00 |
| 3/21/2011 | Call with experts | 1.00 | $250.00 |
| 3/21/2011 | Review of materials; correspondence | 0.50 | $125.00 |
| 3/22/2011 | Review of materials; correspondence | 1 | $250.00 |
| 3/23/2011 | Review of materials | 1 | $250.00 |
| 3/24/2011 | Call with C. Dike | 0.25 | $62.50 |
| 3/25/2011 | Call with experts | 1 | $250.00 |
| 3/28/2011 | Review of materials | 0.25 | $62.50 |
| 3/28/2011 | Call with C. Dike | 0.5 | $125.00 |
| 3/30/2011 | Review of materials | 0.5 | $125.00 |
| 3/31/2011 | Review of materials and correspondence | 0.75 | $187.50 |
| | Expenses | | 1501.06 |
| | | 35.50 | $10,376.06 |

<u>Exhibit 3</u>

Invoice for Services from:

**The Pittman McLenagan Group, L.C.**
**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**
**Tax Identification #: 52-1924078**
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Apr-11

| **Project:** | FDNY Entry Level Testing | |
|---|---|---|
| **Invoice #:** | | NYCvUS Apr-11 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 5/25/2011 | |
| **Please Remit this Amount:** | $7,560.28 | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 4/1/2011 | Call with experts | 1.00 | $250.00 |
| 4/1/2011 | Review of materials | 0.75 | $187.50 |
| 4/4/2011 | Review of materials | 0.75 | $187.50 |
| 4/4/2011 | Review of materials | 0.50 | $125.00 |
| 4/5/2011 | Review of materials | 0.50 | $125.00 |
| 4/5/2011 | Review of materials; correspondence | 0.50 | $125.00 |
| 4/6/2011 | Call with C. Dike | 0.25 | $62.50 |
| 4/7/2011 | Correspondence | 0.50 | $125.00 |
| 4/7/2011 | Research | 0.25 | $62.50 |
| 4/7/2011 | Review of materials | 0.50 | $125.00 |
| 4/7/2011 | Call with experts | 1.75 | $437.50 |
| 4/8/2011 | Call with experts | 1.00 | $250.00 |
| 4/8/2011 | Review of materials | 0.25 | $62.50 |
| 4/11/2011 | Test development session/interview | 1.00 | $250.00 |
| 4/12/2011 | Call with C. Dike | 0.25 | $62.50 |
| 4/14/2011 | Review of materials | 1.00 | $250.00 |
| 4/15/2011 | Review of materials | 0.50 | $125.00 |
| 4/15/2011 | Review of materials | 0.75 | $187.50 |
| 4/24/2011 | Review of materials | 0.75 | $187.50 |
| 4/25/2011 | Meeting with experts | 7.00 | $1,750.00 |
| 4/26/2011 | Review of materials | 0.50 | $125.00 |
| 4/26/2011 | Meeting with experts and unions | 2.50 | $625.00 |
| 4/27/2011 | Call with P. Fortino and C. Dike | 0.50 | $125.00 |
| 4/28/2011 | Review of materials | 0.50 | $125.00 |
| 4/29/2011 | Call with experts | 1.50 | $375.00 |
| | | | $0.00 |
| | | | $0.00 |
| | Expenses | | 1247.78 |
| | | 25.25 | $7,560.28 |

<u>Exhibit 4</u>

Invoice for Services from:

**The Pittman McLenagan Group, L.C.**

**6626-A Wilson Lane**

**Bethesda, MD  20817**

**301.320.9500**
Tax Identification #: 52-1924078
PMG Contact:
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
May-11

| | | |
|---|---|---|
| **Project:** | FDNY Entry Level Testing | |
| **Invoice #:** | | NYCvUS May-11 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 5/27/2011 | |
| **Please Remit this Amount:** | $7,279.16 | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 5/3/2011 | Review of materials | 0.25 | $62.50 |
| 5/3/2011 | Review of materials | 0.25 | $62.50 |
| 5/5/2011 | Review of materials | 0.50 | $125.00 |
| 5/6/2011 | Call with experts | 1.00 | $250.00 |
| 5/6/2011 | Correspondence | 0.25 | $62.50 |
| 5/9/2011 | Review of materials | 0.25 | $62.50 |
| 5/12/2011 | Call with experts | 1.00 | $250.00 |
| 5/12/2011 | Call with C. Dike | 0.50 | $125.00 |
| 5/13/2011 | Review of materials | 0.25 | $62.50 |
| 5/16/2011 | Review of materials | 0.50 | $125.00 |
| 5/16/2011 | Review of materials | 1.50 | $375.00 |
| 5/17/2011 | Review of materials | 0.75 | $187.50 |
| 5/17/2011 | Call with P. Fortino and C. Dike | 1.50 | $375.00 |
| 5/17/2011 | Call with experts | 1.50 | $375.00 |
| 5/18/2011 | Review of materials; correspondence | 0.75 | $187.50 |
| 5/18/2011 | Call with P. Fortino | 0.50 | $125.00 |
| 5/20/2011 | Test development session | 4.50 | $1,125.00 |
| 5/23/2011 | Call with experts | 1.50 | $375.00 |
| 5/23/2011 | Call with P. Fortino | 1.00 | $250.00 |
| 5/23/2011 | Review of materials | 0.50 | $125.00 |
| 5/24/2011 | Review of materials | 1.00 | $250.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/25/2011 | Review of materials | 0.25 | $62.50 |
| 5/26/2011 | Review of materials | 2.00 | $500.00 |
| 5/26/2011 | Review of materials | 0.75 | $187.50 |
| 5/27/2011 | Call with experts | 2.00 | $500.00 |
| 5/27/2011 | Call with C. Dike | 0.25 | $62.50 |
| 5/27/2011 | Call with union representatives, Special Master, counsel, and experts. | 0.50 | $125.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | Expenses | | 904.16 |
| | | 25.50 | $7,279.16 |