# EXHIBIT 5

Notice of Claims Process for Print Publication

# Black and Hispanic applicants for New York City firefighter jobs may be eligible for money and other relief to remedy hiring discrimination

If you are black or Hispanic, and you took the written exam to become a New York City entry-level firefighter **between 1999 and 2006,** you <u>may</u> be eligible for money, priority hiring into a firefighter job, and seniority awards.

- **The Federal Court in Brooklyn has ruled that the City discriminated against blacks and Hispanics who took written exams to become New York City firefighters between 1999 and 2006**

- The United States Department of Justice is **NOW** collecting information from all black and Hispanic applicants who took Written Exam 7029 or Written Exam 2043 **between 1999 and 2006.** This information will help the Court decide who is eligible for money and other relief.

If you are black or Hispanic, and you took an entry-level New York City firefighter exam between 1999 and 2006, **you must complete a <u>claim form</u> to be considered for money and other relief ordered by the court.**

**If you have not already received a claim form:**

- ✓ **Visit <u>www.justice.gov/fdnycase</u>** and provide your updated contact information.
  - Claims forms are available for download on the website.

- ✓ Call the Department of Justice at 1-800-556-1950 (select mailbox option number 7).
  - Leave your full name, telephone number, and a time when you can be reached.

**OR**

- ✓ Black applicants may also be members of a Class that is eligible for additional money.
  - Black applicants who were NOT hired as firefighters may call 212-627-8100, ext. 269 for more information.
  - Black applicants who WERE hired as firefighters may call 212-614-6475 for more information.

*Please do not contact the court for information about this lawsuit.*

<u>Notice of Claims Process for Broadcast Publication</u>

This is an important notice for blacks and Hispanics who applied for New York City firefighter jobs.

If you are black or Hispanic and took a written test to become an entry-level firefighter between **1999 and 2006**, you *may* be eligible for money and other relief.

A federal court has ruled that the City of New York discriminated against blacks and Hispanics who took that test.

To be eligible for individual relief, you must complete and mail a claim form to the Department of Justice by **[INSERT DATE]**.

If you took a New York City firefighter test between 1999 and 2006 and you have not yet received a claim form, please:

Provide your contact information online at **justice.gov/fdnycase**. That's justice.gov/fdnycase.

Or call the Department of Justice at 800-556-1950. That's 800-556-1950.