UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                    Plaintiff,

THE VULCAN SOCIETY, et al.,

                       Plaintiffs-Intervenors,

         -against-

CITY OF NEW YORK, et al.

                               Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

CV 07-2067 (NGG)(RLM)

ECF Case

       **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above-captioned action.  Please note that I am one of the current Assistants Corporation Counsel in this office and trial counsel assigned to this case.  All future filings or other information related to this action can be directed to me at the below address.

Dated: New York, New York
       July 22, 2011

                                          **MICHAEL A. CARDOZO**
                                          Corporation Counsel of the
                                            City of New York
                                         Attorney for Defendants
                                         100 Church Street, Room 2-167
                                         New York, New York  10007-2601
                                         (212) 788-0876
                                         pmiller@law.nyc.gov

                           By:                    /s/
                                         Patricia B. Miller
                                       Assistant Corporation Counsel

TO:    All Counsel via ECF

Index No.  CV 07-2067 (NGG) (RLM)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

THE VULCAN SOCIETY, et al.,

Plaintiffs-Intervenors,

-against-

CITY OF NEW YORK, et al.

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street; Room 2-167*
*New York, N.Y.  10007*

*Of Counsel:  Patricia B. Miller*
*Tel:  (212) 788-0876*

*Due and timely service is hereby admitted.*

*New York, N.Y........................................................................................ , 200...*

*................................................................................................................ Esq.*

*Attorney for.............................................................................................*