# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York  10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

www.levyratner.com

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein°
Gwynne A. Wilcox ᐃ
Pamela Jeffrey
Owen M. Rumelt
Kevin Finnegan
Carl J. Levine ᐃ
David Slutsky ᐃ
Allyson L. Belovin
Suzanne Hepner •
Richard Dorn
Robert H. Stroup

Dana E. Lossia ᐃ
Susan J. Cameron ᐃ
Micah Wissinger •
Ryan J. Barbur
Vanessa Flores ᐃ
Alexander Rabb
Michael R. Hickson

Counsel:
Paul Schachter ᐃ
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

July 25, 2011

<u>VIA ECF</u>

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court for
   the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   United States, et al. v. City of New York
      Civ. Action No. 07-cv-2067 (NGG) (RLM)

Dear Judge Garaufis:

Counsel to the Plaintiffs-Intervenors' Non-Hire Victim Subclass and Delayed-Hire Victim Subclass have conferred with Counsel for the City regarding a pretrial schedule for the noneconomic loss bench trial that is scheduled to begin August 15, 2011. Subject to the Court's approval, we have agreed as follows:

| | |
|---|---|
| July 27, 2011 | Plaintiffs-Intervenors file their pretrial memorandum of law, witness list, exhibit list and deposition designations; |
| August 1, 2011 | City files its pretrial memorandum of law, witness list, exhibit list and deposition designations; |
| August 3, 2011 | City files any motions *in limine*; |
| August 8, 2011 | Plaintiffs-Intervenors respond to City's motions *in limine* and file any motions *in limine*; |
| August 11, 2011 | City responds to Plaintiffs-Intervenors' motions *in limine*, if any. |

56-001-00001:  10050193

°Admitted in NY, MA and DC    ᐃAdmitted in NY and NJ    •Admitted in NY and CT    •Admitted in NY and DC    †Admitted in NY and MA

LEVY RATNER, P.C.

Hon. Nicholas G. Garaufis
July 25, 2011
Page 2

We thank the Court for its consideration of this matter.

Very truly yours,

Dana E. Lossia

DEL:del

TO: All counsel via ECF only.

56-001-00001: 10050193

