# CIVIL MINUTE ENTRY

DOCKET NUMBER: <u>07-CV-2067</u>

CIVIL CAUSE FOR: **BENCH TRIAL**

Date Received By Docket Clerk:_____ Docket Clerk Initials:_____

BEFORE JUDGE: **JUDGE GARAUFIS**   DATE: **8/15/11** TIME: **10:00 AM**     IN COURT __7__ HRS_MINS

DOCKET NUMBER:  NAME  OF CASE: <u>USA  V. CITY OF NEW YORK</u>

APPEARANCES:

FOR PLAINTIFF: **SEE APPEARANCE** SHEET

FOR DEFENDANT: **SEE APPEARANCE** SHEET

COURTROOM DEPUTY : **ANDREW JACKSON**

COURT REPORTER : **CHARISSE KITT**

INTERPRETER:_____     LANGUAGE: _____

Select the Type of Hearing or Trial

| | | |
|---|---|---|
| [ ]Arbitration Hearing | [ ]Hearing In Aid Of Judgment | |
| [ ]Argument on Bankruptcy Appeal | [ ]Hearing Out of Jury Presence | [ ]Interim Remand Hearing |
| [ ]Attorney Appointment Hearing | [ ]In Camera Hearing | [ ]Removal Hearing |
| [x]Bench Trial | [ ]In Chambers Conference | [ ]Scheduling Conference |
| [ ]Confirmation Hearing | [ ]Initial Conference Hearing | [ ]Settlement Conference |
| [ ]Contempt Hearing | [ ]Judgment Debtor Exam | [ ]Show Cause Hearing |
| [ ]Daubert Hearing | [ ]Jury Selection | [ ]Status Conference |
| [ ]Discovery Hearing | [ ]Jury Trial | [ ]Summary Jury Trial |
| [ ]Docket Call | [ ]Pre Motion Conference | [ ]Telephone Conference |
| [ ]Evidentiary Hearing | [ ]Pretrial Conference | [ ]Three-Judge Court Hearing |
| [ ]Exparte Matter | [ ]Final Pretrial Conference | [ ]Voir Dire |
| [ ]Forfeiture Hearing | [ ]Initial Pretrial Conference | [ ]Writ Hearing |
| [ ]Other (please specify)_____ | | |

**OTHER:   BENCH TRIAL HELD; SEE ATTACHED ATTORNEY APPEARANCES; WITNESSES  SWORN: MICHAEL MARSHALL, PAUL WASHINGTON, & RUSEBELL WILSON; PLAINTIFF'S EXHIBIT N WAS RECEIVED INTO EVIDENCE. TRIAL CONTINUES ON AUGUST 16, 2011  AT 10:00 AM.**

```
APPEARANCES
 Attorney for Plaintiff:
UNITED STATES DEPARTMENT OF JUSTICE
 Patrick Henry Building, Room 4013
950 Pennsylvania Avenue, NW
 Washington, D.C. 20005
BY: ERIC BACHMAN, ESQ.,
    JENNIFER M. SWEDISH, ESQ.,
    ELLIOT SCHACHNER, ESQ.,
Assistant United States Attorneys

Attorney for Defendants:
NEW YORK CITY LAW DEPARTMENT
Office of the Corporation Counsel
100 Church Street
New York, New York 10007
BY: PATRICIA B. MILLER, ESQ.,
    WILLIAM S.J. FRAENKEL, ESQ.,
    KATHLEEN MARIE COMFREY, ESQ.,
Assistant Corporation Counsel

 Attorneys for the Plaintiffs-Intervenors:
LEVY RATNER, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011
BY: RICHARD E. LEVY, ESQ.,
    DANA E. LOSSIA, ESQ.

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, Seventh Floor
New York, New York 10012
BY: DARIUS CHARNEY, ESQ.

 Also Present:
JOHN COOMBS
```