# CIVIL MINUTE ENTRY

DOCKET NUMBER: **07-CV-2067**

CIVIL CAUSE FOR: **BENCH TRIAL**

Date Received By Docket Clerk: _____ Docket Clerk Initials: _____

BEFORE JUDGE: **JUDGE GARAUFIS** DATE: **8/16/11** TIME: **10:00 AM**   IN COURT __7__ HRS_MINS

DOCKET NUMBER:  NAME OF CASE: **USA V. CITY OF NEW YORK**

APPEARANCES:

FOR PLAINTIFF: **SEE APPEARANCE** SHEET

FOR DEFENDANT: **SEE APPEARANCE** SHEET

COURTROOM DEPUTY: **ANDREW JACKSON**

COURT REPORTER: **CHARISSE KITT/ VICTORIA A.TORRES BUTLER/ HOLLY DRISCOLL**

INTERPRETER: _____   LANGUAGE: _____

Select the Type of Hearing or Trial

| | | |
|---|---|---|
| [ ] Arbitration Hearing | [ ] Hearing In Aid Of Judgment | |
| [ ] Argument on Bankruptcy Appeal | [ ] Hearing Out of Jury Presence | [ ] Interim Remand Hearing |
| [ ] Attorney Appointment Hearing | [ ] In Camera Hearing | [ ] Removal Hearing |
| [x] Bench Trial | [ ] In Chambers Conference | [ ] Scheduling Conference |
| [ ] Confirmation Hearing | [ ] Initial Conference Hearing | [ ] Settlement Conference |
| [ ] Contempt Hearing | [ ] Judgment Debtor Exam | [ ] Show Cause Hearing |
| [ ] Daubert Hearing | [ ] Jury Selection | [ ] Status Conference |
| [ ] Discovery Hearing | [ ] Jury Trial | [ ] Summary Jury Trial |
| [ ] Docket Call | [ ] Pre Motion Conference | [ ] Telephone Conference |
| [ ] Evidentiary Hearing | [ ] Pretrial Conference | [ ] Three-Judge Court Hearing |
| [ ] Exparte Matter | [ ] Final Pretrial Conference | [ ] Voir Dire |
| [ ] Forfeiture Hearing | [ ] Initial Pretrial Conference | [ ] Writ Hearing |
| [ ] Other (please specify)___ | | |

**OTHER: BENCH TRIAL HELD; SEE ATTACHED ATTORNEY APPEARANCES; WITNESSES SWORN: CANDIDO NUNEZ, CHIEF EDWARD S. KILDUFF, AND LANAIRD GRANGER; PLAINTIFF'S EXHIBITS LLL, MMM, PPP, RRR, SSS, TTT, XXX, VVV, TT, AND UU WERE RECEIVED INTO EVIDENCE; DEFENDANT'S EXHIBITS 56 & 57 WERE RECEIVED INTO EVIDENCE. TRIAL CONTINUES ON AUGUST 23, 2011 AT 10:00 AM.**

1102

```
 1                        APPEARANCES

 2   Attorney for Plaintiff:
     UNITED STATES DEPARTMENT OF JUSTICE
 3   Patrick Henry Building, Room 4013
     950 Pennsylvania Avenue, NW
 4   Washington, D.C. 20005
     BY:  ERIC BACHMAN, ESQ.,
 5        JENNIFER M. SWEDISH, ESQ.,
          ELLIOT SCHACHNER, ESQ.,
 6        Assistant United States Attorneys

 7   Attorney for Defendants:
     NEW YORK CITY LAW DEPARTMENT
 8   Office of the Corporation Counsel
     100 Church Street
 9   New York, New York 10007
     BY:  PATRICIA B. MILLER, ESQ.,
10        WILLIAM S.J. FRAENKEL, ESQ.,
          KATHLEEN MARIE COMFREY, ESQ.,
11        Assistant Corporation Counsel

12   Attorneys for the Plaintiffs-Intervenors:
     LEVY RATNER, P.C.
13   80 Eighth Avenue, 8th Floor
     New York, New York 10011
14   BY:  RICHARD E. LEVY, ESQ.,
          DANA E. LOSSIA, ESQ.
15
     CENTER FOR CONSTITUTIONAL RIGHTS
16   666 Broadway, Seventh Floor
     New York, New York 10012
17   BY:  DARIUS CHARNEY, ESQ.

18   Also Present:
     JOHN COOMBS
19
     Court Reporter:
20   CHARISSE KITT, CRI, CSR, RPR, FCRR
     Official Court Reporter
21   225 Cadman Plaza East
     Brooklyn, New York 11201
22   Phone:  718-613-2606 Fax:   718-613-2696

23

24   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
25
```