

BERNARD R. SISKIN, PH.D.
LEONARD A. CUPINGOOD, PH.D.
DAVID W. GRIFFIN, PH.D.
SAMUEL J. KURSH, D.B.A.
CHRISTOPHER P. ERATH, PH.D.

DAVID J. BERNSTEIN, PH.D.
BRETT A. MARGOLIN, PH.D.
SCOTT MEASLEY, M.B.A.
JIN PARK, PH.D.
MARTIN SHANIN, M.B.A.
SUSANNE SHAY, PH.D.
JOE TRIPPI, PH.D.

Christopher Erath, declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

My name is Christopher Erath and I am a Director at BLDS, LLC in Natick, Massachusetts. BLDS is a consulting firm specializing in the analysis of labor market outcomes. I received a Ph.D. in economics from the University of Wisconsin where my fields of interest included labor economics, econometrics, and industrial organization. My curriculum vitae has previously been produced.[1]

This report supplements an earlier report I filed on the use of the CNS code after exam 6019. In that report I noted that following the methodology proposed by Plaintff-Intervenors' expert Dr. Joel Wiesen in his 2007 report, I found no statistically significant difference by race in the use of the CNS code. At his trial appearance on August 1st, Dr. Wiesen agreed that no significant difference existed using his own methodology but then proposed an entirely new methodology in which he limited the population under consideration. However, it was unclear what limitation he applied until he provided backup materials on August 4th. In my report of August 5th and testimony on August 8th I noted that Dr. Wiesen's new methodology did not limit the sample to those reviewed by the PRB, but rather included many never reviewed by the PRB (as many hired never went before the PRB) and excluded applicants who did go before the PRB (applicants could be and were rejected for other reasons after being approved by the PRB). A study of outcomes assigned by the PRB which was not limited to those reviewed by the PRB is without merit.

Only with Dr. Wiesen's methodology change, revealed on August 4th, was there an indication that he was attempting to limit the population (however unsuccessfully) under consideration to those

---

[1] BLDS is being compensated at $475 per hour for my work in this case.

reviewed by the PRB.[2]   After my testimony on August 8th, I requested a list of those applicants actually reviewed by the PRB, and these data were provided to me on August 12th, after I had departed on a vacation which continues as of this writing.   A copy of the list of applicants is attached to this report.

The data provided, which I understand were compiled by Dean Tow, show 210 applicants reviewed by the PRB and the outcome of the PRB's review.[3]   I merged these data with the data sets both Dr. Wiesen and I used to add race to the data set, and then limited the data to blacks and whites. As Dr. Wiesen used three alternate definitions of race, I used the same three definitions and in each case compared the fraction of whites and blacks who received a CNS code among those reviewed by the PRB.   In no case was there a statistically significant difference by race: that is, for each of Dr. Wiesen's definitions of race, there is no evidence to support a claim that the CNS code was more likely to be assigned to either race.   The table below shows the results for the definition based on Exhibit Z, which I understand to be the most reliable information on race.[4]   Blacks were 16 percent of those reviewed by the PRB and 22 percent of those who received a CNS code, and this small difference (had two fewer blacks received the CNS code there would be no difference) is far from statistical significance.

### Incidence of CNS Code Among Applicants Reviewed by PRB

|  | Black | White |
|---|---|---|
| Reviewed by PRB | 26 | 136 |
| CNS Code | 8 | 28 |
| Is Difference Statistically Significant? |  | NO |

---

[2] Dr. Wiesen's report is called "Outline Description of 6019 Statistical Analysis of CNS Dispositions Among Candidates Reviewed for Character."

[3] Mr. Tow advised me that code A indicated PRB approval while code D indicated disapproval. One applicant received code S and this applicant was ultimately coded as CNS.

[4] Exhibit Z's information comes from self-identification of race from applicants themselves, while Exhibit Y relies upon visual identification of race by investigators during an interview.   Dr. Wiesen's third option combines the two sources but does so inconsistently, coding an applicant as black if noted as black in either file but requiring identification as white in both files to be coded white.

I conclude, then, that there is no statistical evidence to support a claim that blacks were more likely to be assigned the CNS code than whites when applicants reviewed by the PRB after exam 6019 are examined.

Christopher Erath

August 19, 2011

FIREFIGHTER LIST/EXAM 6019   Run Date: 12-AUG-11

| List Num | Lname | Fname | Prb Result |
|---|---|---|---|
| 00007D | CLARK | HASSAN | A |
| 00023D | KENNEDY | SEAN | A |
| 00029D | ENEENAGU | MIRCEA | A |
| 00036V | SABIR | NAFIS | A |
| 00061V | SANTAGAT | THOMAS | D |
| 00066V | PEREZ | ERIC | A |
| 00078V | VEGA | ANTHONY | A |
| 00082.5 | ZIMMERMA | JOSEPH | D |
| 00088.5 | CHADEAYN | RALLI | A |
| 00091V | VELASQUE | JOSE | A |
| 00095V | VEGA | ANGEL | A |
| 00108V | POLLARD | TEYVON | A |
| 00121 | ALLEN | MATTHEW | D |
| 00123V | FEUER | MATTHEW | A |
| 00133.5 | RONALDSC | PAUL | A |
| 00142 | PEGUERO | JOSE | A |
| 00143 | SALFELDEF | ERIC | D |
| 00148V | TORRES | LAURENCE | D |
| 00151D | REGAN | KEVIN | A |
| 00159V | TERHO | CHRISTOPI | A |
| 00161V | BOZEK | DANIEL | D |
| 00167V | YANY JR. | EDWARD | D |
| 00180 | MOLINA | XAVIER | A |
| 00189V | FOLEY | ROBERT | A |
| 00190V | KOUTALIDI | EMANUEL | A |
| 00195 | CLARK | DENNIS | D |
| 00198 | NIEMCZYK | KURTIS | A |
| 00199V | HALE | ANDREW | A |
| 00201 | MCGHEE | TERRENCE | A |
| 00203 | GIAMBRON | CRAIG | A |
| 00208 | LOMONAC( | ANTHONY | S |
| 00230V | MENDOZA | GREGORY | A |
| 00232V | VAQUERO | RUBEN | A |
| 00233V | JACINTO | JOSE | D |
| 00241V | ADAMS | ANTHONY | A |
| 00248 | TASAKOVI( | DAVID | A |
| 00252 | REILLY | JOSEPH | D |
| 00270V | KLEMM | TODD | A |
| 00281V | RODRIGUE | JULIO | A |
| 00309 | GLEASON | MATTHEW | A |
| 00312 | SILVERMAI | JEFFREY | A |
| 00315 | LAPOINTE | MATTHEW | A |
| 00318V | SALAZAR | MIGUEL | A |
| 00327V | MALDONAI | JOSE | A |
| 00337 | CRUZ | ROGER | D |
| 00342V | CROWLEY | STEPHEN | A |
| 00355 | SIGNOR | DANIEL | A |
| 00365 | ROWE | KYLE | A |
| 00376 | LONG | WILLIAM | A |

| 00377V | MERCADO | JOHN | D |
|--------|---------|------|---|
| 00391V | ISRAEL | KERROL | A |
| 00401 | ARAGONA | ANTHONY | A |
| 00410.5V | BENNETT | NORMAN | D |
| 00413 | FAVREAU | JOSH | A |
| 00428 | FRISCIA I | AUGUST | A |
| 00435V | MCALONEY | MARK | D |
| 00437 | RIVERA | JEREMY | A |
| 00438V | BOYA | MANUEL | A |
| 00442 | HRDLICKA | EDWARD | A |
| 00444 | MICELI JR | VICTOR | A |
| 00455V | COOLEY | JASON | A |
| 00462 | BISHOP | ADAM | A |
| 00493 | DISILVEST | ADAM | D |
| 00510 | DIGIESI | JASON | A |
| 00511 | HEFFERNA | DANIEL | A |
| 00517 | COWHIG | DANIEL | A |
| 00519 | GONZALEZ | ANDRE | A |
| 00537 | METZING | THOMAS | A |
| 00542 | LOENNECK | JOHN | A |
| 00544V | HEISTER | MICHAEL | A |
| 00564 | CATALETT( | ROBERT | A |
| 00583 | ESSERMAN | MICHAEL | A |
| 00589 | ELLIOT | SAMUEL | D |
| 00596 | ALEXANDE | CHRISTOPI | A |
| 00604 | SPARACIN( | ANTHONY | A |
| 00610V | QUINONES | ALEJANDR( | A |
| 00614 | SETTINERI | JOSEPH | A |
| 00621 | STAROSTI/ | EDWARD | A |
| 00622V | ROSAS | JULIO | A |
| 00626V | HENRI | MICHAEL | D |
| 00642V | ACOSTA | ERNIE | A |
| 00651V | CHO | STEPHEN | A |
| 00656 | DALY | RYAN | D |
| 00659 | MILLER | JEFFREY | A |
| 00660 | DOMINGUE | IVON | A |
| 00669 | DUFFICY | TIMOTHY | A |
| 00673 | PANELLI | MARQUES | D |
| 00688 | SHEPARD J | ERIC | D |
| 00691V | HEALY | CHRISTOPI | A |
| 00698V | WATTS | AUSTIN | A |
| 00704 | LOOS | JOSEPH | A |
| 00710 | WILHELM | KIERAN | A |
| 00712 | URENA | EDWARD | D |
| 00713 | HARVEY | JAMES | A |
| 00724 | NORTON | TIMOTHY | A |
| 00726 | BARRETT | KEVIN | A |
| 00742 | SCANNELL | GIAN | D |
| 00745 | DEJESUS | JESSE | A |
| 00747V | ASTUDILL( | WALTER | A |
| 00758 | MCKAY | JASON | D |
| 00765 | COYNE | KERRY | A |

| | | | |
|---|---|---|---|
| 00773 | QUINN | CONOR | A |
| 00782 | SHEDD | STEPHEN | A |
| 00794 | COSTELLO | JASON | A |
| 00797.5 | SANDERS | LAKEY | A |
| 00797D | LEO | WILLIAM | A |
| 00806 | SANTARO | CHARLES | A |
| 00807 | CRANSTON | WILLIAM | A |
| 00813 | JACKSON | LAWRENCE | A |
| 00824V | CARTER | IBRAHAM | D |
| 00829 | MITCHELL | KEITH | A |
| 00831 | LONERGAN | BRIAN | A |
| 00854 | PEPE | ROBERT | D |
| 00861 | FLOREZ | OMAR | A |
| 00882 | FLORIDIA | DANIEL | A |
| 00886 | PRICE | KENNETH | A |
| 00909 | QUINTANA | ANTHONY | A |
| 00915 | OROURKE | FRANK | A |
| 00927 | PRESTON | JAMES | A |
| 00929 | HEGARTY | KEVIN | A |
| 00951 | SHIELDS | WILLIAM | D |
| 00961 | THOMPSON | MATTHEW | A |
| 00963 | CRISCI | MICHAEL | A |
| 00995 | HENRY | PAUL | A |
| 01003 | LEONARD | BRIAN | A |
| 01021 | TASSO | MICHAEL | D |
| 01031 | MALLOY | CHRISTOPH | A |
| 01035.5 | GREGORY | JUSTIN | A |
| 01037 | RIZAK | MICHAEL | A |
| 01041 | MOUGHTY | SEAN | A |
| 01047 | BELL | KALISH | A |
| 01050 | KEATING | MATTHEW | A |
| 01065 | MCGOWAN | JASON | A |
| 01068.5 | BITENAS | KESTUTIS | D |
| 01090 | DEGAETA | NICHOLAS | A |
| 01101 | SILLETTI | JONATHAN | D |
| 01103 | RIZZO | DOMINICK | A |
| 01120 | JENNINGS | KEVIN | A |
| 01123 | OBRIEN | MARK | A |
| 01125 | WALTERS | MATTHEW | A |
| 01126 | CONTI | JOSEPH | A |
| 01136 | OBOYLE | GAVIN | A |
| 01147 | GRANT | SHELTON | A |
| 01147.5 | MARZIALE | ANDREW | D |
| 01150 | MAKLARI | DANIEL | D |
| 01154 | GRIFFIN | DAVID | A |
| 01159 | FAISON | WILSON | D |
| 01165 | OBRIEN | SEAN | A |
| 01175 | BELTRES | EDDIE | A |
| 01179 | ATWOOD | DEREK | A |
| 01184 | FIGUEROA | DANIEL | A |
| 01197 | DECOTEAU | RENWICK | A |
| 01210.5V | TRESTIK II | TED | A |

| | | | |
|---|---|---|---|
| 01217 | LIGRECI | JOHN | A |
| 01221 | LYNCH | JOHN | A |
| 01223V | MAHONEY | MARK | A |
| 01229 | ILLANES | CARLOS | A |
| 01230 | LAVADO | ANTHONY | A |
| 01241 | MCGINLEY | MICHAEL | A |
| 01247V | PEREZ | RAUL | D |
| 01257 | FREEMAN | JESSE | A |
| 01258 | DIEZ-DEAN | ANTHONY | A |
| 01264 | HOPKINS | BRIAN | D |
| 01275 | FLORES | JOHN | D |
| 01278 | MOORE | WILLIAM | A |
| 01290 | LYNCH | MICHAEL | A |
| 01290.5 | NEWSOME | SEAN | D |
| 01294 | HOLDIP | SEAN | A |
| 01295 | RAGUSA | VINCENZO | A |
| 01300 | CARLUCCI | DANIEL | A |
| 01301 | BURBAN | BRIAN | A |
| 01342 | MCNEIL | COURTNEY | D |
| 01362 | FLAHERTY | NEIL | A |
| 01371.5V | DROBECKE | ADAM | A |
| 01380V | HOLDEN | JUSTIN | A |
| 01395 | ARA | CHRISTOPI | A |
| 01400 | BRESLIN | SEAN | A |
| 01406V | PRICE | RAYMOND | A |
| 01415V | BOYCE | MARK | D |
| 01429 | HURLEY | JOSEPH | A |
| 01433 | MCHUGH | RYAN | D |
| 01449 | GHANEM | MOUMIN | D |
| 01453 | FRONTERA | JAMES | A |
| 01458 | CASTELLAI | LEANDRO | A |
| 01480 | ROBERTS | JOSEPH | A |
| 01502 | CUNNINGH | PATRICK | A |
| 01539 | MCPARTLA | JOSEPH | A |
| 01559V | GUZMAN | GAYBER | A |
| 01574 | CRANE | JOSEPH | A |
| 01590 | INNONE | ANTHONY | A |
| 01605 | MCGUIRE J | STEVEN | D |
| 01616 | BEAN | MICHAEL | A |
| 01619 | CAMINITI | CHRISTOPI | A |
| 01624 | ROA | ANGELO | A |
| 01641 | PALMER | RICHARD | A |
| 01663 | BRUNO | MATTHEW | D |
| 01675 | GILL | JOVAN | D |
| 01697 | GILI | CHARLES | D |
| 01752 | BEVILACQl | DANIEL | A |
| 01812 | LAURO | LOUIS | A |
| 01887 | SMITH | JAMELLE | A |
| 01899 | SWANSON | JOSEPH | A |
| 02009 | KROL | LUKASZ | A |
| 02018 | SCHARFGL | CHRISTOPI | A |
| 03457.5 | HINES | STANLEY | A |

| 04130.5 | ORLOWSKI | DANIEL | A |
| 05413.5 | BURTIS | RYAN | A |
| 05875.5 | GIOIA | PETER | A |
| 07010.7 | MCLAUGHL | BRIAN | A |
| 07245.5 | BERNARDC | ANGELO | A |