

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

September 14, 2011

VIA ECF FILING
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: USA v. City, Civil Action No.: 07 CV 2067 (NGG)(RLM)
      Law Dept. No.: 2007-017441

Dear Judge Garaufis:

  As the Court is aware, the application period for Firefighter Exam No. 2000 is scheduled to close at midnight on September 15, 2011. The City is pleased with the diversity of the applicant pool to date. As of early this morning, 21.4% of all filers identified as black; 22.8% identified as Hispanic. In addition, 6.7% of the filers are female. The parties, however, have agreed that it may be beneficial to extend the application period by four days, until midnight on Monday, September 19, 2011. This brief extension of the application period would allow the FDNY's Recruitment Unit to attend additional events, including the 42nd Annual African American Day Parade on Sunday, September 18 without causing disruption to the exam administration dates. The Special Master does not object to this brief extension of the application period.

  Dates within the schedule, most notably the date by which candidates' admission notices will be mailed, may be delayed slightly depending on the total number of additional applicants. The City intends to amend the Notices of Exam for Exams 2000 and 2500 to change the filing period from July 15-September 15, 2011 to July 15-September 19, 2011. The City will also change the paragraph in the Notices of Exam relating to Admissions' Notice to state that candidates should receive their admission notices in the mail by December 10 (rather than December 3) and that they should contact PSI using the email address or telephone number provided if they do not receive their admission notice by December 10, 2011. The period for

administration of the exam (January 3-February 3, 2012) will not be impacted. The City also intends to add a sentence notifying candidates of a website address where a tutorial for the exam will be available.

The City respectfully requests the Court's permission to extend the application period by four days until midnight on Monday, September 19, 2011 and amend the Notice of Exam as indicated above. Unless the Court directs otherwise, as ordered in the Court's September 12, 2011 Order (Dkt # 722), the City will provide the Court with the number of applicants for Exam 2000 as of midnight on September 15 broken down by gender, race/ethnicity by noon on September 16, 2011 and will provide the same breakdown for the final number of applicants to the Court by noon on September 20, 2011.

Respectfully submitted,

Michael A. Cardozo

Cc: All Counsel