UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-and-

THE VULCAN SOCIETY, INC., *for itself and on behalf of its members*, JAMEL NICHOLSON, *and* RUSEBELL WILSON, *individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief*;

ROGER GREGG, MARCUS HAYWOOD, *and* KEVIN WALKER, *individually and on behalf of a subclass of all other non-hire victims similarly situated*; and

CANDIDO NUÑEZ *and* KEVIN SIMPKINS, *individually and on behalf of a subclass of all other delayed-hire victims similarly situated*,

                Plaintiff-Intervenors,

-against-

THE CITY OF NEW YORK,

                Defendant.

**MEMORANDUM & ORDER**

07-CV-2067 (NGG) (RLM)

------------------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

      The court is in receipt of a letter from Keith M. Sullivan, claiming to represent Sergeant Dakota Meyer, who is not a party to this case. (See Attachment.) Mr. Sullivan asks the court to extend the filing period for Exam 2000. This request should be directed to the City of New York. The court's role with regard to the New York City Fire Department is limited to ensuring that the City does not violate the Fourteenth Amendment of the United States Constitution, Title VII of the Civil Rights Act, and other applicable civil rights provisions of Federal, State, and

1

City law. If the City desires to extend the filing period for Exam 2000 for the general public, and it believes that extending the filing period is consistent with the court's prior orders in this case and with the City's obligations under Federal, State, and City law, then the City may so move to the court in writing. Any such motion from the City should include a detailed explanation as to how the City would intend to inform the public of any extension of the filing period.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
      September 26, 2011

NICHOLAS G. GARAUFIS
United States District Judge