

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

September 26, 2011

VIA ECF FILING
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: USA v. City, Civil Action No.: 07 CV 2067 (NGG)(RLM)
        Law Dept. No.: 2007-017441

Dear Judge Garaufis:

    Defendants respectfully request the Court's permission to briefly reopen the application period for Exam 2000. As the Court is aware, the application period for Firefighter Exam No. 2000 closed at midnight on September 19, 2011. Dakota Meyer, the former Marine sergeant recently awarded the Medal of Honor by President Obama, expressed interest in taking the firefighter exam, but missed the application deadline. Defendants seek to reopen the application period for 24 hours from midnight tonight until 11:59 p.m. tomorrow, September 27, to allow Mr. Meyer and anyone else who missed the deadline to apply. The Special Master and counsel for the parties have not objected to defendants' proposal.

    The City intends to update the Department of Citywide Administrative Services' (DCAS) and Fire Department's websites to reflect that the application period has been reopened for this brief period. This approach is consistent with that taken when the application period was extended from September 15 to September 19, 2011. We also anticipate that the media will become aware of the reopening of the filing period as Mr. Meyer's situation has already received some press attention.

Respectfully submitted,

Michael A. Cardozo