# LEVY RATNER, P.C.

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York  10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

www.levyratner.com

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein°
Gwynne A. Wilcox ᐃ
Pamela Jeffrey
Owen M. Rumelt
Kevin Finnegan
Carl J. Levine ᐃ
David Slutsky ᐃ
Allyson L. Belovin
Suzanne Hepner •
Richard Dorn
Robert H. Stroup

Dana E. Lossia ᐃ
Susan J. Cameron ᐃ
Micah Wissinger •
Ryan J. Barbur
Vanessa Flores ᐃ
Alexander Rabb
Michael R. Hickson

Counsel:
Paul Schachter ᐃ
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

September 26, 2011

<u>VIA ECF</u>

Hon. Nicholas G. Garaufis
United States District Court for
   the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   United States, et al. v. City of New York
      Civ. Action No. 07-cv-2067 (NGG) (RLM)

Dear Judge Garaufis:

Plaintiffs-Intervenors write in response to Defendant's letter motion of today (Dkt. # 734) requesting permission from the Court to re-open the application period for Exam 2000 for a brief time in order to permit individuals who missed the deadline, including former Marine sergeant and Medal of Honor winner Dakota Meyer, to apply for the exam. Based on the representation by Mr. Sullivan that Mr. Meyer was occupied with responsibilities assigned to him by the Department of Defense and was therefore unable to timely apply for Exam 2000 (Dkt. # 733-1), Plaintiffs-Intervenors consent to a brief reopening of the filing period or a waiver of the application deadline with respect to Mr. Meyer given the special circumstances and exigencies of his case.

Very truly yours,

*Dana Lossia*

Dana E. Lossia

TO:  All Counsel via ECF