**U.S. Department of Justice**

Civil Rights Division

---

LK:MLB:EKB:JMS:AKT:BS
DJ 170-51-358

*Employment Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.usdoj.gov/crt/emp*

September 26, 2011

<u>*Via ECF*</u>
Hon. Nicholas G. Garaufis
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. City of New York, et al.,</u> 07-CV-2067 (NGG)(RLM)

Dear Judge Garaufis:

  The United States respectfully submits this response to the City of New York's ("City") letter dated September 26, 2011, in which the City seeks the Court's approval to briefly reopen the application period for Exam 2000 for any interested person. The United States does not object to the City's request but submits that the application period should extend from 12:00 a.m. September 27, 2011 until 6:00 p.m. September 28, 2011. This time period is only eighteen (18) hours longer than the application period requested by the City and this additional time should permit better dissemination of information about the reopened application period to the public.

          Respectfully submitted,

          Delora L. Kennebrew
          Chief
          Employment Litigation Section


          _____
          /s/ ERIC K. BACHMAN
          Senior Trial Attorney
          Telephone: (202) 305-7883
          Facsimile: (202) 514-1005
          United States Department of Justice
          Civil Rights Division
          950 Pennsylvania Avenue, N.W.
          Patrick Henry Building, Room 4500
          Washington, D.C. 20530

LORETTA E. LYNCH
United States Attorney

_____
/s/ ELLIOT M. SCHACHNER
Assistant United States Attorneys
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201-1820
Telephone: (718) 254-6053
Facsimile: (718) 254-6479