U.S. Department of Justice

Civil Rights Division

DK:MLB:EKB:JMS:AKT:BS
DJ 170-51-358

*Employment Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.usdoj.gov/crt/emp*

October 25, 2011

***Via ECF***
Hon. Nicholas G. Garaufis
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. City of New York, et al., 07-CV-2067 (NGG)(RLM)</u>

Dear Judge Garaufis:

In accordance with the Court's October 20, 2011 minute entry, Plaintiff United States of America ("United States") respectfully proposes language to clarify Paragraph 18 of the Court's Draft Remedial Order, Permanent Injunction, and Order Appointing Court Monitor ("Draft Remedial Order"), which was attached as an exhibit to the Court's October 5 Memorandum and Order (Dkt. 743-1).

To address the objection raised by the City of New York at the October 20, 2011 status conference, the United States recommends that Paragraph 18 be revised as follows: "The City of New York shall, with reasonable diligence, take all steps necessary to eliminate the vestiges of its pattern and practice of <u>intentional</u> discrimination against black firefighter candidates <u>and its longstanding pattern and practice of disparate impact discrimination against black and Hispanic firefighter candidates</u>, to remove all barriers to the elimination of these vestiges of discrimination, and to end all policies and practices that have the effect of perpetuating the effects of the City's <u>intentional</u> discrimination against black firefighter candidates<u>, as well as the City's disparate impact discrimination against black and Hispanic firefighter candidates</u>."

Respectfully submitted,

Delora L. Kennebrew
Chief
Employment Litigation Section

/s/ ERIC K. BACHMAN
Senior Trial Attorney
Telephone: (202) 305-7883

Facsimile: (202) 514-1005
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Patrick Henry Building, Room 4500
Washington, D.C. 20530


LORETTA E. LYNCH
United States Attorney

_/s/ ELLIOT M. SCHACHNER /EKB_
/s/ ELLIOT M. SCHACHNER
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201-1820
Telephone: (718) 254-6053
Facsimile: (718) 254-6479