# Exhibit D

**From:** Pestana, Georgia [mailto:gpestana@law.nyc.gov]
**Sent:** Monday, November 28, 2011 01:04 PM
**To:** Mark S. Cohen
**Subject:** Hastings LJ article

Mark,

    Attached is a copy of the article referenced in my letter.  Although task-based billing may not work given the Court Monitor's duties, the article does provide a good analysis of the cases discussing compensation for special masters.  I'll give you a call later after I've had a chance to speak to Michael.

Georgia Pestana
Chief, Labor and Employment Law
New York City Law Department
100 Church Street
New York, New York 10007
(212) 788-0862

1