# Exhibit E


**From**: Pestana, Georgia [mailto:gpestana@law.nyc.gov]
**Sent**: Wednesday, November 30, 2011 01:26 PM
**To**: Mark S. Cohen
**Subject**: RE: Hastings LJ article

Hi Mark,

As we discussed a short time ago, the City can't agree to the hourly rates that you have proposed. We believe that the rates found "reasonable" for attorneys practicing in the EDNY that are awarded under 42 U.S.C. 1988 are appropriate. As set forth in the cases I sent previously, the top rate awarded in the EDNY recently is $450/hr and we would propose that as the rate for partners. For counsel, we propose $375/hr, for associates $250/hr, and for paralegals $100/hr. As we previously discussed, these would be the rates for the first two years of the monitorship.

Best,

Georgia


**From**: Mark S. Cohen [mailto:mcohen@CohenGresser.com]
**Sent**: Tuesday, November 29, 2011 7:48 PM
**To**: Pestana, Georgia
**Subject**: RE: Hastings LJ article

Hi Georgia,

I hope all is well. I received your message and left you a voicemail earlier. I'm at hearing tomorrow and I'm available at 12:45 to 1:45 or after 5 pm. Can we schedule a time to talk then?

Best,

Mark