UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                                                          :

UNITED STATES OF AMERICA,

                                                                                                                          :

        Plaintiff,

                                                                                                                          :    **NINTH STATEMENT OF**
       -and-                                                                                                                                   :    **FEES & EXPENSES**

                                                                                                                          :

THE VULCAN SOCIETY, INC., for itself and on behalf of     **07-cv-2067 (NGG)(RLM)**
its members, and MARCUS HAYWOOD, CANDIDO     :
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated,                                      :

              Plaintiffs-Intervenors,                      :

     -against-                                                                           :

THE CITY OF NEW YORK,                                 :

             Defendant.                                    :

------------------------------------------------------------------------x

MARY JO WHITE, Special Master.

      The Special Master submits this Ninth Statement of Fees and Expenses pursuant to the Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt. No. 448, ¶ 14). The Appointment Order requires that:

> Every 60 days, the Special Master shall submit to the court an itemized statement of fees and expenses, which the court will inspect for regularity and reasonableness. If the court determines the itemized statement is regular and reasonable, the court will sign it and transmit it to the parties. The City shall then remit to the Special Master any court-approved amount, within 20 calendar days of court approval.

(*Id.*)

Because the last day of November falls outside the 60-day period in which the Appointment Order requires the Special Master to file the next itemized statement of fees and expenses, the Special Master sought leave, and the Court granted permission to file this Statement on December 2, 2011, so that it will reflect the fees and expenses incurred by the Special Master's expert (Dr. Pittman) for the full months of October and November.

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid. For the period of September 12, 2011 through November 30, 2011, the Special Master has incurred expenses totaling $1,627.01.[1] An itemized list of the expenses is attached as <u>Exhibit 1</u>.

This statement also includes Dr. Pittman's fees and expenses for the months of October and November. For the month of October, her fees were $15,687.50 and her expenses were $2,548.36, for a total of $18,235.86. For the month of November, Dr. Pittman's fees were $7,375.00, and she did not incur any expenses, for a total of $7,375.00. Invoices for Dr. Pittman's fees and expenses are attached hereto as <u>Exhibits 2 and 3</u>. The fees incurred for the months of October and November fall within the projected monthly fees of between $7,000 to $17,000 stated in the Special Master's Application for Approval of Proposed Budget for Special Master's Expert Consultant (Dkt. No. 516), which was approved by the Court on September 3, 2010 (Dkt. No. 519).

---

[1] This statement includes some expenses for September. Those expenses were not included in the prior statement of expenses because the relevant invoices were not received in advance of submitting that statement.

Accordingly, the total expenses for the Special Master's work for this period were $27,237.87. We respectfully request that that Court approve all of these expenses. The Special Master respectfully requests, however, that the Court's order deduct $1,473.16 from the amount due to Dr. Pittman from the City in order to offset an overpayment by the City during the last billing period, which resulted from an error in the Statement of Expenses filed on September 30, 2011 (Dkt. No. 742). (Although the error was corrected in the Amended Statement of Expenses filed on October 25, 2011 and approved by the Court on November 22, 2011 (Dkt. No. 761), the City had remitted payment prior to the filing of the amended statement.) A statement reflecting the overpayment disbursed in connection with Dr. Pittman's fees and expenses for September 2011 is attached hereto as Exhibit 4.

/s/ Mary Jo White

Mary Jo White

Dated: December 2, 2011

# EXHIBIT 1

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

### EASTERN DISTRICT OF NEW YORK-Special Master Appointment

12/01/2011

Invoice No.:1238749

*Disbursements and Charges itemized for the period Sep 12, 2011 to Nov 30, 2011.*

### Detailed Breakdown of Charges and Disbursements

| Description | Amount |
|---|---|
| Duplicating | $500.20 |
| Telephone Toll Calls, Conferencing & Outside Vendors | $378.35 |
| Research Services | $717.41 |
| Lawyer Late Night Transportation | $31.05 |
| **Matter Total** | **$1,627.01** |

# EXHIBIT 2

Invoice for Services from:
**The Pittman McLenagan Group, L.C.**
**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**
**Tax Identification #: 52-1924078**
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Oct-11

| **Project:** | FDNY Entry Level Testing | |
|---|---|---|
| **Invoice #:** | | NYCvUS Oct-11 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 9/30/2011 | |

**Please Remit this Amount: $18,235.86**

| **Remit to:** | **The Pittman McLenagan Group, L.C.** |
|---|---|
| | 6626-A Wilson Lane |
| | Bethesda, MD  20817 |

| Date | Project Description | Hours | Cost |
|---|---|---:|---:|
| 10/3/2011 | Reviewed materials | 0.75 | $187.50 |
| 10/3/2011 | Meeting with experts | 1.25 | $312.50 |
| 10/4/2011 | Reviewed materials | 0.25 | $62.50 |
| 10/4/2011 | Meeting with experts | 1.25 | $312.50 |
| 10/5/2011 | Reviewed materials | 0.50 | $125.00 |
| 10/5/2011 | Reviewed materials | 0.50 | $125.00 |
| 10/6/2011 | Meeting with experts | 4.00 | $1,000.00 |
| 10/6/2011 | Call with C. Dike-Minor and P. Fortino | 1.00 | $250.00 |
| 10/7/2011 | Call with experts | 1.00 | $250.00 |
| 10/7/2011 | Call with Special Master, parties, experts | 0.50 | $125.00 |
| 10/9/2011 | Reviewed materials | 1.00 | $250.00 |
| 10/10/2011 | Meeting with experts | 12.00 | $3,000.00 |
| 10/11/2011 | Meeting with experts | 7.75 | $1,937.50 |
| 10/12/2011 | Call with Special Master and team | 0.50 | $125.00 |
| 10/12/2011 | Call with Special Master, parties, experts | 1.00 | $250.00 |
| 10/13/2011 | Meeting with experts | 2.50 | $625.00 |
| 10/14/2011 | Reviewed/responded to correspondence | 0.25 | $62.50 |
| 10/14/2011 | Call with Special Master, unions, parties, experts | 0.25 | $62.50 |
| 10/17/2011 | Reviewed materials | 0.50 | $125.00 |
| 10/17/2011 | Call with C. Dike-Minor | 1.00 | $250.00 |
| 10/18/2011 | Call with C. Dike-Minor | 0.50 | $125.00 |
| 10/18/2011 | Call with Special Master, parties, experts | 1.00 | $250.00 |
| 10/20/2011 | Meeting with experts | 1.50 | $375.00 |
| 10/21/2011 | Meeting with experts | 1.50 | $375.00 |
| 10/24/2011 | Meeting with experts | 9.00 | $2,250.00 |
| 10/25/2011 | Meeting with experts | 7.50 | $1,875.00 |
| 10/26/2011 | Call with P. Fortino | 0.50 | $125.00 |
| 10/31/2011 | Meeting with experts | 2.50 | $625.00 |
| 10/31/2011 | Reviewed materials | 0.50 | $125.00 |
| 10/31/2011 | Reviewed materials | 0.50 | $125.00 |
| | | | $0.00 |
| | | 62.75 | $15,687.50 |
| | Expenses | | $2,548.36 |
| | **Total** | | **$18,235.86** |

# EXHIBIT 3

Invoice for Services from:
**The Pittman McLenagan Group, L.C.**
**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**
**Tax Identification #: 52-1924078**
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Nov-11

| **Project:** | FDNY Entry Level Testing | |
|---|---|---|
| **Invoice #:** | | NYCvUS Nov-11 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 11/30/2011 | |

**Please Remit this Amount: $7,375.00**

| **Remit to:** | **The Pittman McLenagan Group, L.C.** |
|---|---|
| | 6626-A Wilson Lane |
| | Bethesda, MD  20817 |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 11/1/2011 | Call with Special Master, parties, experts | 1.00 | $250.00 |
| 11/3/2011 | Conducted research | 0.75 | $187.50 |
| 11/3/2011 | Meeting with experts | 3.00 | $750.00 |
| 11/4/2011 | Call with experts; Conducted research | 2.25 | $562.50 |
| 11/6/2011 | Reviewed materials | 1.00 | $250.00 |
| 11/7/2011 | Reviewed materials | 0.25 | $62.50 |
| 11/8/2011 | Call with Special Master, parties, experts | 1.00 | $250.00 |
| 11/8/2011 | Reviewed materials | 1.00 | $250.00 |
| 11/8/2011 | Meeting with experts | 1.50 | $375.00 |
| 11/9/2011 | Reviewed materials | 0.50 | $125.00 |
| 11/9/2011 | Reviewed/responded to correspondence | 0.75 | $187.50 |
| 11/11/2011 | Reviewed materials | 0.75 | $187.50 |
| 11/11/2011 | Call with experts | 1.00 | $250.00 |
| 11/13/2011 | Reviewed/responded to correspondence; Reviewed materials | 1.00 | $250.00 |
| 11/14/2011 | Call with experts | 0.50 | $125.00 |
| 11/14/2011 | Reviewed materials | 0.25 | $62.50 |
| 11/16/2011 | Reviewed materials | 0.50 | $125.00 |
| 11/16/2011 | Call with C. Dike-Minor | 0.25 | $62.50 |
| 11/17/2011 | Reviewed/responded to correspondence | 0.25 | $62.50 |
| 11/17/2011 | Reviewed materials | 1.00 | $250.00 |
| 11/18/2011 | Reviewed materials | 1.00 | $250.00 |
| 11/18/2011 | Call with experts | 1.00 | $250.00 |
| 11/18/2011 | Call with C. Dike-Minor | 0.50 | $125.00 |
| 11/20/2011 | Reviewed materials | 1.50 | $375.00 |
| 11/21/2011 | Call with P. Fortino and C. Dike-Minor | 1.25 | $312.50 |
| 11/23/2011 | Reviewed materials | 1.00 | $250.00 |
| 11/26/2011 | Reviewed materials | 0.50 | $125.00 |
| 11/28/2011 | Call with C. Dike-Minor | 0.50 | $125.00 |
| 11/28/2011 | Call with experts | 1.50 | $375.00 |
| 11/29/2011 | Reviewed materials | 0.25 | $62.50 |
| 11/29/2011 | Reviewed materials | 0.75 | $187.50 |
| 11/30/2011 | Reviewed materials | 0.25 | $62.50 |
| 11/30/2011 | Reviewed materials; call with C. Dike-Minor | 1.00 | $250.00 |
| | | 26.50 | |
| | Expenses | | $0.00 |
| | **Total** | | **$7,375.00** |

# EXHIBIT 4

# Statement

The Pittman McLenagan Group, LC
6626A Wilson Lane
Bethesda, MD 20817-5540

| Date |
|---|
| 10/18/11 |

| To: |
|---|
| FDNY/Debevoise & Plimpton |

| Amount Due | Amount Enc. |
|---|---|
| $-1,473.16 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/25/11 | Balance forward | | 0.00 |
| 09/26/11 | INV #NYCvUSAug11. Due 09/26/11. | 15,160.70 | 15,160.70 |
| 09/30/11 | INV #NYCvUSSep11. Due 09/30/11. | 10,907.10 | 26,067.80 |
| 10/13/11 | PMT | -27,540.96 | -1,473.16 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| -1,473.16 | 0.00 | 0.00 | 0.00 | 0.00 | $-1,473.16 |