UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-and-

THE VULCAN SOCIETY, INC., for itself and on
behalf of its members, JAMEL NICHOLSON, and
RUSEBELL WILSON, individually and on behalf of a
subclass of all other victims similarly situated seeking
classwide injunctive relief;

ROGER GREGG, MARCUS HAYWOOD, and
KEVIN WALKER, individually and on behalf of a
subclass of all other non-hire victims similarly
situated; and

CANDIDO NUNEZ and KEVIN SIMPKINS,
individually and on behalf of a subclass of all other
delayed-hire victims similarly situated,

Plaintiff-Intervenors,

-against-

THE CITY OF NEW YORK,

Defendant.

-------------------------------------------------------------------------x

**NOTICE OF APPEAL**

07 Civ. 2067 (NGG) (RLM)

**PLEASE TAKE NOTICE** that defendant hereby appeals to the United States Court of Appeals for the Second Circuit, from the order (one paper) of the Honorable Nicholas G. Garaufis herein dated November 9, 2011, and entered in the docket on or about the same date. This appeal is taken from each and every part of said order (one paper) as well as from the whole thereof.

Dated:      New York, New York
            December 6, 2011

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 6 2011 ★

BROOKLYN OFFICE

MICHAEL A. CARDOZO
Corporation Counsel of the
    City of New York
Attorney for Defendant
100 Church Street
New York, New York 10007
(212) 788-1010

By: _____

LEONARD KOERNER
Chief, Appeals Division

```
&%RP&%D1&%RPCourt Name: Eastern District of
New York
Division: 1
Receipt Number: 4653037222
Cashier ID: mlagana
Transaction Date: 12/07/2011
Payer Name: city new york
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: city new york
 Case/Party: D-NYE-1-07-CV-002067-000
 Amount:        $455.00
--------------------------------
CHECK
 Check/Money Order Num: 1081804
 Amt Tendered: $455.00
--------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00
```