UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                          Plaintiff,

-and-

THE VULCAN SOCIETY, INC., for itself and on behalf of its members, JAMEL NICHOLSON, and RUSEBELL WILSON, individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief;

ROGER GREGG, MARCUS HAYWOOD, and KEVIN WALKER, individually and on behalf of a subclass of all other non-hire victims similarly situated; and

CANDIDO NUNEZ and KEVIN SIMPKINS, individually and on behalf of a subclass of all other delayed-hire victims similarly situated,

                          Plaintiff-Intervenors,

-against-

THE CITY OF NEW YORK,

                          Defendant.

------------------------------------------------------------x

**NOTICE OF APPEAL**

07 Civ. 2067 (NGG) (RLM)

      **PLEASE TAKE NOTICE** that defendant hereby appeals to the United States Court of Appeals for the Second Circuit, from the order (one paper) of the Honorable Nicholas G. Garaufis herein dated December 8, 2011, and entered in the docket on or about the same date. This appeal is taken from each and every part of said order (one paper) as well as from the whole thereof.

Dated:    New York, New York
            December 8, 2011

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for Defendant
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 788-1010

                        By:    _____
                              LEONARD KOERNER
                              Chief, Appeals Division