# SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| | | | | |
|---|---|---|---|---|
| Robert G. Sullivan | David J. Dean | | Matthew J. Jones | Clifford S. Argintar |
| Nicholas Papain | Hugh M. Turk | | Deanne M. Caputo | Thomas J. McManus |
| Michael N. Block | Albert B. Aquila | | Beth N. Jablon | Michael W. Lever |
| Christopher T. McGrath | Brian J. Shoot | | Liza A. Milgrim | Lauren M. Pennisi |
| Vito A. Cannavo | Andrew J. Carboy | PLEASE REPLY TO: | Susan M. Jaffe | Laura M. Schaefer |
| John F. Nash | Mary Anne Walling | | Donte O. Mills | Joseph N. Armao |
| Frank V. Floriani | Eric K. Schwarz | New York City Office | Wendell Y. Tong | Alison D. Metzler |
| Marie Ng | Elizabeth Montesano | | Terrence L. Tarver | Sean A. McConnell |
| Eleni Coffinas | | | | |

Hon. Joseph N. Giamboi (ret.)   John M. Tomsky
Stephen C. Glasser                 *Counsel to the Firm*
*Of Counsel*

December 15, 2011

Mary Jo White, Esq.
Debevoise & Plimpton LLP
919 Third Avenue - 35th Floor
New York, New York  10022

    Re:  U.S.A. vs. City of New York, et al.
         No.: 07-CV-2067 (NGG) (RLM)

Dear Ms. White:

    I am writing to confirm the request of my client, *amicus curiae*, Uniformed Firefighters Association, that the first scheduled conference call to be held after the holiday season be changed from a call to an actual meeting of the experts and the attorneys.

    We feel that a face-to-face meeting is warranted as the test preparation process draws to a close.  It will enable a full discussion concerning any issues raised by the parties and/or the unions.

    Thank you very much for considering this request.

                        Very truly yours,

                        SULLIVAN PAPAIN BLOCK
                        McGRATH & CANNAVO P.C.

                        By: _____
                            Michael N. Block

MNB:law
cc:  The Honorable Nicholas G. Garaufis
     All Counsel Via ECF
(F-068518)