FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 1 5 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

-and-

THE VULCAN SOCIETY, INC., *for itself and on behalf of its members*, JAMEL NICHOLSON, *and* RUSEBELL WILSON, *individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief*;

ROGER GREGG, MARCUS HAYWOOD, *and* KEVIN WALKER, *individually and on behalf of a subclass of all other non-hire victims similarly situated*; and

CANDIDO NUÑEZ *and* KEVIN SIMPKINS, *individually and on behalf of a subclass of all other delayed-hire victims similarly situated*,

        Plaintiff-Intervenors,

-against-

THE CITY OF NEW YORK,

        Defendant.

----------------------------------------------------------------X

ORDER

07-CV-2067 (NGG) (RLM)

NICHOLAS G. GARAUFIS, United States District Judge.

An attorney claiming to represent a third party—Gregory Della Valle—has filed a letter request to intervene. (Letter Mot. (Docket Entry # 771) at 1.) The parties shall file written responses to this letter, advising the court whether the issues the letter references relate to this case and, if so, how the court should proceed.

1

The parties shall file their responses by January 17, 2012.

SO ORDERED.

                                                                                                    s/Nicholas G. Garaufis

Dated: Brooklyn, New York
December 14, 2011
                                                                              NICHOLAS G. GARAUFIS
                                                                              United States District Judge