EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

        -and-

THE VULCAN SOCIETY, INC., *for itself and
on behalf of its members,* JAMEL NICHOLSON,
*and* RUSEBELL WILSON, *individually and on
behalf of a subclass of all other victims similarly
situated seeking classwide injunctive relief,*

ROGER GREGG, MARCUS HAYWOOD, *and*
KEVIN WALKER, *individually and on behalf of
a subclass of all other non-hire victims similarly
situated;* and

CANDIDO NUÑEZ *and* KEVIN SIMPKINS,
*individually and on behalf of a subclass of all
other delayed-hire victims similarly situated,*

        Plaintiff-Intervenors,

        -against-

THE CITY OF NEW YORK,

        Defendant.
-----------------------------------------------------------X

**NOTICE OF RULE 54(b)
MOTION FOR ENTRY OF
PARTIAL FINAL JUDGMENT**


**Civil Action No. 07-CV-2067
(NGG)(RLM)**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Plaintiffs-Intervenors' Rule 54(b) Motion For Entry of a Partial Final Judgment, Plaintiffs-

Intervenors will move this Court before the Honorable Nicholas G. Garaufis at the United States

Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, on such day

and time as counsel may be heard for entry of an Order granting the entry of a final judgment as

to the Plaintiffs-Intervenors' claims against Defendants Michael R. Bloomberg and Nicholas

Scoppetta.

56-001-00001:  10079916

PLEASE TAKE FURTHER NOTICE that pursuant to the agreed-upon schedule for briefing of this matter, as ordered by the Court on __January 5, 2012__ (Dkt. # _787_ ), responses by the Plaintiff and the Defendants will be served on or before January 13, 2012 and a reply by the Plaintiffs-Intervenors, if any, will be served on or before January 20, 2012.

Dated: December 28, 2011
      New York, New York

                    LEVY RATNER, P.C.

                    /s/
                    _____

By:   Richard A. Levy
      Robert H. Stroup
      Dana Lossia
      80 Eighth Avenue
      New York, NY 10011
      (212) 627-8100
      (212) 627-8182 (fax)
      rlevy@levyratner.com
      rstroup@ levyratner.com
      dlossia@ levyratner.com

      CENTER FOR CONSTITUTIONAL RIGHTS
      Darius Charney
      666 Broadway, 7th Floor
      New York, NY 10012-2399
      (212) 614-6438
      (212) 614-6499 (fax)
      dcharney@ccrjustice.org

      SCOTT + SCOTT, LLP
      Judy Scolnick
      500 Fifth Avenue, 40th Floor
      New York, NY 10110
      (212) 223-6444
      (212) 223-6334 (fax)
      jscolnick@scott-scott.com

      *Attorneys for Plaintiffs-Intervenors*