UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                                      :

UNITED STATES OF AMERICA,
                                                                                                        :

            Plaintiff,
                                                                                                        :     **TENTH STATEMENT OF**
   -and-                                                                                               **FEES & EXPENSES**
                                                                                                             :

THE VULCAN SOCIETY, INC., for itself and on behalf of     **07-cv-2067 (NGG)(RLM)**
its members, and MARCUS HAYWOOD, CANDIDO    :
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated,                    :

               Plaintiffs-Intervenors,                :

   -against-                                                                                 :

THE CITY OF NEW YORK,                                      :

               Defendant.                                       :

------------------------------------------------------------------------x

MARY JO WHITE, Special Master.

      The Special Master submits this Tenth Statement of Fees and Expenses pursuant to the Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt. No. 448, ¶ 14). The Appointment Order requires that:

> Every 60 days, the Special Master shall submit to the court an itemized statement of fees and expenses, which the court will inspect for regularity and reasonableness. If the court determines the itemized statement is regular and reasonable, the court will sign it and transmit it to the parties. The City shall then remit to the Special Master any court-approved amount, within 20 calendar days of court approval.

(*Id.*)

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid. For the period of November 1, 2011 through January 26, 2012, the Special Master has incurred expenses totaling $1,211.94.[1] An itemized list of the expenses is attached as Exhibit 1.

This statement also includes Dr. Shane Pittman's fees and expenses for the months of December and January. For the month of December, her fees were $7,500.00 and her expenses were $1,760.09, for a total of $9,260.09. To offset an overpayment received by Dr. Pittman from the City in October 2011 in the amount of $1,473.16 (Dkt. No. 763), Dr. Pittman has deducted this amount from the total fees and expenses incurred for December, for a revised total of $7,786.93. A statement reflecting the overpayment disbursed in connection with Dr. Pittman's fees and expenses for September 2011 is attached hereto as Exhibit 2. For the month of January, Dr. Pittman's fees were $6,937.50 and her expenses were $1,159.00, for a total of $8,096.50. Invoices for Dr. Pittman's fees and expenses are attached hereto as Exhibits 3 and 4. The fees incurred for the months of December and January are within or less than the projected monthly fees of between $7,000 to $17,000 stated in the Special Master's Application for Approval of Proposed Budget for Special Master's Expert Consultant (Dkt. No. 516), which was approved by the Court on September 3, 2010 (Dkt. No. 519).

Accordingly, the total expenses for the Special Master's work for this period were $17,095.37, $1,211.94 of which is due to the Special Master's firm and $15,883.43 of

---

[1] This statement includes some expenses for November. Those expenses were not included in the prior statement of expenses because the relevant invoices were not received in advance of submitting that statement.

which is due to Dr. Pittman.  We respectfully request that the Court approve all of these expenses.

/s/  Mary Jo White

Mary Jo White

Dated:  January 31, 2012

# EXHIBIT 1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel   212 909 6000
Fax   212 909 6836
www.debevoise.com

## EASTERN DISTRICT OF NEW YORK-Special Master Appointment

01/26/2012

**Invoice Number 1249883**

*Disbursements and Charges itemized for the period Nov 1, 2011 to Jan 26, 2012.*

### Detailed Breakdown of Charges and Disbursements

| Description | Amount |
|---|---|
| Duplicating & Binding | $665.45 |
| Telephone Toll Calls, Conferencing & Outside Vendors | $392.63 |
| Research Services | $153.86 |
| **Total:** | **$1,211.94** |

# EXHIBIT 2

# Statement

The Pittman McLenagan Group, LC
6626A Wilson Lane
Bethesda, MD 20817-5540

| Date |
|---|
| 10/18/11 |

**To:**
FDNY/Debevoise & Plimpton

| Amount Due | Amount Enc. |
|---|---|
| $-1,473.16 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/25/11 | Balance forward | | 0.00 |
| 09/26/11 | INV #NYCvUSAug11. Due 09/26/11. | 15,160.70 | 15,160.70 |
| 09/30/11 | INV #NYCvUSSep11. Due 09/30/11. | 10,907.10 | 26,067.80 |
| 10/13/11 | PMT | -27,540.96 | -1,473.16 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| -1,473.16 | 0.00 | 0.00 | 0.00 | 0.00 | $-1,473.16 |

# EXHIBIT 3

Invoice for Services from:
**The Pittman McLenagan Group, L.C.**
**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**
**Tax Identification #: 52-1924078**
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Dec-11

| | | | |
|---|---|---|---|
| **Project:** | FDNY Entry Level Testing | | |
| **Invoice #:** | | NYCvUS Dec-11 | REVISED |
| **Terms:** | Net 15 | | |
| **Inv. Date:** | 1/27/2012 | | |
| **Please Remit this Amount:** | $7,786.93 | | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | | |
| | 6626-A Wilson Lane | | |
| | Bethesda, MD  20817 | | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 12/1/2011 | Reviewed/responded to correspondence | 0.50 | $125.00 |
| 12/2/2011 | Reviewed materials | 0.50 | $125.00 |
| 12/2/2011 | Meeting with Special Master, parties, and experts | 4.50 | $1,125.00 |
| 12/5/2011 | Reviewed materials | 1.00 | $250.00 |
| 12/7/2011 | Reviewed materials; call with C. Dike-Minor | 0.25 | $62.50 |
| 12/9/2011 | Call with experts | 0.50 | $125.00 |
| 12/15/2011 | Meeting with experts (12/15 and 12/16) | 17.00 | $4,250.00 |
| 12/18/2011 | Reviewed materials | 0.25 | $62.50 |
| 12/19/2011 | Reviewed correspondence and materials | 0.50 | $125.00 |
| 12/20/2011 | Call with experts | 1.00 | $250.00 |
| 12/22/2011 | Reviewed materials | 0.75 | $187.50 |
| 12/23/2011 | Reviewed materials | 0.50 | $125.00 |
| 12/27/2011 | Virtual meeting with experts | 1.50 | $375.00 |
| 12/27/2011 | Reviewed materials | 0.25 | $62.50 |
| 12/27/2011 | Reviewed materials | 0.25 | $62.50 |
| 12/28/2011 | Reviewed/responded to correspondence | 0.25 | $62.50 |
| 12/29/2011 | Reviewed correspondence | 0.25 | $62.50 |
| 12/30/2011 | Reviewed correspondence | 0.25 | $62.50 |
| | | | $0.00 |
| | | 30.00 | $7,500.00 |
| | Expenses | | $1,760.09 |
| | Total Hours + Expenses | | $9,260.09 |
| | Overpayment from Sept 2011 | | $1,473.16 |
| | **Total** | | **$7,786.93** |

# EXHIBIT 4

Invoice for Services from:
**The Pittman McLenagan Group, L.C.**
**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**
**Tax Identification #: 52-1924078**
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Jan-12

| | | |
|---|---|---|
| **Project:** | FDNY Entry Level Testing | |
| **Invoice #:** | | NYCvUS Jan-12 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 1/28/2012 | |
| **Please Remit this Amount:** | $8,096.50 | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** 6626-A Wilson Lane  Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 1/2/2012 | Reviewed materials | 0.25 | $62.50 |
| 1/2/2012 | Reviewed materials | 0.25 | $62.50 |
| 1/3/2012 | Reviewed materials and correspondence | 0.75 | $187.50 |
| 1/3/2012 | Meeting with experts | 2.50 | $625.00 |
| 1/3/2012 | Call with C. Dike-Minor | 0.75 | $187.50 |
| 1/6/2012 | Reviewed materials | 1.00 | $250.00 |
| 1/6/2012 | Reviewed/responded to correspondence | 0.75 | $187.50 |
| 1/8/2012 | Reviewed materials | 0.25 | $62.50 |
| 1/9/2012 | Call with experts | 0.50 | $125.00 |
| 1/12/2012 | Reviewed materials; Reviewed/responded to correspondence | 0.50 | $125.00 |
| 1/17/2012 | Responded to correspondence | 0.25 | $62.50 |
| 1/17/2012 | Reviewed materials | 0.25 | $62.50 |
| 1/16/2012 | Reviewed materials | 0.25 | $62.50 |
| 1/18/2012 | Meeting with experts | 9.50 | $2,375.00 |
| 1/19/2012 | Reviewed materials | 0.25 | $62.50 |
| 1/20/2012 | Reviewed materials | 0.50 | $125.00 |
| 1/20/2012 | Call with M. Hogan, C. Dike-Minor, P. Fortino, and R. Feldman | 0.50 | $125.00 |
| 1/20/2012 | Virtual meeting with experts | 2.00 | $500.00 |
| 1/20/2012 | Call with Special Master, parties, and experts | 1.00 | $250.00 |
| 1/21/2012 | Reviewed materials | 0.50 | $125.00 |
| 1/23/2012 | Reviewed materials | 0.75 | $187.50 |
| 1/25/2012 | Reviewed materials | 1.00 | $250.00 |
| 1/25/2012 | Meeting with experts | 1.50 | $375.00 |
| 1/27/2012 | Reviewed materials | 0.50 | $125.00 |
| 1/27/2012 | Virtual meeting with experts | 1.50 | $375.00 |
| | | | $0.00 |
| | Expenses | | $1,159.00 |
| | | 27.75 | $6,937.50 |
| | **Total Hours + Expenses** | | **$8,096.50** |