UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                               Plaintiff,

   -against-

THE VULCAN SOCIETY, INC., *for itself and on behalf of its members,* JAMEL NICHOLSON, *and* RUSEBELL WILSON, *individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief;*

ROGER GREGG, MARCUS HAYWOOD, *and* KEVIN WALKER, *individually and on behalf of a subclass of all other non-hire victims similarly situated;* and

CANDIDO NUNEZ, *and* KEVIN SIMPKINS, *individually and on behalf of a subclass of all other delayed-hire victims similarly situated,*

                          Plaintiff-Intervenors,

   -against-

THE CITY OF NEW YORK, THE FIRE DEPARTMENT OF THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES; MAYOR MICHAEL BLOOMBERG and NEW YORK CITY FIRE COMMISSIONER NICHOLAS SCOPPETTA, in their individual and official capacities,

                          Defendants.
------------------------------------------------------------------------X

PARTIAL FINAL
JUDGMENT
07-CV- 2067 (NGG)

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on February 1, 2012, ordering inter alia the Clerk of Court to issue a partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) on

JUDGMENT  
07-CV-2067 (NGG)                                                                                          Page -2-

Plaintiff-Intervenors' claims against Defendants Mayor Michael Bloomberg and Fire Commissioner Nicholas Scoppetta in accordance with the Court's Memorandum and Order dated January 12, 2010; it is

ORDERED and ADJUDGED that a partial final judgment is hereby entered (1) dismissing Plaintiff-Intervenors' Title VII claims against Defendants Mayor Michael Bloomberg and Fire Commissioner Nicholas Scoppetta, and (2) in favor of Defendants Mayor Michael Bloomberg and Fire Commissioner Nicholas Scoppetta and against Plaintiff-Intervenors' on the remaining federal claims on the grounds of qualified immunity and on the state law claims on the grounds of official immunity.

Dated: Brooklyn, New York  
       February 01, 2012

DOUGLAS C. PALMER  
Clerk of Court