**COHEN & GRESSER** LLP

800 Third Avenue
New York, New York 10022
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

Mark S. Cohen
212 957 7601
mcohen@cohengresser.com

February 9, 2012

VIA ECF

Hon. Nicholas G. Garaufis
United States District Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. City of New York, No. 07-CV-2067(NGG)(RLM)*

Dear Judge Garaufis:

      For avoidance of doubt, the Monitor clarifies its Recommendation of yesterday to reflect that (as stated therein) the Vulcan Society has requested email addresses for Black firefighter applicants so that the Vulcan Society can contact them regarding tutorials, and the Monitor's Recommendation that the City be directed to provide email addresses pertains to those applicants.

                                              Respectfully submitted,

                                              /s/

                                              Mark S. Cohen

cc:    All Counsel