MUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES of AMERICA, | |
| Plaintiff, | |
| -and- | ECF Case |
| THE VULCAN SOCIETY, INC., MARCUS HAYWOOD, CANDIDO NUNEZ, and ROGER GREGG, | 07 CV 2067 (NGG) (RLM) |
| Plaintiffs-Intervenors, | **NOTICE OF APPEARANCE** |
| -against- | |
| THE CITY OF NEW YORK, ET AL., | |
| Defendants. | |

To the Clerk of this Court and All Parties of Record:

I am admitted to practice in this Court. Please enter my appearance as counsel in this case for all Plaintiffs-Intervenors in this action, Vulcan Society, Inc., Marcus Haywood, Candido Nunez and Roger Gregg.

Date: February 17, 2012

_____

Ghita Schwarz (GS 9554)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
gschwarz@ccrjustice.org
Telephone:  (212) 614-6445
Fax:           (212) 614-6422