UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              Plaintiff,                                          **ORDER**

              -and-                                                      **07-CV-2067 (NGG) (RLM)**

THE VULCAN SOCIETY, INC., *for itself and on*
*behalf of its members*, JAMEL NICHOLSON, *and*
RUSEBELL WILSON, *individually and on behalf*
*of a subclass of all other victims similarly situated*
*seeking classwide injunctive relief*;

ROGER GREGG, MARCUS HAYWOOD, *and*
KEVIN WALKER, *individually and on behalf of a*
*subclass of all other non-hire victims similarly*
*situated*; and

CANDIDO NUÑEZ *and* KEVIN SIMPKINS,
*individually and on behalf of a subclass of all other*
*delayed-hire victims similarly situated*,

                              Plaintiff-Intervenors,

              -against-

THE CITY OF NEW YORK,

                              Defendant,

              -and-

THE UNIFORMED FIREFIGHTERS ASSOCIATION
OF GREATER NEW YORK,

                              A Non-Aligned Party.
------------------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

        The parties have submitted to the court their views on how the individual relief and

claims process in this case should be structured; in those filings, the City of New York and the

United States have expressed a preference for the court to appoint current United States

1

Magistrate Judges as special masters for determinations of individual relief.  (United States Br.

on the Organization and Management of the Claims Process (Docket Entry # 678) at 27-28; City

Mem. in Resp. to Brs. on Claims Process (Docket Entry # 688) at 2-4.)  Plaintiff-Intervenors, on

the other hand, contend that one or more special masters should be selected from the private bar.

(Subclass Representatives' Mem. of Law Regarding Claims Process (Docket Entry # 676) at

3-6.)

  For reasons that the court will discuss in greater detail in a forthcoming opinion, the court

is unlikely to assign the task of overseeing the individual relief process to current Magistrate

Judges.  Therefore, the court gives the parties the opportunity to nominate candidates who are

not sitting Magistrate Judges for the role of special master.  See Fed. R. Civ. P. 53(b)(1).  Any

party wishing to nominate one or more candidates may do so by 6:00 p.m., February 24, 2012.

The parties may submit their nominations directly to chambers by facsimile.


SO ORDERED.

                    /S/ Nicholas G. Garaufis

Dated: Brooklyn, New York          NICHOLAS G. GARAUFIS
   February 21, 2012          United States District Judge