# LEVY RATNER, P.C.

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein°
Gwynne A. Wilcox ᐃ
Pamela Jeffrey
Owen M. Rumelt
Kevin Finnegan
Carl J. Levine ᐃ
David Slutsky ᐃ
Allyson L. Belovin
Suzanne Hepner •
Richard Dorn
Robert H. Stroup

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York  10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

www.levyratner.com

Dana E. Lossia ᐃ
Susan J. Cameron ᐃ
Micah Wissinger •
Ryan J. Barbur
Vanessa Flores ᐃ
Alexander Rabb
Michael R. Hickson
Shira T. Roza
Laureve D. Blackstone ᐃ

Counsel:
Paul Schachter ᐃ
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

February 23, 2012

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court for the Eastern
   District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   **United States, et al. v. City of New York**
      **Civ. Action No. 07-cv-2067 (NGG) (RLM)**

Dear Judge Garaufis:

I write on behalf of the Plaintiffs-Intervenors and the Defendants jointly to advise the Court that the parties have been unsuccessful in their efforts to negotiate a settlement of an award of interim attorneys' fees and expenses pursuant to paragraph 83 of this Court's Order of December 8, 2011 (Dkt. #765).

In light of both a revised briefing schedule in the Court of Appeals which now extends through the end of May and anticipated briefing and other case-related obligations arising from the upcoming administration of the computer-based test, the parties have agreed to a revised proposal with respect to briefing on the interim fees issue. Plaintiffs-Intervenors and Defendants jointly propose that 1) Plaintiffs-Intervenors will serve their moving papers on or before June 15, 2012;  2) Defendants will serve their response on or before August 7, 2012, and 3) Plaintiffs-Intervenors will serve their reply on or before August 22, 2012.

Respectfully submitted,

/s/

Richard A. Levy

RAL:ibs

cc:   All Counsel (via ECF)