

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

February 28, 2012

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  <u>USA v. City,</u> Civil Action No.: 07 CV 2067 (NGG)(RLM)
     Law Dept. No.: 2007-01744

Dear Judge Garaufis:

  I write to correct a misunderstanding by Plaintiff and Plaintiff-Intervenors. The City's letter, dated February 24, 2012 (Dkt. # 817), did not request a stay of the claims process for individual relief. The word "stay" does not appear anywhere in the letter. In fact, because the Court has not yet entered an order regarding the claims process, it is impossible for the City to seek a stay of any portion of it. The City's letter suggested that the Court consider the City's appeal in finalizing its order with respect to the claims process so that the proceedings are as efficient as possible.

                Respectfully submitted,

                Michael A. Cardozo

Cc:  All Counsel