UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES AMERICA,                                    :
                                                          :
                Plaintiff,                                :
                                                          :
        -and-                                             :
                                                          :
THE VULCAN SOCIETY, INC., *for itself and on*             :
*behalf of its members*, JAMEL NICHOLSON, and             :
RUSEBELL WILSON, *individually and on behalf of a*        :
*subclass of all other victims similarly situated seeking* :     **MONITOR'S FIRST**
*classwide injunctive relief,*                            :     **STATEMENT OF FEES &**
                                                          :          **EXPENSES**
ROGER GREGG, MARCUS HAYWOOD, and                          :
KEVIN WALKER, *individually and on behalf of a*           :     07-cv-2067 (NGG) (RLM)
*subclass of all other non-hire victims similarly*        :
*situated;* and                                           :
                                                          :
CANDIDO NUÑEZ and KEVIN SIMPKINS,                         :
*individually and on behalf of a subclass of all other*   :
*delayed-hire victims similarly situated,*                :
                                                          :
                Plaintiff-Intervenors,                    :
                                                          :
        -against-                                         :
                                                          :
THE CITY OF NEW YORK,                                     :
                                                          :
                                        Defendant.        :
------------------------------------------------------------x

MARK S. COHEN, Court Monitor.

    The Court Monitor respectfully submits this First Statement of Fees and Expenses

pursuant to the Court's December 8, 2011 Remedial Order and Partial Judgment, Permanent Injunction, and Order Appointing Court Monitor (the "Remedial Order") (Docket # 765) and the Court's December 9, 2011 Order Establishing Rate of Court Monitor Compensation (Docket # 768). Paragraph 73 of the Remedial Order requires that:

> Every 60 days, the Court Monitor shall submit to the court an itemized statement of fees and expenses, which the court will inspect for regularity and reasonableness. If the court determines the itemized statement is regular and reasonable, the court will sign it and transmit it to the parties. The City shall then remit to the Court Monitor any court-approved amount, within 20 calendar days of court approval.

Remedial Order ¶ 73.

The Monitor and his law firm have agreed to provide legal services at the rates set forth in the Court's Order Establishing Rate of Court Monitor Compensation. For the period of November 9, 2011 through December 31, 2011, the Monitor has incurred fees and expenses totaling $310,758.90. A detailed summary of the fees and expenses is attached hereto as Exhibit 1. The Monitor respectfully requests that the Court approve these fees and expenses.

Dated: March 7, 2012
      New York, New York

                                                             /s/
                                            Mark S. Cohen