

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

March 8, 2012

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  USA v. City, Civil Action No.: 07 CV 2067 (NGG)(RLM)
              Law Dept. No.: 2007-01744

Dear Judge Garaufis:

        The City was very surprised and disappointed by the Court Monitor's First Statement of Fees and Expenses and would like an opportunity to object. The City respectfully requests that the Court direct that the Monitor, as would be true in any ordinary fee application, provide the City with contemporaneous hourly billing records that support his First Statement and all statements going forward.

        The Cty also requests that it be given one week after the Court Monitor supplies the contemporaneous time records to file its objections with the Court. Alternatively, the City requests that, at a minimum it be given one week to file objections to the First Statement filed yesterday.

                                                        Respectfully submitted,

                                                        Michael A. Cardozo