UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------- X

UNITED STATES OF AMERICA,

        Plaintiff,

  -and-

THE VULCAN SOCIETY, INC., *for itself and on behalf of its members*, JAMEL NICHOLSON, *and* RUSEBELL WILSON, *individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief;*

ROGER GREGG, MARCUS HAYWOOD, *and* KEVIN WALKER, *individually and on behalf of a subclass of all other non-hire victims similarly situated;* and

CANDID NUÑEZ *and* KEVIN SIMPKINS, *individually and on behalf of a subclass of all other delayed-hire victims similarly situated,*

        Plaintiffs-Intervenors,

  -against-

THE CITY OF NEW YORK,

        Defendant,

  -and-

THE UNIFORMED FIREFIGHTERS
ASSOCIATION OF GREATER NEW YORK,

        A Non-Aligned Party.

------------------------------------------- X

**AFFIDAVIT OF
HECTOR GONZALEZ
07-cv-2067 (NGG) (RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

Hector Gonzalez, being duly sworn, deposes and states the following:

1. I make this affidavit pursuant to Rule 53(a)(2) of the Federal Rules of Civil Procedure.

2. I have reviewed 28 U.S.C § 455, and I can attest and affirm that I am aware of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as a Special Master in this case.

_____
Hector Gonzalez

Sworn to before me this
13 day of March, 2012

_____
Notary Public

[Notary Seal: JASON OSBORNE BILLY, NOTARY, NO. 02BI6246959, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 08/22/2015, STATE OF NEW YORK]