UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

    -and-

THE VULCAN SOCIETY, INC., for itself and
on behalf of its members, JAMEL NICHOLSON,
and RUSEBELL WILSON, individually and on
behalf of a subclass of all other victims similarly
situated seeking classwide injunctive relief;

ROGER GREGG, MARCUS HAYWOOD, and
KEVIN WALKER, individually and on behalf of
a subclass of all other non-hire victims similarly
situated; and

CANDIDO NUÑEZ and KEVIN SIMPKINS,
individually and on behalf of a subclass of all other
delayed-hire victims similarly situated,

                Plaintiffs-Intervenors,

    -against-

THE CITY OF NEW YORK,

               Defendant,
    -and-

THE UNIFORMED FIREFIGHTERS ASSOCIATION
OF GREATER NEW YORK,

                A Non-Aligned Party.
------------------------------------------------------------------X

AFFIDAVIT OF
BREON S. PEACE

07-CV-2067 (NGG)(RLM)

NICHOLAS G. GARAUFIS, United States District Judge.

Breon S. Peace, being duly sworn, deposes and states the following:

1. I make this affidavit pursuant to Rule 53(a)(2) of the Federal Rules of Civil Procedure.

2. I have reviewed 28 U.S.C. § 455, and I can attest and affirm that I am aware of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master in this case.

_____
Breon S. Peace

Sworn to before me this
14th day of March, 2012

_____
Notary Public

Sarita Gonzalez
Notary Public - State of New York
No. 01GO4910560
Qualified in Bronx County
Certificate on file in New York County
My Commission Expires November 9, 2013