

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

March 16, 2012

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>USA v. City</u>, Civil Action No.: 07 CV 2067 (NGG)(RLM)
           Law Dept. No.: 2007-01744

Dear Judge Garaufis:

      The City respectfully requests an opportunity to respond to the Court Monitor's letter dated March 16, 2012 (Dkt. # 830) regarding the City's request that he submit contemporaneous time records supporting his First Statement of Fees and Expenses. The City proposes to file its response on March 20, 2012.

Respectfully submitted,

Michael A. Cardozo