UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

              Plaintiff,

  -and-

THE VULCAN SOCIETY, INC., for itself and on behalf of its members; MARCUS HAYWOOD, CANDIDO NUÑEZ, ROGER GREGG, individually and on behalf of a class of all other similarly situated,

              Plaintiffs-Intervenors,

  -against-

THE CITY OF NEW YORK,

              Defendant

------------------------------------------------------------X

              AFFIDAVIT OF
              MITRA HORMOZI
            07-cv-2067 (NGG)(RLM)

NICHOLAS G. GARAUFIS, United States District Judge.

    Mitra Hormozi, being duly sworn, deposes and states the following:

1. I make this affidavit pursuant to Rule 53(a)(2) of the Federal Rules of Civil Procedure.

2. I have reviews 28 U.S.C. § 455, and I can attend and affirm that I am aware of no ground for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master in this case.

                                                    _____
                                                          Mitra Hormozi

Sworn to before me this
30th day of March, 2012

_____
Notary Public

NICOLE J. STEVENSON
NOTARY PUBLIC, State of New York
No. 01ST6163997
Qualified in Westchester County
Commission Expires April 9, 2015