UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

        -and-

THE VULCAN SOCIETY, INC., for itself and
on behalf of its members; MARCUS
HAYWOOD, CANDIDO NUNEZ,
ROGER GREGG, individually and on
behalf of a class of all others similarly situated,

                Plaintiffs-Intervenors,

        -against-

THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------X

Case No. 07-CV-2067 (NGG)(RLM)

**AFFIDAVIT OF**
**STEVEN M. COHEN**

NICHOLAS G. GARAUFIS, United States District Judge.

        Steven M. Cohen, being duly sworn, deposes and states the following:

1. I make this affidavit pursuant to Rule 53(a)(2) of the Federal Rules of Civil Procedure.

2. I have reviewed 28 U.S.C. § 455, and I can attest and affirm that I am aware of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master in this case.

                                            _____
                                            Steven M. Cohen

Sworn to before me this
21st day of March, 2012

_____
Notary Public

JER WEI CHEN
Notary Public, State of New York
No. 01CH6174210
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires 09/17/20__