# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

| Mitra Hormozi | (212) 446-4800 | Facsimile: |
| To Call Writer Directly: | | (212) 446-4900 |
| (212) 446-4864 | www.kirkland.com | |
| mitra.hormozi@kirkland.com | | |

April 9, 2012

Honorable Nicholas G. Garaufis
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. City of New York*, No. 07-CV-2067 (NGG)(RLM)

Dear Judge Garaufis:

 I serve as a Special Master in the above-referenced action and would like to add Shireen Barday (shireen.barday@kirkland.com) appearance to this matter. Ms. Barday is admitted in this Court and has an active ECF account. Please note that Ms. Barday should be listed as "ATTORNEY TO BE NOTICED."

 Thank you for your attention to this matter, and please do not hesitate to contact me if you have any questions.

        Regards,

        *s/ Mitra Hormozi*
        Mitra Hormozi