UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,

    Plaintiff,

 -and-

THE VULCAN SOCIETY, INC., for itself and on behalf of
its members, and MARCUS HAYWOOD, CANDIDO
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated,

    Plaintiffs-Intervenors,

 -against-

THE CITY OF NEW YORK,

    Defendant.

------------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ APR 12 2012 ★
BROOKLYN OFFICE

**ELEVENTH STATEMENT
OF FEES & EXPENSES**

07-cv-2067 (NGG)(RLM)

MARY JO WHITE, Special Master.

 The Special Master submits this Eleventh Statement of Fees and Expenses pursuant to the Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt. No. 448, ¶ 14). The Appointment Order requires that:

> Every 60 days, the Special Master shall submit to the court an itemized statement of fees and expenses, which the court will inspect for regularity and reasonableness. If the court determines the itemized statement is regular and reasonable, the court will sign it and transmit it to the parties. The City shall then remit to the Special Master any court-approved amount, within 20 calendar days of court approval.

(*Id.*)

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid. For the period of January 1, 2012 through March 29, 2012, the Special Master has incurred expenses totaling $1,735.51.[1] An itemized list of the expenses is attached as Exhibit 1.

This statement also includes Dr. Shane Pittman's fees and expenses for the months of February and March. For the month of February, her fees were $8,750.00 and her expenses were $1,375.46, for a total of $10,125.46. For the month of March, Dr. Pittman's fees were $4,812.50 and her expenses were $911.17, for a total of $5,723.67. Invoices for Dr. Pittman's fees and expenses are attached hereto as Exhibits 2 and 3. The fees incurred for the months of February and March are within or less than the projected monthly fees of between $7,000 to $17,000 stated in the Special Master's Application for Approval of Proposed Budget for Special Master's Expert Consultant (Dkt. No. 516), which was approved by the Court on September 3, 2010 (Dkt. No. 519).

Accordingly, the total expenses for the Special Master's work for this period were $17,584.64, $1,735.51 of which is due to the Special Master's firm and $15,849.13 of which is due to Dr. Pittman. We respectfully request that the Court approve all of these expenses.

Approved

s/Nicholas G. Garaufis

USDJ

4/10/12

/s/ Mary Jo White

Mary Jo White

---

[1] This statement also includes some expenses for January. Those expenses were not included in the prior statement of expenses because the relevant invoices were not received in advance of submitting that statement.

Dated: April 2, 2012

# EXHIBIT 1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

### *EASTERN DISTRICT OF NEW YORK-Special Master Appointment*

03/29/2012

Invoice Number 1254712

*Disbursements and Charges itemized for the period Jan 1, 2012 to Mar 29, 2012.*

| Description | Amount |
|---|---:|
| Duplicating, Binding & Word Processing | $1,095.56 |
| Telephone Toll Calls, Conferencing & Outside Vendors | $319.04 |
| Research Services | $277.67 |
| Lawyer Late Night Transportation | $43.24 |
| **Total:** | $1,735.51 |

# EXHIBIT 2

Invoice for Services from:
**The Pittman McLenagan Group, L.C.**
6626-A Wilson Lane
Bethesda, MD 20817
301.320.9500
Tax Identification #: 52-1924078
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Billing Hours for Client: NYC v US
Feb-12

| Project: | FDNY Entry Level Testing | |
|---|---|---|
| Invoice #: | | NYCvUS Feb-12 |
| Terms: | Net 15 | |
| Inv. Date: | 3/23/2012 | |

Please Remit this Amount: $10,125.46

Remit to: **The Pittman McLenagan Group, L.C.**
6626-A Wilson Lane
Bethesda, MD 20817

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 2/2/2012 | Reviewed materials | 0.75 | $187.50 |
| 2/2/2012 | Call with experts | 1.50 | $375.00 |
| 2/2/2012 | Follow-up relating to call with experts | 0.25 | $62.50 |
| 2/7/2012 | Reviewed/responded to correspondence | 0.50 | $125.00 |
| 2/6/2012 | Reviewed materials; reviewed/responded to correspondence | 0.75 | $187.50 |
| 2/6/2012 | Virtual meeting with experts | 1.50 | $375.00 |
| 2/6/2012 | Reviewed materials | 1.00 | $250.00 |
| 2/8/2012 | Reviewed/responded to correspondence | 0.25 | $62.50 |
| 2/9/2012 | Reviewed/responded to correspondence | 0.50 | $125.00 |
| 2/10/2012 | Reviewed materials | 0.75 | $187.50 |
| 2/10/2012 | Virtual meeting with experts | 0.75 | $187.50 |
| 2/12/2012 | Reviewed/responded to correspondence | 0.50 | $125.00 |
| 2/13/2012 | Virtual meeting with experts | 1.00 | $250.00 |
| 2/13/2012 | Responded to correspondence | 0.75 | $187.50 |
| 2/14/2012 | Reviewed/responded to correspondence | 0.50 | $125.00 |
| 2/15/2012 | Reviewed materials | 1.00 | $250.00 |
| 2/15/2012 | Reviewed/responded to correspondence | 0.50 | $125.00 |
| 2/15/2012 | Reviewed materials | 0.50 | $125.00 |
| 2/16/2012 | Reviewed materials | 1.50 | $375.00 |
| 2/21/2012 | Reviewed materials | 0.75 | $187.50 |
| 2/22/2012 | Reviewed materials | 0.50 | $125.00 |
| 2/23/2012 | In-person meeting with experts | 11.50 | $2,875.00 |
| 2/24/2012 | Meeting with Special Master, parties, and experts | 5.50 | $1,375.00 |
| 2/25/2012 | Reviewed materials | 1.25 | $312.50 |
| 2/17/2012 | Reviewed materials | 0.75 | $187.50 |
| | | | $0.00 |
| | | | $0.00 |
| | Expenses | | $1,375.46 |
| | | 34.00 | $8,750.00 |
| | Total Hours + Expenses | | $10,125.46 |

# EXHIBIT 3

Invoice for Services from:

The Pittman McLenagan Group, L.C.
6626-A Wilson Lane
Bethesda, MD 20817
301.320.9500
Tax Identification #: 52-1924078
PMG Contact:
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Billing Hours for Client: NYC v US
Mar-12

| Project: | FDNY Entry Level Testing | |
|---|---|---|
| Invoice #: | | NYCvUS Mar-12 |
| Terms: | Net 15 | |
| Inv. Date: | 3/30/2012 | |

Please Remit this Amount: $5,723.67

Remit to: The Pittman McLenagan Group, L.C.
6626-A Wilson Lane
Bethesda, MD 20817

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 3/1/2012 | Meeting with Special Master, parties, and unions | 1.50 | $375.00 |
| 3/1/2012 | Virtual meeting with experts | 1.50 | $375.00 |
| 3/6/2012 | Reviewed materials | 0.50 | $125.00 |
| 3/7/2012 | Reviewed materials | 1.00 | $250.00 |
| 3/7/2012 | Virtual meeting with experts | 1.00 | $250.00 |
| 3/9/2012 | Virtual meeting with experts | 1.00 | $250.00 |
| 3/9/2012 | Call with C. Dike-Minor | 0.75 | $187.50 |
| 3/10/2012 | Reviewed materials | 1.00 | $250.00 |
| 3/10/2012 | Call with M. Hogan, P. Fortino, C. Dike-Minor, and R. Feldman | 0.75 | $187.50 |
| 3/11/2012 | Reviewed correspondence | 0.50 | $125.00 |
| 3/12/2012 | Reviewed materials | 0.75 | $187.50 |
| 3/13/2012 | Call with Special Master, parties, and experts | 1.00 | $250.00 |
| 3/13/2012 | Call with experts | 0.75 | $187.50 |
| 3/14/2012 | Reviewed materials | 1.00 | $250.00 |
| 3/14/2012 | Call with experts | 1.00 | $250.00 |
| 3/14/2012 | Call with Special Master, parties, and experts | 1.00 | $250.00 |
| 3/15/2012 | Reviewed materials | 0.50 | $125.00 |
| 3/20/2012 | Reviewed materials | 0.75 | $187.50 |
| 3/19/2012 | Reviewed materials | 0.25 | $62.50 |
| 3/22/2012 | Reviewed materials | 0.50 | $125.00 |
| 3/23/2012 | Call with experts | 0.75 | $187.50 |
| 3/30/2012 | Reviewed materials | 0.50 | $125.00 |
| 3/30/2012 | Call with experts | 1.00 | $250.00 |

| | | | |
|---|---|---|---|
| | Expenses | | $911.17 |
| | | 18.75 | $4,812.50 |
| | Total Hours + Expenses | | $5,723.67 |