

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 14 2012 ★
BROOKLYN OFFICE

May 11, 2012

**By ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: USA v. City, Civil Action No.: 07 CV 2067 (NGG)(RLM)
            Law Dept. No.: 2007-01744

Dear Judge Garaufis:

    I write to advise the Court that, due to circumstances outside the parties' control, two changes must be made in the distribution of the Court-approved newspaper advertisements required by this Court's April 20, 2012 Order (Dkt. # 860).

    Appendix B of the April 20, 2012 Order includes *Hora Hispana* in the list of Spanish language newspapers in which the advertisement is to run. Unfortunately, *Hora Hispana* ceased publishing as of today. One advertisement was already published in *Hora Hispana*. The City's media consultant has recommended substituting *El Especialito* for the remaining four weeks and has confirmed that it has the space to accept our advertisement. Plaintiff and Plaintiffs-Intervenors have approved of substituting *El Especialito* for *Hora Hispana* for the remaining four weeks.

    The second deviation is required by *AM/New York's* publication schedule. *AM/New York* is among the English-language newspapers listed in Appendix A to the April 20, 2012 Order in which the Court-approved advertisement is to run. An advertisement was scheduled to run in *AM/New York* on May 25, 2012. However, because it is the Friday before the Memorial Day weekend, *AM/New York* will not be publishing on May 25. The parties have agreed to place the advertisement in *AM/New York* one day earlier, on Thursday, May 24, 2012.

Thank you for your consideration.

Respectfully submitted,

Michael A. Cardozo

Application granted
so ordered.
s/Nicholas G. Garaufis

5/14/12

2