**U.S. Department of Justice**

Civil Rights Division

DK:MLB:EKB:JMS:AKT:BS
DJ 170-51-358

*Employment Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.usdoj.gov/crt/emp*

May 16, 2012

*Via ECF*
Hon. Nicholas G. Garaufis
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **United States v. City of New York, et al.**, 07-CV-2067 (NGG)(RLM)

Dear Judge Garaufis:

  The United States respectfully submits this letter to request an extension of the page limitations for the briefing due tomorrow, May 17, 2012. *See* Scheduling Order dated April 12, 2012. Due to the number and complexity of the issues that will be addressed in this briefing, the United States anticipates that its filings may exceed the limit of 25 pages. Therefore, the United States requests leave to file a briefing that is 35 pages or less.

  One issue addressed by the parties in their May 3 briefs was whether the City should reimburse the United States for the costs of obtaining information from the Social Security Administration ("SSA"). Because this discrete issue is unrelated to the initial fairness hearing and seeks specific relief that was set forth in a proposed order, the United States filed a separate memorandum regarding the SSA cost issue at the same time it filed its brief related to the other claims process issues. For the same reasons, the United States intends to file a separate response memorandum regarding the SSA cost issue. The United States' request for leave to file briefing that is 35 pages or less includes the pages necessary for this separate response memorandum regarding the SSA cost issue. The City and the Plaintiffs-Intervenors do not oppose this request.

  Thank you for your consideration of this request.

            Sincerely,

            Delora L. Kennebrew
            Chief
            Employment Litigation Section

By:

Eric K. Bachman
Senior Trial Attorney
(202) 305-7883
Civil Rights Division
United States Department of Justice


LORETTA E. LYNCH
United States Attorney

By:

Elliot M. Schachner
Assistant U.S. Attorney
(718) 254-6053

2