**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUN 0 6 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              Plaintiff,

              -and-

THE VULCAN SOCIETY, INC., *for itself and on
behalf of its members,* JAMEL NICHOLSON, *and*
RUSEBELL WILSON, *individually and on behalf
of a subclass of all other victims similarly situated
seeking classwide injunctive relief;*

ROGER GREGG, MARCUS HAYWOOD, *and*
KEVIN WALKER, *individually and on behalf of a
subclass of all other non-hire victims similarly
situated;* and

CANDIDO NUÑEZ *and* KEVIN SIMPKINS,
*individually and on behalf of a subclass of all other
delayed-hire victims similarly situated,*

                              Plaintiff-Intervenors,

              -against-

THE CITY OF NEW YORK,

                              Defendant,

              -and-

THE UNIFORMED FIREFIGHTERS ASSOCIATION
OF GREATER NEW YORK,

                              A Non-Aligned Party.

-------------------------------------------------------------------X

**ORDER**

**07-CV-2067 (NGG) (RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

        The court has reviewed the Court Monitor's second statement of fees and expenses.

(Docket Entry # 891.)  The court has reviewed the statement, and the Court Monitor's hourly

billing records that the Court Monitor submitted ex parte in support of the statement (see Mar.

23, 2012 Mem. & Order (Docket Entry # 837) at 3), and finds the statement regular and

reasonable. The court orders the City to remit the listed amount to the Court Monitor as

Paragraph 73 of the court's December 8, 2011 Remedial Order and Partial Judgment, Permanent

Injunction, & Order Appointing Court Monitor (Docket Entry # 765) specifies. The court orders

the Clerk of Court to file the Court Monitor's time sheets under seal.

SO ORDERED.                                        s/Nicholas G. Garaufis

Dated: Brooklyn, New York                          NICHOLAS G. GARAUFIS
     June 6, 2012                                 United States District Judge

2