Case 1:07-cv-02067-NGG-RLM   Document 908-1   Filed 06/22/12   Page 1 of 2 PageID #: 22687

 

| Home | Inside the NYPD | Benefits & Salary | Exam Center | Academy Prep | Media Library | FAQ |

HOME » FAQ

## FAQ

Click on any topic to reveal questions.

### About the Exam

- When is the next Police Officer Entrance Examination?
- Is there an application fee to take the Police Officer Exam?
- Do I have to pre-register for the exam?

### About NYPD Hiring Requirements

- What are the age requirements to take the Police Officer Examination?
- What are the age requirements to be hired as a Police Officer?
- Are there any education requirements to be appointed as a NYC Police Officer?
- Do you have to be a NYC resident to be a NYC Police Officer?
- Do you have to be a United States citizen to be a NYC Police Officer?
- Do you have to possess a valid NYS Driver's License to be a NYC Police Officer?
- Will the examination give additional points for being a NYC resident or have a legacy or military background?
- Does the NYPD offer any tutorials to assist in preparing for the PD Exam?
- Can prior law-enforcement experience in other municipalities count on the examination?
- Does the NYPD accept lateral transfers from other Police Departments?

### About the Job of an NYPD Officer

- What are the benefits and salary for a NYC Police Officer?
- What does a Police Officer's duties entail?

Police Officers perform general police duties and related work in the New York City Police Department. They patrol an assigned area on foot or in a vehicle; apprehend crime suspects; intervene in various situations involving crimes in progress, aided cases, complaints, emotionally disturbed persons, etc; respond to and investigate vehicular accidents; investigate specific offenses; interact with prisoners; operate and maintain patrol vehicle; issues summonses; obtain information regarding incidents by interviewing witnesses, victims, and/or complainants; safeguard and voucher found, seized or recovered property; provide information to the public; handle situations involving maltreated, abused or missing children; interact with juveniles; prepare forms and reports; testify in court; and perform related work.

Some of the physical activities by Police Officers and environmental conditions experience are: working outdoors in all kinds of weather; walking and/or standing in an assigned area during a tour; driving or sitting in a patrol car during a tour while remaining alert; running after a fleeing suspect; climbing up stairs; carrying an injured adult with assistance; gripping persons to prevent escape; restraining a suspect by use of handcuffs; detecting odors such as those caused by smoke or gas leaks; engaging in hand to hand struggles to subdue a suspect resisting arrest; being physically active for prolonged periods of time; understanding verbal communications over the radio with background noise; reading and writing under low light conditions; carrying or wearing heavy equipment and wearing a bulletproof vest.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

- After I pass the written exam what other requirements are needed to be hired?
- How may I get more information?

**Explore the NYPD**

### Sidebar

**Exam Center**

**Computerized Testing Centers Schedule**
Find out dates, times and locations where you can take the NYPD Exam. Click here >>

**Prepare for the Exam**
Our tools can help you get ready for the most important exam you'll ever take.

**Exam Requirements**
Make sure you meet all requirements needed to be eligible for the exam.

**Have Questions?**
Start by reviewing our FAQ section.



 **Retirement Benefits**
NYPD helps you plan for your future now >>

 **Education**
Find out what opportunities are open to you >>

 **Moving Up**
Find out what kind of job promotions are available to you >>

Speak to a recruiter now: 212-RECRUIT. The NYPD is an Equal Opportunity Employer. | NYPD Home | Sitemap | Privacy Policy