**LEVY RATNER, P.C.**
Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182
www.levyratner.com

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein°
Gwynne A. Wilcox ᐃ
Pamela Jeffrey
Owen M. Rumelt
Kevin Finnegan
Carl J. Levine ᐃ
David Slutsky ᐃ
Allyson L. Belovin
Suzanne Hepner •
Richard Dorn
Robert H. Stroup

Dana E. Lossia ᐃ
Susan J. Cameron ᐃ
Micah Wissinger •
Ryan J. Barbur
Vanessa Flores ᐃ
Alexander Rabb
Michael R. Hickson
Shira T. Roza
Laureve D. Blackstone ᐃ

Counsel:
Paul Schachter ᐃ
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

June 22, 2012

*VIA ECF*

Hon. Nicholas G. Garaufis
United States District Court for
    the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States, et al. v. City of New York
              Civ. Action No. 07-cv-2067 (NGG) (RLM)

Dear Judge Garaufis:

      Plaintiffs-Intervenors have consulted with the United States concerning the issues and positions contained in its reply memorandum of law in support of the proper scope of discovery in the claims process. Dkt. 908. We have reviewed and provided input on the memorandum, and both the Non-Hire and Delayed-Hire Subclasses join in the positions set forth therein. Thank you for your attention to this matter.

Very truly yours,

*Dana Lossia*

Dana E. Lossia

TO: All Counsel via ECF.

°Admitted in NY and DC   ᐃAdmitted in NY and NJ   •Admitted in NY and CT   *Admitted in NY and DC   †Admitted in NY and MA