**U.S. Department of Justice**

Civil Rights Division

---

DK:MLB:EKB:JMS:AKT:BS
DJ 170-51-358

*Employment Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.usdoj.gov/crt/emp*

June 29, 2012

*Via ECF*
Hon. Nicholas G. Garaufis
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. City of New York, et al., 07-CV-2067 (NGG)(RLM)

Dear Judge Garaufis:

The United States writes to notify the Court and the parties that it intends to file a response to the Plaintiffs-Intervenors' Motion to Reconsider Order on Fringe Benefits (Dkt. 912) on or before July 13, 2012. July 13 is the same date by which the City must file its response to the Plaintiffs-Intervenors' motion.

Respectfully submitted,

Delora L. Kennebrew
Chief
Employment Litigation Section

_____
/s/ ERIC K. BACHMAN
Senior Trial Attorney
Telephone: (202) 305-7883
Facsimile: (202) 514-1005
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Patrick Henry Building, Room 4500
Washington, D.C. 20530

LORETTA E. LYNCH
United States Attorney

_____
/s/ ELLIOT M. SCHACHNER

Assistant United States Attorneys
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201-1820
Telephone: (718) 254-6053
Facsimile: (718) 254-6479