# LEVY RATNER, P.C.

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York  10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

www.levyratner.com

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein°
Gwynne A. Wilcox ᐃ
Pamela Jeffrey
Owen M. Rumelt
Kevin Finnegan
Carl J. Levine ᐃ
David Slutsky ᐃ
Allyson L. Belovin
Suzanne Hepner *
Richard Dorn
Robert H. Stroup

Dana E. Lossia ᐃ
Susan J. Cameron ᐃ
Micah Wissinger *
Ryan J. Barbur
Vanessa Flores ᐃ
Alexander Rabb
Michael R. Hickson
Shira T. Roza
Laureve D. Blackstone ᐃ

Counsel:
Paul Schachter ᐃ
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †

July 6, 2012

Hand Delivery

Mr. Mark V. Brown
Case Manager
United States District Court for
    the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201-1818

Re:   *United States, et al. v. City of New York*
      Civ. Action No. 07-cv-2067 (NGG) (RLM)

Dear Case Manager Brown:

It was a pleasure speaking with you this morning.  As we discussed, this firm represents the class members in the above-referenced class action litigation before the Honorable Judge Nicholas G. Garaufis.  The Court has directed us to retrieve from the Clerk of the Court all of the opt-out forms submitted in this matter.  (Dkt. 860, ¶ 9).

Sarah B. Sommers is a paralegal in this office and has been authorized to retrieve the opt-out forms.  Please contact me at (212) 627-8100 with any questions or concerns.  Thank you.

Very truly yours,

Dana Lossia

Dana E. Lossia

DEL:del

56-001-00001: 10128826

°Admitted in NY, MA and DC    ᐃAdmitted in NY and NJ    *Admitted in NY and CT    *Admitted in NY and DC    †Admitted in NY and MA