UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA, :

       Plaintiff, :

  -and- :

THE VULCAN SOCIETY, INC., *for itself and on behalf of its members,* JAMEL NICHOLSON, and RUSEBELL WILSON, *individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief,* :

ROGER GREGG, MARCUS HAYWOOD, and KEVIN WALKER, *individually and on behalf of a subclass of all other non-hire victims similarly situated;* and :

CANDIDO NUÑEZ and KEVIN SIMPKINS, *individually and on behalf of a subclass of all other delayed-hire victims similarly situated,* :

       Plaintiff-Intervenors, :

  -against- :

THE CITY OF NEW YORK, :

       Defendant. :

:

------------------------------------- X

**SPECIAL MASTERS' FIRST STATEMENT OF FEES & EXPENSES**

07-cv-2067 (NGG) (RLM)

**Steven M. Cohen, Hector Gonzalez, Mitra Hormozi and Breon S. Peace, Special Masters.**

    The Special Masters respectfully submit this First Statement of Fees & Expenses pursuant to the Court's May 22, 2012 Memorandum and Order Confirming Appointment of Special Masters (the "Appointment Order") (Docket Entry #883) and in accordance with the fee structure set forth in the Court's March 8, 2012 Memorandum & Order (the "March 8 Order")

(Docket Entry # 825 (referring to rates set for Court Monitor in the December 9, 2011 Order (Docket Entry # 768) at 3-4)). The Appointment Order directs the Special Masters to submit itemized statements of fees and expenses every 60 days.

Enclosed as Exhibits A through D are itemized statements of fees and expenses for each of the Special Masters and their law firms. The Special Masters and their law firms have agreed to provide services at the rates referred to in the March 8 Order. As set forth in greater detail in Exhibits A through D, the tasks completed during the period February 27, 2012 through May 31, 2012[1] included, among others: (i) review of filings and orders in the matter; (ii) preparation of the Report and Recommendations submitted on April 10, 2012; and (iii) preparation for the meet and confer with the parties to this litigation.

The Special Masters respectfully request that the Court approve these fees and expenses.

Dated: July 9, 2012  
New York, New York

Respectfully submitted,

　/s/ Hector Gonzalez　  
Hector Gonzalez, Special Master  
Dechert LLP  
1095 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 698-3500  
Facsimile: (212) 314 0058

Steven M. Cohen, Special Master  
ZUCKERMAN SPAEDER LLP  
1185 Avenue of the Americas  
New York, New York 10036  
Telephone:(646) 746 8661  
Facsimile: (212) 704-4256

---

[1] The Special Masters note that this initial application covers a period greater than 60 days. This application is being submitted within 60 days of the formal appointment of the Special Masters. Going forward, the Special Masters will submit statements of fees and expenses in accordance with the Court's directive.

-2-

        Mitra Hormozi, Special Master
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, New York 10022
        Telephone: (212) 446-4800
        Facsimile: (212) 446-6460

        Breon S. Peace, Special Master
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

14466373