# Exhibit A



**ZUCKERMAN SPAEDER LLP**   1185 Avenue of the Americas 31st Floor, NEW YORK, NY 10036-2603
212.704.9600  212.704.4256 fax    www.zuckerman.com

June 28, 2012

US Courthouse

Invoice: 284222
Client: 92000
Matter: 0008
EIN: 52-1112263

Rebecca.Kahan@dechert.com

Re: United States District Court, EDNY (Special Master)

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2012.

By Steven M. Cohen
  9.75 hours at $650.00 per hour                                 $   6,337.50

By Jer-Wei (Jay) Chen
  0.20 hours at $280.00 per hour                                 $      56.00

    TOTAL FEES                                           $   6,393.50

    TOTAL EXPENSES                                       $       0.00

    TOTAL FEES AND EXPENSES THIS INVOICE                 $   6,393.50

June 28, 2012                                                                                                    Page 2

DESCRIPTION OF SERVICES                                                              CLIENT: 92000
                                                                                     MATTER: 0008

Steven M. Cohen

| Date | Hours | Description |
|---|---|---|
| 02/27/12 | 0.50 | FDNY Specialmaster: Telephone call with Judge Garaufis regarding FDNY Specialmaster. |
| 03/08/12 | 1.00 | FDNY/Special Master: review opinion. |
| 03/22/12 | 1.50 | FDNY/Special Master: Review materials. |
| 04/02/12 | 2.50 | Vulcan Society: FDNY Meeting at Kirkland. |
| 04/05/12 | 0.75 | Vulcan Society/FDNY: review revisions. |
| 05/10/12 | 1.50 | Review proposal. |
| 05/11/12 | 1.00 | Call w/Special Masters and prep. |
| 05/21/12 | 1.00 | Conference call regarding objections/comments from parties. |

Jer-Wei (Jay) Chen

| Date | Hours | Description |
|---|---|---|
| 04/09/12 | 0.20 | Prepare and e-file affidavit serving as special master. |