# Exhibit B



| | |
|---|---|
| DATE | May 31, 2012 |
| INVOICE NO. | 1132730 |
| MATTER NO. | 120677 |
| FED. ID. 23-1425587 | |

**DECHERT LLP**
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797

The Honorable Nicolas G. Garaufis
United States Courthouse
225 Cadman Plaza East
Room 1416S
Brooklyn, NY 11201

Re: Hector Gonzalez to Serve as Special Master

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2012:

| | |
|---|---:|
| **TOTAL FEES:** | $31,091.25 |
| **TOTAL DISBURSEMENTS:** | 71.14 |
| **TOTAL CURRENT INVOICE** | $31,162.39 |

---

PLEASE INCLUDE REFERENCE NUMBER AND REMIT TO OUR CITIBANK LOCKBOX ACCOUNT AT:

DECHERT LLP
P.O. BOX 7247-6643
PHILADELPHIA, PA 19170-6643

THE AMOUNT INCLUDED FOR COSTS INCLUDES ALL EXPENSES WHICH HAVE BEEN RECEIVED AND RECORDED THROUGH THE END OF THE MONTH PRECEDING THE DATE OF THIS STATEMENT. ANY ADDITIONAL EXPENSES RECEIVED AFTER THAT DATE WILL BE BILLED IN THE FUTURE. PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE. AFTER 30 DAYS A LATE CHARGE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.

**DECHERT LLP**
DESCRIPTION OF LEGAL SERVICES
May 31, 2012

### TIME AND FEE SUMMARY

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| H. Gonzalez | Partner | 650.00 | 9.00 | 5,850.00 |
| R. Kahan | Associate | 525.00 | 30.50 | 16,012.50 |
| L. Meehan | Associate | 480.00 | 7.50 | 3,600.00 |
| D. Princ | Associate | 395.00 | 14.25 | 5,628.75 |
| | **TOTALS** | | **61.25** | **$31,091.25** |

# DECHERT LLP
## DESCRIPTION OF LEGAL SERVICES
### May 31, 2012

Hector Gonzalez to Serve as Special Master

| DATE | ATTY | HOURS | DESCRIPTION |
|---|---|---|---|
| 03/08/12 | DP | 2.00 | Reviewd prior orders and background materials; discussed case with Hector Gonzalez, Rebecca Kahan, and Laura Meehan |
| 03/08/12 | HG | 1.00 | Review 3/8/12 Memo and Order. |
| 03/08/12 | RSK | 1.00 | Initial review of filings in case. |
| 03/09/12 | DP | 0.75 | Edited draft description of case for Dechert website |
| 03/10/12 | RSK | 1.25 | Reviewed motion appointing special masters. |
| 03/12/12 | RSK | 1.25 | Reviewed orders relevant to claims administration process. |
| 03/13/12 | LM | 1.25 | Reviewed materials in advance of meeting. Met with H. Gonzalez, R. Kahan, and D. Princ regarding status. |
| 03/13/12 | DP | 0.75 | Discussed status of case with Hector Gonzalez, Rebecca Kahan, and Laura Meehan; reviewed court's prior orders |
| 03/13/12 | RSK | 3.00 | Meeting with H. Gonzalez, L. Meehan and D. Princ. Reviewed orders relevant to claims administration process. Drafted chart to summarize parties' positions regarding structure of claims process. |
| 03/14/12 | DP | 4.75 | Reviewed court's opinions and parties' submissions to organize their arguments for chart |
| 03/16/12 | RSK | 1.50 | Reviewed filings related to claims procedure. |

| DATE | ATTY | HOURS | DESCRIPTION |
|---|---|---|---|
| 03/18/12 | LM | 4.50 | Reviewed and analyzed submissions by parties on claims process. Drafted bullets for chart relating to parties' arguments on claims process. |
| 03/18/12 | DP | 4.50 | Drafted chart analyzing Subclass representatives' arguments and positions on individual claims process |
| 03/18/12 | RSK | 4.25 | Drafted summary of positions regarding claims procedure. |
| 03/19/12 | LM | 1.25 | Reviewed relevant court submissions to date. |
| 03/19/12 | RSK | 4.75 | Revised summary of positions taken by United States, Subclass and City regarding claims process. |
| 03/26/12 | RSK | 0.50 | Reviewed draft memo regarding claims procedure. |
| 03/30/12 | HG | 0.75 | Review and prepare emails; review memo regarding proposed procedures. |
| 03/30/12 | RSK | 0.50 | Drafted summary of comments to memo regarding claims procedure. |
| 04/02/12 | HG | 2.25 | Meeting with special masters regarding preparing report ordered by court regarding procedure; conference with R. Kahan regarding same. |
| 04/02/12 | RSK | 2.50 | Attended meeting to discuss proposal for claims procedure. |
| 04/05/12 | DP | 1.00 | Reviewed draft recommendations for special masters; reported edits and revisions to Hector Gonzalez |
| 04/05/12 | HG | 0.50 | Review and prepare emails; review draft report to Court; conference with R. Kahan regarding same. |
| 04/05/12 | RSK | 1.50 | Reviewed joint filing by US and City. Drafted summary of ways propsed recommendation may need to be amended. |

| DATE | ATTY | HOURS | DESCRIPTION |
|---|---|---|---|
| 04/09/12 | LM | 0.25 | Reviewed submissions by parties. |
| 04/09/12 | HG | 0.75 | Teleconference with Special Masters; review draft report to court; conference with R. Kahan. |
| 04/09/12 | RSK | 1.25 | Conference call regarding draft of report and communications regarding revisions to draft report. |
| 04/10/12 | LM | 0.25 | Review submissions by parties. |
| 04/10/12 | DP | 0.50 | Reviewed recommendations by special masters |
| 04/11/12 | RSK | 0.25 | Reviewed recent filings. Communications with special masters regarding filings. |
| 04/20/12 | RSK | 0.75 | Reviewed filings related to notice procedure. |
| 05/06/12 | RSK | 1.75 | Reviewed recent filings regarding objections to report submitted by Special Masters and drafted summary of same. |
| 05/07/12 | HG | 0.25 | Review emails regarding various submissions by the parties; conference with R. Kahan regarding same. |
| 05/11/12 | HG | 1.00 | Review emails and recent party submissions regarding Special Masters' recommendations; telephonic conference with Special Masters. |
| 05/15/12 | HG | 0.50 | Review and prepare emails; conference with R. Kahan regarding case status; review court filings. |
| 05/15/12 | RSK | 0.50 | Drafted case management materials. |
| 05/21/12 | HG | 1.00 | Review chart of party objections to SMs' report; teleconference with SMs. |
| 05/21/12 | RSK | 0.75 | Prepared for and participated in conference call with Special Masters regarding meet and confer. |

| DATE | ATTY | HOURS | DESCRIPTION |
|---|---|---|---|
| 05/22/12 | HG | 0.75 | Review and prepare emails; review court's order appointing SMs; conference with R. Kahan regarding meet and confer with parties. |
| 05/22/12 | RSK | 1.25 | Reviewed order appointing special masters. Drafted communication regarding meet and confer. |
| 05/23/12 | RSK | 0.25 | Communications regarding meet and confer. |
| 05/24/12 | RSK | 0.25 | Communications regarding meet and confer. |
| 05/29/12 | RSK | 0.25 | Communications regarding meet and confer and potential conflicts. |
| 05/30/12 | HG | 0.25 | Review and prepare emails; conference with R. Kahan regarding meet and confer with parties. |
| 05/30/12 | RSK | 1.25 | Drafted agenda for meet and confer. Communications with special masters. |

**TOTAL HOURS:**  61.25    **AMOUNT:**    $31,091.25

**DISBURSEMENTS:**

| | |
|---|---|
| Research Fees | 18.24 |
| Docket Fees | 7.20 |
| Duplication Charges | 42.70 |
| Binding | 3.00 |

**TOTAL DISBURSEMENTS:**    **$71.14**