# Exhibit C

June 22, 2012

The Honorable Nicholas G. Garaufis  
United States Courthouse  
225 Cadman Plaza East  
Room 1416S  
Brooklyn, NY 11201

Invoice No. 422974

TAX IDENTIFICATION  
NUMBER 13-5599083

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA, NEW YORK, N.Y. 10006

---

For professional services rendered as Special Master in

<u>United States of America v. City of New York</u>, 07-cv-2067 (NGG) (RLM) during March, April and May 2012:

| | | |
|---|---|---|
| Partner: | 9.50 hrs.............................. | $ 6,175.00 |
| Associate: | 22.50 hrs.............................. | $ 11,042.50 |
| Paralegal: | 1.00 hr .............................. | <u>$ 255.00</u> |
| | Total Fees Due: | $ 17,472.50 |

### ANCILLARY CHARGES

| | | |
|---|---|---|
| Computer Research | $ 49.54 | |
| Production of Documents | <u>36.40</u> | <u>85.94</u> |
| | Total Amount Due: | <u>$ 17,558.44</u> |

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR  
ACCOUNT #40581508, AT CITIBANK, N.A., NEW YORK, N.Y.  
ABA #021000089

PLEASE INCLUDE OUR INVOICE NUMBER AND THE FOLLOWING REFERENCE WITH YOUR PAYMENT:

18151-000/BSP

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| Peace, B. S. | 9.50 | 650.00 | $ 6,175.00 |
| **Associate** | | | |
| Coleman, R. | 5.75 | 415.00 | $ 2,386.25 |
| Cyr, B. | 0.25 | 525.00 | 131.25 |
| MCCOWN, A.S. | 1.25 | 415.00 | 518.75 |
| Shapiro, S.B. | 15.25 | 525.00 | 8,006.25 |
| **Paralegal** | | | |
| Racek, S. | 1.00 | 255.00 | $ 255.00 |
| Totals: | 33.00 | | $ 17,472.50 |

CLIENT: 18151     B.Peace, Special Master
MATTER: 18151-000     Breon Peace, Special Master, USDC, EDNY - FDNY Proceeding

| NAME | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Peace, B. S. | 03/14/12 | Prepared and filed affidavit with court. | 0.50 |
| Cyr, B. | 03/15/12 | Coordinate delivery of courtesy copy of affidavit to court. | 0.25 |
| Peace, B. S. | 03/19/12 | Email with special masters regarding process. | 0.25 |
| Peace, B. S. | 03/23/12 | Email regarding process for individual cases. | 0.25 |
| Peace, B. S. | 03/31/12 | Reviewed decision and proposed process. | 1.50 |
| Peace, B. S. | 04/02/12 | Met with special masters to discuss process. | 2.00 |
| Peace, B. S. | 04/05/12 | Email with special masters regarding process. | 0.25 |
| Peace, B. S. | 04/06/12 | Met with S. Shapiro regarding matter. | 0.25 |
| Shapiro, S.B. | 04/06/12 | Read recent filings in the case and met w/ B. Peace about the matter. | 1.75 |
| Coleman, R. | 04/09/12 | Met with team to discuss matter. | 0.25 |
| Coleman, R. | 04/09/12 | Follow-up communications with S. Shapiro, A. McCown regarding case matters. | 0.25 |
| MCCOWN, A.S. | 04/09/12 | Met with team to discuss matter; request paralegal and litigation notebook for matter. | 0.75 |
| Peace, B. S. | 04/09/12 | Conference call with Special Masters. Met with team to discuss matter. | 0.75 |
| Shapiro, S.B. | 04/09/12 | Reviewed and made suggested edits in track changes to draft Special Masters' submission to be filed w/ court. | 0.75 |
| Shapiro, S.B. | 04/09/12 | Conference call w/ B. Peace and other Special Masters and met with team to discuss matter. | 0.75 |
| MCCOWN, A.S. | 04/10/12 | Met with S. Racek to introduce her to the matter and discuss projects. | 0.50 |

CLIENT: 18151     B.Peace, Special Master
MATTER: 18151-000    Breon Peace, Special Master, USDC, EDNY - FDNY Proceeding

| NAME | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Racek, S. | 04/10/12 | Met with A. McCown re new case matter. | 0.50 |
| Racek, S. | 04/10/12 | Coordinated setting up the new case management system. | 0.50 |
| Coleman, R. | 04/23/12 | Reviewed background case materials. | 4.75 |
| Coleman, R. | 04/26/12 | Reviewed recent case memorandum and order. | 0.50 |
| Shapiro, S.B. | 05/03/12 | Read and took notes on the memoranda, orders, and papers recently filed on the case docket. | 3.00 |
| Peace, B. S. | 05/04/12 | Met with S. Shapiro regarding developments re: proposed plan. | 0.50 |
| Shapiro, S.B. | 05/04/12 | Read and took notes on remaining memoranda, orders and papers filed on case docket. | 1.00 |
| Shapiro, S.B. | 05/04/12 | Met w/ B. Peace regarding developments re: proposed plan. | 0.50 |
| Shapiro, S.B. | 05/04/12 | Reviewed case filings re the Court ordered schedule and dates associated with each deadline and prepared memo outlining the schedule and associated deadlines for the claims process. | 1.50 |
| Peace, B. S. | 05/09/12 | Email with Special Masters regarding conference call. | 0.25 |
| Shapiro, S.B. | 05/10/12 | Reviewed memoranda submitted by US, City of NY, and Subclasses Counsel responding to Special Masters' Recommendations and prepared chart compiling and commenting on parties' responses. | 3.25 |
| Peace, B. S. | 05/11/12 | Conference call with Special Masters. | 0.50 |
| Shapiro, S.B. | 05/11/12 | Conference call w/ B. Peace and other Special Masters. | 0.50 |
| Peace, B. S. | 05/15/12 | Email with Special Masters. | 0.25 |

2

CLIENT: 18151     B.Peace, Special Master
MATTER: 18151-000     Breon Peace, Special Master, USDC, EDNY - FDNY Proceeding

| NAME | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| Peace, B. S. | 05/21/12 | Telephone conference call with Special Masters. Prepared for call with Special Masters. Reviewed filings. | 1.00 |
| Shapiro, S.B. | 05/21/12 | Edited comparison chart of Special Masters' recommendations and parties' responses to the recommendations and circulated chart to Special Masters. | 0.50 |
| Shapiro, S.B. | 05/21/12 | Participated in conference call w/ B. Peace and other Special Masters. | 0.50 |
| Peace, B. S. | 05/22/12 | Email re: meet and confer with parties. | 0.25 |
| Shapiro, S.B. | 05/22/12 | Read new filings (memoranda and orders) and updated B. Peace on new filings. | 1.00 |
| Peace, B. S. | 05/23/12 | Email re: meet and confer. | 0.25 |
| Peace, B. S. | 05/24/12 | Email with parties regarding meet and confer. | 0.25 |
| Peace, B. S. | 05/29/12 | Prep for meet and confer. | 0.25 |
| Peace, B. S. | 05/30/12 | Email re: meet and confer. | 0.25 |
| Shapiro, S.B. | 05/30/12 | Call w/ R. Kahan re meet and confer. | 0.25 |
| | | MATTER TOTALS: | 33.00 |