# Exhibit D

# KIRKLAND & ELLIS LLP

**AND AFFILIATED PARTNERSHIPS**

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 19, 2012

United States Courthouse
225 Cadman Plaza East
Room 1416S
Brooklyn, NY  11201

The Honorable Nicholas G. Garaufis

**Invoice Number: 3943402**
**Client Matter: 40004-4**

---

**In the Matter of   United States vs. City of New York**

For legal services rendered through May 31, 2012
(see attached Description of Legal Services for detail)                 $ 30,427.50

For expenses incurred through May 31, 2012
(see attached Description of Expenses for detail)                       $ 1,096.49

Total legal services rendered and expenses incurred                     $ 31,523.99

United States Courthouse
Legal Service for the Period Ending May 31, 2012
June 19, 2012

### Summary of Hours Billed

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Mitra Hormozi | 5.25 | 650.00 | 3,412.50 |
| Shireen Barday | 17.75 | 525.00 | 9,318.75 |
| Leopoldo J Yanez | 35.75 | 495.00 | 17,696.25 |
| TOTALS | 58.75 | | $30,427.50 |

United States Courthouse
Legal Service for the Period Ending May 31, 2012
June 19, 2012

## Description of Legal Services

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 3/12/12 | Leopoldo J Yanez | 2.50 | Research standard used to calculate non pecuniary damages in Title VII disparate impact discrimination cases. |
| 3/13/12 | Leopoldo J Yanez | 5.00 | Research standard used to calculate non pecuniary damages in Title VII disparate impact discrimination cases. |
| 3/13/12 | Mitra Hormozi | 1.00 | Review materials. |
| 3/14/12 | Shireen Barday | .75 | Office conference with M. Hormozi re case strategy and memorandum re process for determining claims. |
| 3/14/12 | Leopoldo J Yanez | 1.00 | Research standard used to calculate non pecuniary damages in Title VII disparate impact discrimination cases; conference with M. Hormozi and S. Barday re same; review, draft, organize, and respond to correspondence. |
| 3/19/12 | Leopoldo J Yanez | 1.75 | Draft memorandum re claims process; review March 8, 2012 Order and claims review process proposals from all parties. |
| 3/21/12 | Leopoldo J Yanez | 2.00 | Draft and edit memorandum re claims process; review March 8, 2012 Order and claims review process proposals from all parties. |
| 3/22/12 | Shireen Barday | 3.75 | Review and revise draft memorandum to special masters re claims process; correspondences with L. Yanez re same. |
| 3/22/12 | Leopoldo J Yanez | 6.50 | Review March 8, 2012 Order and claims review process proposals from all parties; review case docket; edit memorandum re claims process; telephone conference with S. Barday re same. |

United States Courthouse
Legal Service for the Period Ending May 31, 2012
June 19, 2012

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 3/23/12 | Shireen Barday | 6.25 | Correspondences with M. Hormozi, L. Yanez re claims process; review and revise memorandum to special masters re same; research standard of review and FRCP rules relating to review of decisions of special masters; research evidentiary standard for damages claims in Title VII cases; office conference with M. Hormozi, L. Yanez re draft memorandum to special masters; review correspondences from H. Gonzalez re updates from status conference with Court; review filings by City and DOJ relating to claims process. |
| 3/23/12 | Leopoldo J Yanez | 6.50 | Review summary of proposals for claims procedure; edit memorandum re claims process; conference with S. Barday and M. Hormozi re same. |
| 3/23/12 | Mitra Hormozi | 1.00 | Meeting with S. Barday and L. Yanez on edits to draft claims process memorandum; review and edit same. |
| 4/02/12 | Mitra Hormozi | 2.50 | Meeting with Cohen, Peace and Gonzalez re case; review edits. |
| 4/03/12 | Shireen Barday | 1.50 | Office conference with M. Hormozi re revisions to memorandum setting forth procedures for claims adjudication; review and revise memorandum re same. |
| 4/04/12 | Shireen Barday | 1.25 | Review and revise memorandum recommendations of special masters re procedures set for claims adjudication, including by revising deadlines and adding legal research re FRCP 6; draft correspondence to M. Hormozi re same. |
| 4/05/12 | Shireen Barday | 1.00 | Review and revise memorandum re claims process; review correspondences re same; review correspondences from L. Yanez re April 4, 2012 joint scheduling letter from parties; draft correspondences to M. Hormozi re same. |

United States Courthouse
Legal Service for the Period Ending May 31, 2012
June 19, 2012

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 4/05/12 | Leopoldo J Yanez | 2.50 | Review exhibit 2 to the United State's proposed claims process memo and compare to special masters' draft proposal; draft summary of the same. |
| 4/06/12 | Shireen Barday | 1.00 | Review April 4, 2012 parties' joint submission to Court re scheduling; review correspondence from L. Yanez re same; correspondences with M. Hormozi re same and impact, if any, on proposed deadlines in current draft of recommended claims process. |
| 4/06/12 | Leopoldo J Yanez | 3.00 | Compare exhibit 2 of the United States proposed claims process to the parties joint proposed claims process; draft summary of same; update memo in response to the parties' joint proposed claims process; teleconference with S. Barday re same. |
| 4/09/12 | Shireen Barday | 1.50 | Telephone conference with Special Masters re revisions to proposed guidelines for claims process; telephone conference with K&E support staff re electronic filing and requirements; review and revise proposed guidelines for claims process; coordinate filing with court re same. |
| 4/09/12 | Leopoldo J Yanez | 4.50 | Teleconference with M. Hormozi, S. Barday, and Special Masters to discuss the parties' joint proposed claims process and edits to the Special Masters' proposed claims process; review, draft, and edit Special Masters' proposed claims process; teleconference with S. Barday re same. |
| 4/10/12 | Shireen Barday | .25 | Draft cover letter for courtesy copies (faxed) to Chambers; fax courtesy copy to Chambers. |
| 4/10/12 | Leopoldo J Yanez | .50 | Teleconference with S. Barday to discuss recent filings related to the claims process; coordinate with B. Howe to create a binder for same. |

United States Courthouse
Legal Service for the Period Ending May 31, 2012
June 19, 2012

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 5/03/12 | Shireen Barday | .50 | Review filing by United States relating to claims process and memorandum and recommendations of special masters. |
| 5/11/12 | Mitra Hormozi | .25 | Telephone conference with other special masters. |
| 5/21/12 | Mitra Hormozi | .50 | Telephone conference with other special masters. |
| | | 58.75 | TOTAL HOURS |

United States Courthouse
Legal Service for the Period Ending May 31, 2012
June 19, 2012

## Description of Expenses

| Description | Amount |
|---|---|
| Color Copies or Prints | 4.95 |
| Catering Expenses | 40.00 |
| Computer Database Research | 947.91 |
| Scanned Images | 1.80 |
| Production Blowbacks | 47.10 |
| Third Party Telephone Charges | 1.57 |
| Standard Copies or Prints | 53.16 |
| | |
| TOTAL EXPENSES | $ 1,096.49 |