Case 1:07-cv-02067-NGG-RLM Document 921 Filed 07/10/12 Page 1 of 2 PageID #: 22840

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ JUL 10 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

               Plaintiff,

-and-

THE VULCAN SOCIETY, INC., *for itself and on behalf of its members*, JAMEL NICHOLSON, *and* RUSEBELL WILSON, *individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief*;

ROGER GREGG, MARCUS HAYWOOD, *and* KEVIN WALKER, *individually and on behalf of a subclass of all other non-hire victims similarly situated*; and

CANDIDO NUÑEZ *and* KEVIN SIMPKINS, *individually and on behalf of a subclass of all other delayed-hire victims similarly situated*,

               Plaintiff-Intervenors,

-against-

THE CITY OF NEW YORK,

               Defendant,

-and-

THE UNIFORMED FIREFIGHTERS ASSOCIATION OF GREATER NEW YORK,

               A Non-Aligned Party.

------------------------------------------------------------------X

**ORDER**

**07-CV-2067 (NGG) (RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

     The court scheduled a fairness hearing regarding individual remedies for September 28, 2012. (Relief Order (Docket Entry # 916) Section II.) Upon considering the number of individuals who may wish to speak at the fairness hearing, the court believes that multiple days

1

of testimony may be required. Accordingly, after consultation with and upon the consent of the parties, the court cancels the hearing set for September 28, 2012, reschedules the hearing for October 1, 2012, and reserves October 2, 2012, for a second day of testimony if required. The court withdraws the Relief Order provisionally entered July 5, 2012, and provisionally enters a new Relief Order, dated today's date, that schedules a fairness hearing for October 1, 2012.

SO ORDERED.

Nicholas G. Garaufis

Dated: Brooklyn, New York
July 9, 2012

NICHOLAS G. GARAUFIS
United States District Judge