UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                    :

UNITED STATES OF AMERICA,
                                                    :

          Plaintiff,
                                                      :    **THIRTEENTH**
     -and-                                                 **STATEMENT OF FEES &**
                                                     :    **EXPENSES**

THE VULCAN SOCIETY, INC., for itself and on behalf of
its members, and MARCUS HAYWOOD, CANDIDO    :    **07-cv-2067 (NGG)(RLM)**
NUÑEZ and ROGER GREGG, individually and on behalf
of a class of all others similarly situated,                        :

               Plaintiffs-Intervenors,              :

    -against-                                               :

THE CITY OF NEW YORK,                                :

               Defendant.                              :

------------------------------------------------------------------------x

MARY JO WHITE, Special Master.

      The Special Master submits this Thirteenth Statement of Fees and Expenses pursuant to the Court's June 1, 2010 Order Appointing Special Master (the "Appointment Order") (Dkt. No. 448, ¶ 14). The Appointment Order requires that:

> Every 60 days, the Special Master shall submit to the court an itemized statement of fees and expenses, which the court will inspect for regularity and reasonableness. If the court determines the itemized statement is regular and reasonable, the court will sign it and transmit it to the parties. The City shall then remit to the Special Master any court-approved amount, within 20 calendar days of court approval.

(*Id.*)

The Special Master and her law firm have agreed to work on a pro bono basis and accordingly, there are no fees to be paid. For the period of May 31, 2012 through July 31, 2012, the Special Master has incurred expenses totaling $241.25.[1] An itemized list of the expenses is attached as Exhibit 1.

This statement also includes Dr. Shane Pittman's fees and expenses for the months of June and July. For the month of June, her fees were $22,187.50, and she incurred expenses in the amount of $6,505.44, for a total of $28,692.94. For the month of July, Dr. Pittman's fees were $5,875.00, and she did not incur any expenses, for a total of $5,875.00. Invoices for Dr. Pittman's fees and expenses are attached hereto as Exhibits 2 and 3. As a result of the Court's appointment of Dr. Pittman as the third member of the Test Validation Board ("TVB") (Dkt. No. 802 at 11), she performed work in June and July relating to her role as a member of the TVB, in addition to her regular work as the Special Master's expert consultant. For that reason, the fees incurred for the month of June are greater than the projected monthly fees of between $7,000 to $17,000 stated in the Special Master's Application for Approval of Proposed Budget for Special Master's Expert Consultant (Dkt. No. 516), which was approved by the Court on September 3, 2010 (Dkt. No. 519). Dr. Pittman's fees incurred for the month of July are less than the projected monthly fees of $7,000 to $17,000.

Accordingly, the total expenses for the Special Master's work for this period were $34,809.19, $241.25 of which is due to the Special Master's firm and $34,567.94 of which is due to Dr. Pittman. We respectfully request that the Court approve all of these expenses.

---

[1]  This statement also includes some expenses for earlier in May. Those expenses were not included in the prior statement of expenses because the relevant invoices were not received in advance of submitting that statement.

3

/s/  Mary Jo White\_\_\_\_

Mary Jo White

Dated:  July 31, 2012

# EXHIBIT 1

**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

*EASTERN DISTRICT OF NEW YORK-Special Master Appointment*

07/31/2012

Invoice Number 1266838

*Disbursements and Charges itemized for the period May 31, 2012 to Jul 31, 2012.*

### Detailed Breakdown of Charges and Disbursements

| Description | Amount |
|---|---:|
| Telephone Toll Calls, Conferencing & Outside Vendors | $162.93 |
| Research Services | $78.32 |
| **Total:** | **$241.25** |

# EXHIBIT 2

Invoice for Services from:
**The Pittman McLenagan Group, L.C.**
**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**
**Tax Identification #: 52-1924078**
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Jun-12

| | | |
|---|---|---|
| **Project:** | FDNY Entry Level Testing | |
| **Invoice #:** | | NYCvUS Jun-12 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 7/24/2012 | |
| **Please Remit this Amount:** | $28,692.94 | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 6/7/2012 | Meeting with the Test Validation Board ("TVB") panel | 7.50 | $1,875.00 |
| 6/8/2012 | Meeting with the TVB panel | 9.00 | $2,250.00 |
| 6/12/2012 | Meeting with the TVB panel | 7.50 | $1,875.00 |
| 6/13/2012 | Meeting with the TVB panel | 9.50 | $2,375.00 |
| 6/14/2012 | Meeting with the TVB panel | 9.50 | $2,375.00 |
| 6/15/2012 | Meeting with the TVB panel | 6.00 | $1,500.00 |
| 6/18/2012 | Call with C. Dike-Minor | 0.25 | $62.50 |
| 6/20/2012 | Work related to the TVB report | 0.50 | $125.00 |
| 6/21/2012 | Meeting with the TVB panel | 10.00 | $2,500.00 |
| 6/22/2012 | Meeting with the TVB panel | 5.00 | $1,250.00 |
| 6/22/2012 | Call with C. Dike-Minor; Reviewed/responded to correspondence | 0.50 | $125.00 |
| 6/25/2012 | Meeting with the TVB panel | 9.00 | $2,250.00 |
| 6/26/2012 | Meeting with the TVB panel | 9.00 | $2,250.00 |
| 6/27/2012 | Work related to the TVB report | 0.50 | $125.00 |
| 6/27/2012 | Work related to TVB documentation | 1.50 | $375.00 |
| 6/27/2012 | Call with J. Weiner regarding the TVB | 0.75 | $187.50 |
| 6/27/2012 | Reviewed materials; reviewed/responded to correspondence | 0.50 | $125.00 |
| 6/28/2012 | Call with R. Feldman; reviewed/responded to correspondence | 0.25 | $62.50 |
| 6/28/2012 | Reviewed materials for call with experts | 0.50 | $125.00 |
| 6/28/2012 | Call with experts | 1.50 | $375.00 |
| | | | $0.00 |
| | | | $0.00 |
| | Expenses | | $6,505.44 |
| | | 88.75 | $22,187.50 |
| | Total Hours + Expenses | | $28,692.94 |

# EXHIBIT 3

Invoice for Services from:
**The Pittman McLenagan Group, L.C.**
**6626-A Wilson Lane**
**Bethesda, MD  20817**
**301.320.9500**
**Tax Identification #: 52-1924078**
**PMG Contact:**
Shane Pittman, Ph.D.
301-320-9500

Invoice to:
Philip A. Fortino
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

**Billing Hours for Client: NYC v US**
Jul-12

| | | |
|---|---|---|
| **Project:** | FDNY Entry Level Testing | |
| **Invoice #:** | | NYCvUS Jul-12 |
| **Terms:** | Net 15 | |
| **Inv. Date:** | 7/31/2012 | |
| **Please Remit this Amount:** | $5,875.00 | |
| **Remit to:** | **The Pittman McLenagan Group, L.C.** | |
| | 6626-A Wilson Lane | |
| | Bethesda, MD  20817 | |

| Date | Project Description | Hours | Cost |
|---|---|---|---|
| 7/9/2012 | Reviewed emails relating to work as a member of the Test Validation Board ("TVB") | 0.25 | $62.50 |
| 7/10/2012 | Reviewed materials and correspondence | 0.75 | $187.50 |
| 7/17/2012 | Reviewed materials | 0.25 | $62.50 |
| 7/18/2012 | Reviewed/responded to correspondence | 0.50 | $125.00 |
| 7/19/2012 | Reviewed materials | 1.00 | $250.00 |
| 7/20/2012 | Reviewed materials with M. McLenagan, PMGLC | 3.00 | $750.00 |
| 7/19/2012 | Reviewed materials with M. McLenagan, PMGLC | 2.00 | $400.00 |
| 7/20/2012 | Reviewed materials | 3.00 | $600.00 |
| 7/20/2012 | Call with P. Fortino, C. Dike-Minor, and R. Feldman to discuss materials | 1.00 | $250.00 |
| 7/23/2012 | Call with experts | 1.00 | $250.00 |
| 7/23/2012 | Work related to the TVB report | 2.50 | $625.00 |
| 7/24/2012 | Reviewed/responded to correspondence | 0.25 | $62.50 |
| 7/24/2012 | Call with Special Master, parties, and experts | 0.75 | $187.50 |
| 7/25/2012 | Call with J. Weiner regarding TVB report | 1.50 | $375.00 |
| 7/26/2012 | Reviewed materials | 0.50 | $125.00 |
| 7/26/2012 | Reviewed/responded to correspondence | 0.25 | $62.50 |
| 7/26/2012 | Call with experts | 1.25 | $312.50 |
| 7/26/2012 | Call with C. Dike-Minor | 0.50 | $125.00 |
| 7/26/2012 | Reviewed/responded to correspondence; Call with C. Dike-Minor | 0.50 | $125.00 |
| 7/27/2012 | Reviewed/responded to correspondence | 0.50 | $125.00 |
| 7/27/2012 | Call with TVB panel | 1.50 | $375.00 |
| 7/29/2012 | Reviewed correspondence | 0.25 | $62.50 |
| 7/30/2012 | Reviewed materials | 0.75 | $187.50 |
| 7/30/2012 | Reviewed/responded to correspondence | 0.75 | $187.50 |
| | Expenses | | $0.00 |
| | | 24.50 | $5,875.00 |
| | Total Hours + Expenses | | $5,875.00 |