

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ AUG 20 2012 ★
BROOKLYN OFFICE (212) 788-0800
FAX (212) 227-5641
mcardozo@law.nyc.gov

August 17, 2012

VIA ECF FILING

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  USA v. City, Civil Action No.: 07 CV 2067 (NGG)(RLM)
           Law Dept. No.: 2007-017441

Dear Judge Garaufis:

      In a decision and order dated October 19, 2010, this Court directed that I personally sign all further submissions by the City in this matter. I will be on vacation from August 17, 2012 through August 24, 2012 and, therefore, will be unavailable to sign any City submissions to the Court. Consequently, I respectfully request that the Court accept submissions signed by First Assistant Corporation Counsel Jeffrey D. Friedlander during the period that I will be unavailable.

      Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  Michael A. Cardozo

Cc:    All counsel

*Application granted.*
*So ordered*
s/Nicholas G. Garaufis
8/20/12