DOCKET NUMBER: **07-CV-2067 (NGG)**

CIVIL CAUSE FOR: **HEARING**

Date Received By Docket Clerk:_____ Docket Clerk Initials:_____

BEFORE JUDGE: **GARAUFIS**  DATE: **10/03/12** TIME: **9:30 AM**     IN COURT **4** HRS_MINS

DOCKET NUMBER:  NAME OF CASE: **USA V. CITY OF NEW YORK, et al.**

APPEARANCES:

FOR PLAINTIFF: **ERIC BACHMAN, ALLAN TOWNSEND, BARBARA SCHWABAUER, ELLIOT SCHACHNER, AND KATHRYN LADEWSKI, RICHARD LEVY, DANA LOSSIA, RICHARD BETHEIL & STEVEN RABINOWITZ, GHITA SCHWARZ, CHAUNIQUA YOUNG & DARIUS CHARNEY**

FOR DEFENDANT: **KATHLEEN MARIE COMFREY & YUVAL RUBINSTEIN**

COURTROOM DEPUTY : **JOSEPH RECCOPPA**

COURT REPORTER : **RICHARD BARRY**

INTERPRETER:_____   LANGUAGE: _____

Select the Type of Hearing or Trial

| | | |
|---|---|---|
| [ ]Arbitration Hearing | [X] Fairness Hearing | [ ]Interim Remand Hearing |
| [ ]Argument on Bankruptcy Appeal | [ ]Hearing Out of Jury Presence | [ ]Removal Hearing |
| [ ]Attorney Appointment Hearing | [ ]In Camera Hearing | [ ]Scheduling Conference |
| [ ]Bench Trial | [ ]In Chambers Conference | [ ]Settlement Conference |
| [ ]Confirmation Hearing | [ ]Initial Conference Hearing | [ ]Show Cause Hearing |
| [ ]Contempt Hearing | [ ]Judgment Debtor Exam | [ ]Status Conference |
| [ ]Daubert Hearing | [ ]Jury Selection | [ ]Summary Jury Trial |
| [ ]Discovery Hearing | [ ]Jury Trial | [ ]Telephone Conference |
| [ ]Docket Call | [ ]Pre Motion Conference | [ ]Three-Judge Court Hearing |
| []Evidentiary Hearing | [ ]Pretrial Conference | [ ]Voir Dire |
| [ ]Exparte Matter | [ ]Final Pretrial Conference | [ ]Writ Hearing |
| [ ]Forfeiture Hearing | [ ]Initial Pretrial Conference | |
| [ ]Other (please specify)_____ | | |

**OTHER: HEARING HELD; INTRODUCTORY STATEMENT MADE BY THE COURT; ATTORNEY ERIC BACHMAN MAKES A BRIEF PRESENTATION ON BEHALF OF THE PLAINTIFF AND THE JUSTICE DEPARTMENT. SCHEDULED OBJECTORS SPEAK OUT AGAINST THE COURT'S PROPOSED RELIEF ORDER.**