# FAIRNESS HEARING

DOCKET NUMBER: <u>**07-CV-2067 (NGG)**</u>

CIVIL CAUSE FOR: <u>**HEARING**</u>

Date Received By Docket Clerk:_____ Docket Clerk Initials:_____

BEFORE JUDGE: <u>**GARAUFIS**</u>   DATE: <u>**10/04/12**</u> TIME: <u>**9:30 AM**</u>     IN COURT__<u>**5**</u>__HRS_MINS

DOCKET NUMBER:  NAME OF CASE: <u>**USA  V. CITY OF NEW YORK, et al.**</u>

APPEARANCES:

FOR PLAINTIFF: <u>**ERIC BACHMAN, ALLAN TOWNSEND, BARBARA SCHWABAUER, ELLIOT SCHACHNER, AND KATHRYN LADEWSKI, RICHARD LEVY, DANA LOSSIA, RICHARD BETHEIL & STEVEN RABINOWITZ, GHITA SCHWARZ , CHAUNIQUA YOUNG & DARIUS CHARNEY**</u>

FOR DEFENDANT: <u>**KATHLEEN MARIE COMFREY & YUVAL RUBINSTEIN**</u>

COURTROOM DEPUTY : <u>**JOSEPH RECCOPPA**</u>

COURT REPORTER  : <u>**RICHARD BARRY**</u>

INTERPRETER:_____     LANGUAGE: _____

Select the Type of Hearing or Trial

| | | |
|---|---|---|
| [ ]Arbitration Hearing | [X] Fairness Hearing | [ ]Interim Remand Hearing |
| [ ]Argument on Bankruptcy Appeal | [ ]Hearing Out of Jury Presence | [ ]Removal Hearing |
| [ ]Attorney Appointment Hearing | [ ]In Camera Hearing | [ ]Scheduling Conference |
| [ ]Bench Trial | [ ]In Chambers Conference | [ ]Settlement Conference |
| [ ]Confirmation Hearing | [ ]Initial Conference Hearing | [ ]Show Cause Hearing |
| [ ]Contempt Hearing | [ ]Judgment Debtor Exam | [ ]Status Conference |
| [ ]Daubert Hearing | [ ]Jury Selection | [ ]Summary Jury Trial |
| [ ]Discovery Hearing | [ ]Jury Trial | [ ]Telephone Conference |
| [ ]Docket Call | [ ]Pre Motion Conference | [ ]Three-Judge Court Hearing |
| []Evidentiary Hearing | [ ]Pretrial Conference | [ ]Voir Dire |
| [ ]Exparte Matter | [ ]Final Pretrial Conference | [ ]Writ Hearing |
| [ ]Forfeiture Hearing | [ ]Initial Pretrial Conference | |
| [ ]Other (please specify)_____ | | |

**OTHER:  HEARING HELD;  INTRODUCTORY STATEMENT MADE BY THE COURT; ATTORNEY ERIC BACHMAN MAKES A BRIEF PRESENTATION ON BEHALF OF THE PLAINTIFF AND THE JUSTICE  DEPARTMENT. LAST  SCHEDULED  OBJECTORS SPEAK OUT  AGAINST THE COURT'S  PROPOSED  RELIEF ORDER. THE DECISION AS TO THE REMEDIAL ORDER IS RESERVED.**