

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

October 24, 2012

VIA ECF FILING
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  USA v. City,
           Civil Action No.: 07 CV 2067 (NGG)(RLM)
           Law Dept. No.: 2007-017441

Dear Judge Garaufis:

      In a decision and order dated October 19, 2010, this Court directed that I personally sign all further submissions by the City in this matter. I will be out of the country from the afternoon of October 24, 2012 until November 11, 2012, and, therefore, will be unavailable to sign the City's submissions. Consequently, I respectfully request that during the period that I will be unavailable the Court accept submissions signed by First Assistant Corporation Counsel Jeffrey D. Friedlander.

      Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        Michael A. Cardozo

Cc:    All counsel