UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                  Plaintiff,

        -and-

    THE VULCAN SOCIETY, INC., *for itself and on behalf of its members*, JAMEL NICHOLSON, *and* RUSEBELL WILSON, *individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief*;

    ROGER GREGG, MARCUS HAYWOOD, *and* KEVIN WALKER, *individually and on behalf of a subclass of all other non-hire victims similarly situated*; and

    CANDIDO NUÑEZ *and* KEVIN SIMPKINS, *individually and on behalf of a subclass of all other delayed-hire victims similarly situated*,

                  Plaintiff-Intervenors,

        -against-

    THE CITY OF NEW YORK,

                  Defendant.

------------------------------------------------------------------X

**ORDER**

**07-CV-2067 (NGG) (RLM)**

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ AUG 19 2013 ★
BROOKLYN OFFICE

NICHOLAS G. GARAUFIS, United States District Judge.

    Before the court is the parties' joint request that the court adopt the recommendations of Special Masters Gonzalez and Peace that Claimants 200002006 and 200000551 are eligible as Nonhire Claimants for priority hiring and monetary relief.[1] (Aug. 13, 2013, U.S. Ltr. (Dkt. 1185.)

---

[1]     An overview of the process for determining eligibility for relief, as well as the applicable standards is set forth in the court's May 9, 2013, Memorandum & Order. (See May 9, 2013, Mem. & Order Adopting R&Rs (Dkt. 1112).)

1

Because there has been no objection to this recommendation, the court reviews it for clear error. See Fed. R. Civ. P. 53. Finding none, the recommendations are ADOPTED.

SO ORDERED.

                                                                                 s/Nicholas G. Garaufis

Dated: Brooklyn, New York                      NICHOLAS G. GARAUFIS 
       August 19, 2013                          United States District Judge