UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

                -and-

THE VULCAN SOCIETY, INC., *for itself and on
behalf of its members*, JAMEL NICHOLSON, *and*
RUSEBELL WILSON, *individually and on behalf
of a subclass of all other victims similarly situated
seeking classwide injunctive relief*;

ROGER GREGG, MARCUS HAYWOOD, *and*
KEVIN WALKER, *individually and on behalf of a
subclass of all other non-hire victims similarly
situated*; and

CANDIDO NUÑEZ *and* KEVIN SIMPKINS,
*individually and on behalf of a subclass of all other
delayed-hire victims similarly situated*,

                    Plaintiff-Intervenors,

              -against-

THE CITY OF NEW YORK,

                    Defendant.

**ORDER**

**07-CV-2067 (NGG) (RLM)**

-------------------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

In the Final Relief Order, the court found that "individuals who satisfy the definition of

Nonhire Claimant or Delayed-Hire Claimant, as well as the other lawful qualifications, will be

eligible to receive . . . damages for certain noneconomic harms." (Final Relief Order (Dkt. 1012)

at 8.) Special Master Hormozi found that Claimant 20001350 satisfied these criteria, and

consequently was potentially entitled to damages for certain noneconomic harms. (June 6, 2013,

R&R (Dkt. 1145-3) at 7.) The court adopted Special Master Hormozi's Report and

1

Recommendation. (Mem. & Order (Dkt. 1182).) Accordingly, Claimant 200001350 was

entitled to present his claim for noneconomic harm to a Special Master for a Report and

Recommendation on damages. (Final Relief Order; Mem. & Order Confirming Appointment of

Special Masters (Dkt. 883).)

On January 28, 2014, Claimant 200001350 submitted his claim to Special Master Peace.

(Aug. 7, 2015, R&R (Dkt. 1623) at 3.) On February 11, 2015, Claimant 200001350 appeared

before Special Master Peace for a damages hearing. (Id. at 4.) Before the court is Special

Master Peace's Report and Recommendation, which finds that Claimant 200001350 is eligible

for a compensatory damages award in the amount of $30,000. (Id. at 3.)

There has been no objection to the R&R. The court has nonetheless reviewed the R&R

and found no error. See Fed. R. Civ. P. 53; United States v. City of New York, No. 07-CV-2067

(NGG) (RLM), 2013 WL 4516108, at *1 (E.D.N.Y. Aug. 19, 2013). Accordingly, the Report

and Recommendation is ADOPTED IN FULL.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
      November 18, 2015

NICHOLAS G. GARAUFIS
United States District Judge