# EXHIBIT 1



# INVOICE

1245 Park Street, Suite #1A
Peekskill, NY 10566 USA
Phone 914-437-8749

INVOICE #12-CG-53
PAGE 1 OF 1

2/12/21

**TO:**
Cohen and Gresser, LLP
800 Third Avenue
New York, NY 10022

**FOR:**
Services rendered in relation to Monitorship of United States of America, The Vulcan Society, Inc. *et al* v. City of New York.
December 1, 2020 through January 31, 2021

| DESCRIPTION | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| **Staff Time Total:** | | | |
| Principal | 35.4 | $350.00 | $12,390.00 |
| Associate | 63.0 | $275.00 | $17,325.00 |
| Analyst | 0 | $100.00 | 0 |
| Administrative Specialist | 0 | $75.00 | 0 |
| Administrative Assistant | 0 | $45.00 | 0 |
| Sub-Total, Labor | | | $29,715.00 |
| **Expenses:** | | | |
| | | | $0 |
| Sub-Total, Expenses | | | $0 |
| **TOTAL EXPENSES AND LABOR** | | | $29,715.00 |

Make all checks payable to Manitou, Inc. US IRS EIN 13-4070361
Total due in 30 days.

**Thank you for your business!**

**Supporting Detail: Invoice 12-CG-53**

Table INV-53A: Summary of Hours by Labor Category and Task, Invoice 12-CG-53

| Labor Category/ Task | Task 1: Attrition Mitigation Plan | Task 2: Strategic Planning Assistance | Task 3: FDNY Baseline | Task 4: NYPD | Task 5: Research Best Practices | Task 6: FDNY Engagement Plan | Task 7: Support Oversight of City's Consult. | Task 8: Review Ma5erials | Task 9: Media/ Messaging | Task 10: Meetings | Task 11: Other Tasks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal | | 1.1 | | | | | | 9.3 | | 17.6 | 7.4 |
| Associate | | 0.9 | | | | | | 7.4 | | 17.8 | 36.9 |
| Analyst | | | | | | | | | | | |
| Administrative Specialist | | | | | | | | | | | |
| Admin. Assistant | | | | | | | | | | | |

2/12/2021    1

Table INV-53B: Summary of Hours by Person by Task

|  | Task 1: Attrition Mitigation Plan | Task 2: Strategic Planning Assistance | Task 3: FDNY Baseline | Task 4: NYPD | Task 5: Research Best Practices | Task 6: FDNY Engagement Plan | Task 7: Support Oversight of City's Consult. | Task 8: Review Materials | Task 9: Media/ Messaging | Task 10: Meetings | Task 11: Other Tasks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Charles Jennings |  | 1.1 |  |  |  |  |  | 4.3 |  | 15.6 | 7.4 |
| Adam Thiel |  |  |  |  |  |  |  | 5.0 |  | 2.0 |  |
| Kevin Roche |  |  |  |  |  |  |  | 5.0 |  |  |  |
| Peter Van Dorpe |  |  |  |  |  |  |  |  |  |  |  |
| Max Wilson |  | 0.9 |  |  |  |  |  |  |  | 1.5 | 20.4 |
| Alison Wilkey |  |  |  |  |  |  |  |  |  |  |  |
| Alfredo Suarez |  |  |  |  |  |  |  |  |  |  |  |
| Eric Tade |  |  |  |  |  |  |  |  |  |  |  |
| Gary Richardson |  |  |  |  |  |  |  |  |  | 5.3 | 0.5 |
| Djuana Stoakley |  |  |  |  |  |  | 2.4 |  |  |  |  |
| Denise Smith |  |  |  |  |  |  |  |  |  | 9.9 | 10.0 |
| Statistician |  |  |  |  |  |  |  |  |  | 1.1 | 6. |
| Analyst |  |  |  |  |  |  |  |  |  |  |  |
| Admin. Asst. |  |  |  |  |  |  |  |  |  |  |  |



2/12/2021 2