

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ERIC EICHENHOLTZ**<br>Division Chief<br>Labor & Employment Law Division<br>(212) 356-4083 |

August 9, 2021

**VIA UPS**
United State District Court
Eastern District of New York
Clerk's Office
Room 1185
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 1 0 2021 ★

**BROOKLYN OFFICE**

    Re:  United State of America v. City of New York
           Docket No. 07cv2067(NGG)
           Our No.: 2007-017441

To Whom It May Concern:

    I am Chief of the Labor and Employment Law Division in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for the defendant in the above-referenced action. Please accept the enclosed payment in connection with our pending appeal. We apologize for any inconvenience, as we were unable to pay said fee online.

                                                Respectfully submitted,

                                                /s/ *Eric Eichenholtz*
                                                Eric Eichenholtz
                                                Chief, Labor and Employment Law Division
                                                New York City Law Department
                                                100 Church Street
                                                New York, NY 10007
                                                (212) 356-2430

```
Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653159093
Cashier ID: AndrewJ
Transaction Date: 08/10/2021
Payer Name: NYC Law Department
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: NYC Law Department
 Case/Party: D-NYE-1-07-CV-002067-001
 Amount:         $505.00
-----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```