# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>and<br><br>THE VULCAN SOCIETY, INC., for itself and on behalf of its members, JAMEL NICHOLSON and RUSEBELL WILSON, individually and on behalf of a subclass of all other victims similarly situated seeking classwide injunctive relief,<br><br>ROGER GREGG, MARCUS HAYWOOD, and KEVIN WALKER, individually and on behalf of a subclass of all other non-hire victims similarly situated; and<br><br>CANDIDO NUÑEZ and KEVIN SIMPKINS, individually and on behalf of a subclass of all other delayed-hire victims similarly situated,<br><br>    PLAINTIFF-INTERVENORS,<br><br>V.<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>    DEFENDANTS. | CIV. ACTION NO. 07-CV-2067 (NGG)(RLM) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal with prejudice of Plaintiff United States' claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Hester Indus., Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2d. Cir. 1998); *Gambale v. Deutsche Bank AG*, 377 F.3d 133, 139 (2d. Cir 2004). *See also Morgulis v. Bus Patrol Am., LLC*, No. 24 CIV. 113 (ER), 2025 WL 1094855, at *4 (S.D.N.Y. Apr. 11, 2025); *Gen. Foods Corp. v.*

*Jay V. Zimmerman Co.*, No. 86 CIV. 2697 (KMW), 1990 WL 115714, at *1 (S.D.N.Y. Aug. 7, 1990).

The parties further stipulate that no party will seek attorneys' fees or costs from Plaintiff United States, nor will Plaintiff United States seek attorneys' fees or costs from any other party.

Date:   May 7, 2025

    Respectfully submitted,

    HARMEET DHILLON
    Assistant Attorney General
    Civil Rights Division

    MICHAEL E. GATES
    Deputy Assistant Attorney General
    Civil Rights Division

    KAREN D. WOODARD
    Chief
    Employment Litigation Section

    VALERIE L. MEYER
    Deputy Chief
    Employment Litigation Section

By: /s/ Patricia L. Stasco
    Patricia L. Stasco
    Senior Trial Attorney
    U.S. Department of Justice
    Civil Rights Division
    Employment Litigation Section
    4 Constitution Square
    150 M Street, NE
    Washington, DC 20530
    Phone: (202) 305-5455
    Fax: (202) 514-1005

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: _____
Elliot M. Schachner
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201-1820
Telephone: (718) 254-6053
Facsimile: (718) 254-7489

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

_/s/ Eric Eichenholtz_

Eric Eichenholtz
Assistant Corporation Counsel

MURIEL GOODE-TRUFANT
Corporation Counsel of the
City of New York
100 Church Street
New York, New York 10007
Telephone: (212) 356-2200
eeichenh@law.nyc.gov

COUNSEL FOR DEFENDANT
THE CITY OF NEW YORK

By: _____/s/ Dana Lossia_____
      Dana Lossia

LEVY RATNER, P.C.
80 Eighth Avenue, Floor 8
New York, NY 10011
(212) 627-8100
dlossia@levyratner.com

By: _____/s/ Shayana Kadidal_____
      Shayana Kadidal

THE CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2399
(212) 614-6438
shanek@ccrjustice.org

COUNSEL FOR PLAINTIFF-INTERVENORS